

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Christopher James Mansoori

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

John Doe Sheriff #1, C.O. Adams,

Superintendent Beachem, C.O. Mintah

Seargant Armadore, Superintendent Qveen,

John Doe Sheriff #2, Superintendent McCray

Luitenant Holmes, John Doe Nurse

Nurse Lorraine, and John Doe Doctor

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

**MAR 29 2022** Cm

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

1:22-cv-01642
Wood / Gilbert
PC 2
DIRECT

**CHECK ONE ONLY:**

__X__ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.   **Plaintiff(s):**

A.   Name: Christopher Mansoori

B.   List all aliases: N/A

C.   Prisoner identification number: 2019100189

D.   Place of present confinement: Cook County Jail

E.   Address: 2700 S. California, Chicago IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: John Doe Sheriff #1

Title: Sheriff

Place of Employment: Cook County Jail

B.   Defendant: L.O. Adams

Title: Sheriff

Place of Employment: Cook County Jail

C.   Defendant: Superintendent Beachem

Title: Superintendent (possibly a director now)

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendants Continued

D. Defendant: C.O. Mintah
   Title: Sheriff
   Place of Employment: Cook County Jail

E. Defendant: Seargant Armadore
   Title: Seargant Sheriff
   Place of Employment: Cook County Jail

F. Defendant: Superintendent Queen
   Title: Superintendent
   Place of Employment: Cook County Jail

G. Defendant: John Doe Sheriff #2
   Title: Sheriff
   Place of Employment: Cook County Jail

H. Defendant: Superintendent McCray
   Title: Superintendent
   Place of Employment: Cook County Jail (Division 6)

I. Defendant: Luitenant Holmes
   Title: Luitenant Sheriff
   Place of Employment: Cook County Jail

J. Defendant: John Doe Nurse
   Title: Nurse
   Place of Employment: Cook County Jail

Defendants Continued

K. Defendant: Nurse Lorraine
   Title: Nurse
   Place of Employment: Cook County Jail

L. Defendant: John Doe Doctor
   Title: Doctor
   Place of Employment: Cook County Jail (Division 6)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Mansoori vs. Patel etc. al

B. Approximate date of filing lawsuit: December 2017

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Christopher Mansoori

D. List all defendants: C.O. Patel, Mcgiveny, Sgt. Mccullough, Dr. Stinacki, Dr. Montgomery etc. al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court, Northern District, Eastern Division

F. Name of judge to whom case was assigned: Judge Andrea Wood

G. Basic claim made: Prisoner rights violations

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II.

All Lawsuits Filed continued

A. Christopher Mansoori vs. City of Chicago, Jessica Chaidez, Steven Demarca, Michelle Wood etc...

B. February 2020

C. Christopher Mansoori

D. City of Chicago, Jessica Chaidez, Steven Demarco, Michelle Wood, Kalori

E. Federal Court, Northern District, Eastern Division

F. Honorable Gary Feinerman

G. Conspiracy to deprive liberty, False arrest, False imprisonment, perjury, malicious prosecution

H. Pending

I. N/A

All Lawsuits Filed Continued

A. Christopher Mansoori vs. Alicia Pickett, Thomas Smith, T.O. Silius, and Northwestern Memorial Hospital

B. August 2020

C. Christopher Mansoori

D. Alicia Pickett & Thomas Smith of DCFS, LPD officer Silius, Northwestern Memorial hospital

E. Federal Court, Northern District, Eastern Division

F. Honorable Virginia Kendall

G. Violations in a conspiracy manner

H. Dismissed w/o prejudice

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Illinois Department of Children and Family Services

B. July 2021

C. Christopher Mansoori

D. Alicia Pickett, Thomas Smith & Mario Martinez of IDCFS

E. Illinois Court of Claims

F. Unknown

G. Child endangerment, False arrest, Failure to protect a child from abuse

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Northwestern Memorial Hospital

B. July 2021

C. Christopher Mansoori

D. Northwestern Memorial Hospital an Illinois not-for-profit corporation

E. Circuit Court of Cook County, Illinois, Law Division

F. Honorable John Ehrlich

G. medical malpractice

H. Pending, settlement discussions as of now

I. N/A

All Lawsuits Filed (Continued)

