IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 22 2024 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christopher James Mansoori

        Plaintiff

Case No. 22-CV-01642

Honorable Judge Lindsay C. Jenkins

V.

Magistrate Jeffrey T. Gilbert

Sergeant Amador, et al.

        Defendants

## MOTION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE ON DEFENDANTS AND TO EQUITABLY TOLL THE STATUTE OF LIMITATIONS

Now comes the Plaintiff, Christopher Mansoori, pro se, and respectfully moves this Honorable Court to extend the time period to complete service of the Amended Complaint on defendants Alesia Hines, Olikagu Kingson, and Velinda Llorens, pursuant to Federal Rules of Civil Procedure, Rule 6(b)(1)(A). Plaintiff seeks an order from the Court to Equitably Toll the statute of limitations, to complete service on each of the above cited defendants. In support of this motion, plaintiff states the following:

1. The US Marshal delayed service upon nominal defendant Cook County until September

of 2023, Cook County was named as a defendant for purposes of identifying John and Jane Doe Nurses.

2. Jorie Johnson initially disclosed that she received notice Cook County was served in September of 2023, but then she said she was waiting for confirmation, and couldn't answer any interrogatories until then, to identify the nurses.

3. The US Marshal did not indicate the waiver of service, on Cook County, with the Clerk of the Court, until November 2023, approximately sixty days after service.

4. Plaintiff issued interrogatories as soon as possible, to obtain the Doe's names. Defense sent Plaintiff answers, in which he received approximately January 7, 2024. Defendants' counsel mailed the answers December 28, 2023.

5. The statute of limitations for service upon Olikagu Kingson and Velinda Llorens is February 1 and February 2, 2024, respectively. Plaintiff has prepared the Amended Complaint, incorporating their names, by today's date of January 13, 2024. Time will be needed, for the Complaint to arrive at the United States District Courthouse, via the U.S.P.S., and to be processed by the Clerk. Additional time will be needed for the Court to review the Amended Complaint and prepare an order, potentially ordering or forwarding the Complaint (Amended) to the US Marshal for service upon defendants. No one knows how long the US Marshal will take to serve the defendants, time will be needed.

6. Additionally, Plaintiff seeks the same to serve defendant Alesia Hines. Through out the course of Discovery, Plaintiff learned Alesia Hines prepared fraudulent medical reports

2 of 4

that are material in the above titled case. Her conduct is complained of in the Amended Complaint, those acts occurred January 23 and January 24, 2022, which makes January 25, 2024 the statute of limitations deadline, to complete service. Most likely, this deadline can not be met, more time is needed.

7. Plaintiff has pursued all knowledge and identifiable information needed, to prepare a complete amended complaint as diligently and quickly as possible.

Wherefore, Plaintiff prays this Honorable Court grants his motion for an extension of time to complete service on defendants and Equitably Tolls the statute of limitations, for each named defendant, in the above titled case, for all of the reasons stated herein.

Respectfully submitted,
Christopher Mansoori

Certification

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Christopher Mansoori 1-13-24
Christopher Mansoori
20191007189
2700 S. California
Chicago, IL 60608

Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, that I filed an amended complaint, a Motion for an extension of time to complete service on defendants and to equitably toll the statute of limitations, and three completed USM-285 forms, for each new defendant, all in case # 22-CV-01642, with the Clerk of the United States District Court, by handing the documents, in an envelope with proper postage, to jail staff, for outgoing mail, addressed to: Prisoner Correspondence, United States District Courthouse, 219 S. Dearborn St., Chicago IL 60604, on 1/14/24 Defense Counsel, Jorie Johnson, has communicated she receives notice of all filings, electronically.

Christopher Mansoori