A. Christopher Mansoori vs. Chicago Police officer Silius, and The City of Chicago

B. August 2021

C. Christopher Mansoori

D. M.J. Silius Chicago Police officer & The City of Chicago a Municipal corporation

E. Federal Court, Northern District, Eastern Division

F. Honorable Mary Rowland

G. False arrest, False imprisonment, unlawful search

H. Pending, a current "stay" on the proceeding

I. N/A

All Lawsuits Filed Continued

A. Christopher Mansoori vs. C.O. Squires et.al. Case # 21-CV-05881

B. November 1 2021

C. Christopher Mansoori

D. C.O. Squires, C.O. Mintah, Lt. Holmes, Superintendent Queen

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. No recreation time in 27 months while a prisoner, except once

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. John Doe et al   Case # 21-CV-06173

B. November 1 2021

C. Christopher Mansoori

D. John Doe engineers et. al

E. Federal Court Northern District, Eastern Division

F. Honorable Andrea Wood

G. confined with nearly no heat and periods with no hot water

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. C.O. Smith et al   Case # 21-CV-06242

B. November 2021

C. Christopher Mansoori

D. C.O. Smith and John Doe C.O.

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. Excessive Force

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Ms. Milly et. al   Case # 21-CV-06379

B. November 2021

C. Christopher Mansoori

D. Ms. Milly Law librarian and Jane Doe librarian

E Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. Denying me access to the law library causing financial injury

H. Pending

I. N/A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Count 1

From December 15 through December 27, 2020 I was held in Cook County Jail, Division 2, Dorm 1. On this tier inmates would keep twisted up tissue burning all day and night to light drugs they'd smoke in the wrappers for toilet paper rolls. The drugs were infused into paper and would be rolled up and smoked consecutively and frequently. John Doe sheriff would come onto the tier and say, "The seargent is coming you better stop smoking and let it clear out." I was forced to breathe the 2nd hand smoke of the burnt drugs and the constantly burning tissue. John Doe officer was indifferent to the smoke except when his superior officer would be present. Although the smoke was terrible to breathe, this was the easiest situation to endure because the windows would vaccum out the smoke partially, they were broken open.

Count 2

From December 27, 2020 through approximately February

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

16, 2021 I was housed in Division 4 Tier 1J, Every day inmates would smoke in the dayroom, constantly. The air was completely smoke filled a majority of the time. Inmates would keep rolled or twisted up toilet paper burning to keep a means to light the drugs they smoke. The inmates and staff refer to this as a "wick". From this point forward in the complaint, wick will be used as the word to distinguish the slowly burning tissue. Inmates would keep wicks burning all day and night in their cell, so they never lose the oppurtunity to light the drugs and smoke. Smoke would pour out of their cell through the chuckhole, and it would seep through cells, through the vents. The drugs they would smoke are believed to be cannabinoids, or analogs of them, which are syntheticly created. There are a wide array of them that affect humans in different ways, but they are extremely dangerous and toxic. The drugs bind to the receptors in the brain that THC would, except they engulf the receptors completely and because they are synthetic, no one knows for sure what exactly they do. Each variant has a different potency and depending on how strong the effect is, inmates demand it more. A strong one they refer to it as "Death," and it is desired more because it is so toxic and Euphoric, many inmates die and are revived.

5

Revised 9/2007

On tier 1J inmates smoked in groups and the entire dayroom would be a cloud of smoke. I never smoked, I kept my mask on but I was still forced to breathe it, as I was confined. At the time, I didn't complain much because the smoke was a means to try to warm up the tier. I breathed the wick smoke everyday and inhaled the 2nd hand smoke, of the smoked drugs in the dayroom. C.O. Adams never cared inmates smoked or that they had wicks. Superintendent Beachem also didn't supervise his Division in regard to smoke, and he didn't have staff conduct many searches to confront the smoke. Most staff were indifferent to the smoke. I have a heart condition and I was forced to breath toxic, brain altering chemicals. I seek redress.

Count 3

From March 6, 2021 through May 13, 2021 I was housed in Division 6 tier 1H. Inmates would do the same exact thing in count 1 and 2. The jail had a huge problem, they were indifferent to, for a long time. Half of the deck would smoke "Death" and it was hard to breathe at all. I wore a face mask just for the smoke, but it hardly worked. It was torture, my lungs hurt, the smoke smelled so bad, and there was no where to go to get away from it. In my cell at night, the smoke would fill my cell in the night from my neighbor keeping a burning wick in the vent. I'd wake up so sick, not knowing I was breathing smoke while I was sleeping. My cellmate Rayqwan Alexander and I both hated it. So many inmates participated in smoking and promoting the use of the drugs for profit, that there was nothing I could say or do, to the masses, to make them stop. I was forced to breathe it. One inmate moved tiers, and the same day he died and was revived, from smoking. He obtained the substance from 1H. Seargant McCoy witnessed his need for medical attention. I was forced to breathe the toxic drugs and wicks everyday, in a tier with sub-standard ventilation anyways. C.O. Mintah tried to catch wicks and smokers, but there

4/10

were so many he could hardly combat it. I name him as a defendant because he personally didn't stop the smoke I was forced to breathe on tier 1 H, but he is also a witness to the smoke filled tiers and the widespread condition I survived. Superintendent Breachem moved to Division 6 during this period, again he did not implement a standard to stop smoking or instruct his subordinates to stop the drug use on tiers, nor were frequent searches conducted to deter all of the smoke. My heart backflows blood, so smoke is extremely detrimental to me. I also really love my brain, and I do whatever I can to protect it, but the indifference the jail staff had towards inmates smoking and 2nd hand smoke caused me to be exposed to consistently burnt toxins, that deteriorate the brain. I have been confined, and literally kept in gas chambers. No one knows, at any given time, exactly what they are smoking, and what is in the 2nd hand smoke that lingers heavily, in the air of Cook County Jail, on tier 1 H, at this time. All inmates know is that they got very high, and the defendants couldn't stop them.

Count 4

From May 13 through June 20, 2021 I was housed in Division 4 tier 2M. Inmates smoked so much on this tier, it was sickening. I kept a towel over my chuckhole to try to keep the plastic smelling smoke out. While I was in the dayroom huge clouds of smoke would linger and I would try to get away-but I couldn't. Many inmates passed out or couldn't function and they'd be rushed to medical. C.o Miklas and Miskell watched the tier and witnessed the inmates get sick and admit to smoking. They wouldn't allow smoking, but would see huge clouds of smoke and see inmates high. No one stopped the state of the tier being filled with smoke from wicks and toxic drugs. Searqunt Armadure worked over there and we only came on the tier once to catch a wick. He did not combat the smoke or do much to prevent me from having to breathe smoke constantly. I name Searqunt Armadure as a defendant, for being indifferent 99% of the time. C.O's need his presence to search cells,

that never happend. Superintendent Queen also did nothing to instruct a higher standard for staff to enforce. Staff didn't care as long as they were safe in the bubble and didn't have to breathe the toxic smoke themselves. The superintendent did not conduct more than one, or did not have her subordinates conduct more than one search during this time period. (Ironically, Seargant Williams lead the cell searches, and used the oppurtunity to harass me, confiscate my prescribed medicine and told me "We know who the plug is now around here.") Regardless, I breathed toxic chemicals and burnt toilet paper, every single day on this tier. It was as if this became the jail's normal enviornment. As a pre-trial detainee I should not be subjected to such detrimental conditions. The Defendants were indifferent to my living conditions.

Count 5

From June 21 through September 4 (2021) I was housed in Division 6 tier 2K. At this point, the entire jail was saturated with drugs on paper. Inmates chain smoked the drugs, and it stayed in the air. Wicks never went out and drug supplies never ran out. On this tier, I watched inmates lose their mind. Some got so high and experienced Euphoria that their souls nearly left their bodies. Some were put in the shower fully clothed to come back to reality. Others passed out and hit their head, while others convulsed and siezed. I watched an inmate get wheeled out in a wheelchair after smoking, only to return, to immediately try to smoke more again. It was then I learned that inmates who died and were revived, and had Blood toxicity screenings, were testing positive for K2 and roach spray. I was breathing burnt roach spray and analogs of cannabis in high volumes, just existing in the jail, in the tier, trying to perservere. One day in the cell next to me, inmates fell asleep with a wick in the vent. The vent was so dusty, and filled with flammable trash, that the entire vent caught fire in the ductwork and smoke filled the entire tier and the tier beneath us. Wicks never went out, and I even had a cellmate who liked to smoke. The jail was out

of control, and I was constantly trying to clear my respiratory tract after all of the damage I was subjected to. I've really been confined to a gas chamber, and I am not exaggerating. Superintendent Beachem oversaw the division and did not instruct staff to effectively combat or change the enviornment of the tiers. Smoking drugs in the jail was done as if it was acceptable and legal. John Doe tier officer was negligent to stop the tiers from being smoke filled. Everyday I was forced to breathe smoke filled, polluted air.

Count 6

From September 4 through December 23 2021 I was confined in Division 6 tier 2R. It was during this time period Superintendent McCray took over Division 6, approximately the second week of October 2021. From 10/7/21 to 10/28/21 Superintendent McCray personally did an outstanding job to combat smoking and wicks. She personally visited our tier unexpectedly and would catch burning wicks in the jail bathroom. She would look cell to cell for wicks. Inmates on the deck slowed the smoking down. From September through that first week of October inmates on tier 2R kept wicks burning and smoked drugs prevalently. The dayroom was always smoke filled, but I got a job on the compound so I got somewhat of a break from the gas chamber enviornment during the period from September through October. While I was on the tier wicks and 2nd hand smoke never dissapated. After October 28, 2021 Superintendent McCray must've lost her initial motivation to stop smoking and wicks because she didn't pop up anymore. I didn't work anymore and I stayed on the tier, inmates amped up the smoking again, and 2nd hand smoke became an aggravating factor again. During this time I became the deck worker, but I didn't condone or participate in smoking or drug activities. I refused to pass wicks as favors, and I really began documenting the smoking problem. Inmates started associating me with police because I didn't conform to their drug habits and things became violent. It was me against the smokers. Staff

started to realize, by what I was documenting in grievances about the smoke, what my future legal intentions were. Jail life became difficult because there is staff that participate in the drug activity and facilitate inmates drug use. Some staff are indifferent to the smoking, some permote it, and some staff want to protect their job and combat it. I moved off of tier 2R after I fought (wasn't documented) inmates threatend to jump me for two weeks, and finally on December 23, 2021 after my cellmate, Jamel Saafir, chain smoked 15 drug joints and ran out of food, and experienced extreme psychosis, I moved myself. I couldn't escape the smoke, and it was as if the executives of the jail condone the drug use, so inmates are stuck in a stupor and care less to fight their criminal charges. Even after being subjected to a constant detrimental enviornment, I am determined to stay focused and stand affirmatively on my principles. The law is very clear, 2nd hand smoke is not a constitutional prisoner living condition. Lt. Holmes only cares sometimes to stop smoke. He replies to my grievances about trying to stop smoking, but he doesn't stop much of anything or instruct his subordinates on how to effectively stop tiers from becoming smoke filled. Also, around November of 2021 Division 6 became extremely short staffed. C.O.'s would be responsible for two different tiers, and they would fail to supervise inmate behavior. With sheriffs barely present, inmates would smoke freely, and I'd be breathing the 2nd hand smoke. For this count I name Superintendent McCray for every week except the three weeks cited, as a defendant. She failed to hire more staff or keep enough sheriffs on duty to combat smoking and she failed to effectively have her subordinates prevent smoke filled air, for prisoner living conditions. Lt. Holmes is also named as a defendant, he replies to my grievances about combating smoke and he hasn't changed more than 20% of the smoke filled enviornment I live in. I also name John Doe Executive director, as a defendant, for being so oblivious or careless to the jail's state of existence, to have allowed it to deteriorate and function

as a literal gas chamber for so long, with out doing anything. It wasn't until I began to write, did I start noticing ranking officials within the jail, start to acknowledge what I wrote about and act. It seems more that they act to keep their job secure and to make it appear they are fighting to uphold a standard, but in actuality it's all superficial and smoking never stops. Periodic action by ranking staff makes it look like they are fulfilling their jobs duties, and they only began to act in response to my grievances. I seek redress.

<u>Count 7</u>

From December 23, 2021 through today March 21, 2022 I've been housed on tier 2N of Division 6. This tier has been a hub or distribution point for paper drugs in this Division. There are inmates who are mentally very slow that do nothing but smoke drugs in toilet paper wrappers and keep wicks burning every single day. Not a day that doesn't go by where I don't breathe smoke. One inmate frequently rolls the toilet paper wrapper with his crushed Depacote pills and smokes it. Bipolar medication is being burned into the air, it's 2nd hand smoke is terrible. I have a neighbor again, who burns wicks all night and I can't see it, but we share a vent. When I wake up my nose, throat and chest hurt and I'm congested. I spend hours trying to clear it out, only to breathe more again. I'm trying very hard to maintain my sanity and my health. I frequently feel sick and terrible from the drug smoke and wick smoke. It's been so long I've consistently breathed terrible stuff, that I feel damaged and I don't have any options, as I am confined with out a bond as a pre-trial Detainee. I dream of clean, fresh air. I do my best to preserve my health, but toxic smoke has been imposed on me by this G#D Forsaken place for 1.5 years straight. I name the same exact defendants from Count 6 for this count.

<u>Count 8</u>

In response to one of my grievances, Lt. Holmes had me sent to Dispensary. I was

called there and saw Nurse Hines approximately January 23, 2022. Nurse Hines said she'd refer me to the doctor since she knows how the tiers are smoke filled herself, when she experiences it firsthand when she steps on tiers. I told her how I can't breathe and my heart is irregular and my respiratory tract is damaged. The cilia have been severely damaged over this past year from smoke inhalation, and my lungs are probably black. I wouldn't know because I have never seen a doctor at all for this or been screened at all for damage. I was never called. On 2/1/22 John Doe Nurse told me he "can't treat me medically for 2nd hand smoke, it's a security issue." We were on quarantine and the nurse came to the tier instead of me seeing a doctor. The next day 2/2/22 Nurse Lorraine came to my cell and said exactly the same thing about 2nd hand smoke, "There is nothing I can do to treat you medically for 2nd hand smoke." She also said, "The doctor is too busy, we're backed up, that's why I'm coming to your cell." I've dropped several medical request slips and I've never been seen or treated by a doctor. Nobody cares about the damage, smoke has done to me, in the jail, against my will. Nurse Hines is a witness, but John Doe Nurse and Nurse Lorraine are defendants for indifference to my medical needs. Also, John Doe doctor is a named defendant for disregarding Nurse Hines' referral to be seen and treated for smoke inhalation. He is indifferent to my medical state or needs. "It's a security issue" that never gets acknowledged medically either.

Count 9

On February 2, 2022 between 8am-10am Nurse Lorraine violated Hipaa laws and committed slander when she announced my private medical attention to basically the entire tier and C.O. Schuld. She read from a paper and said very loudly, "What's wrong with you? You're breathing in smoke? What in your room? Is there fire in there? Your cellmate is smoking? I can't treat you medically for 2nd hand smoke." She was standing in front of my cell, cell 19 and said it so loud for everyone to hear as if she was trying to embarass me. Inmates who smoke or participate in drug activity began to feel a certain way after she let it be known she jeopardized my safety.

10/10

## Conclusion to all counts

In 2006 Illinois put a ban to smoking indoors and that included Cook county Jail. Cigarettes were taken off of the market in jail deliberately to limit liability for 2nd hand smoke. Now a new day has come, where synthetic drugs are infused into paper, and the jail population is smoking these drugs like cigarettes, and using "vicks" they keep lit, to light the drugs. Smoke is always in the air. We don't go outside for fresh air or excersise and my heart is sensitive. The jail conditions are extremely harmful and I've been subjected to it continuously for over a year, non-stop, against my will. The jail is damaging my lifespan and immediate health. There is nothing I can do but write this Federal complaint. I have numerous jail staff who are witnesses to the conditions I describe in this complaint, who I have not listed to protect them. At the right time they will be named if the process reaches a subpeona of witnesses point. My complaint will incite a lot of emotion and retaliation, but it's all true, completely and utterly. I seek the jurisdiction of this Federal court to intervene and correct the unlawful nature of the jail and to condemn the state and conduct of the jail. Nobody has the right to impose conditions that damage my mind and body.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.**    **Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I seek $20,000,000 in relief for every violation articulated, collectively.

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___21st___ day of ___March___, 20 __22__

Christopher Mansoori
(Signature of plaintiff or plaintiffs)

Christopher Mansoori
(Print name)

20191007189
(I.D. Number)

Division 6-2N

2700 S. California

Chicago, IL 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Christopher Mansoori
20191007189
Division 6-2N
P.O. Box 089000
Chicago IL 60608

1:22-cv-01641
Wood / Gilbert
PC 2
DIRECT

1:22-cv-01640
Wood / Gilbert
PC 2
DIRECT

1:22-cv-01638
Wood / Gilbert
PC 2
DIRECT

1:22-cv-01642
Wood / Gilbert
PC 2
DIRECT

03/29/2022-2

U.S. POSTAGE PAID
PM 1-Day
ELLWWOOD PARK, IL
60707
MAR 25, 22
AMOUNT
$0.58
R2304E105768-4

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago IL 60604

1 of 3























EXPECTED DELIVERY DAY: 03/26/22
USPS TRACKING® #

9505 5107 5562 2084 5659 63











UNITED STATES
POSTAL SERVICE®

PRIORITY
MAIL

For Domestic and International Use

TRACKED
★ ★ ★
INSURED

Label 107R, May 2014


