# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher James Mansoori

                              Plaintiff,

v.                                     Case No.: 1:22−cv−01642

                                                Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's amended complaint [70] may proceed against the following Defendants: Cook County Jail Superintendents Beacham, Queen, and McCray; Lieutenant Holmes; Sergeant Amador; and Nurse Alesia Hines. Any other Defendants are dismissed. The Defendants who have already been served shall respond to the amended complaint by April 5, 2024. As to Nurse Hines, the Clerk is directed to amend the docket to name Defendant Alesia Hines in place of Defendant "Nurse Lorraine." The Clerk is also directed to issue a summons for Defendant Alesia Hines, and by April 5, 2024, Plaintiff must file a completed USM−285 service form, which will be forwarded to the Marshal to serve. The Marshal may again charge Plaintiff the cost to serve Hines since Plaintiff is not proceeding in forma pauperis. Plaintiff's motion for more time to serve Hines and to toll the statute of limitations for his claim against her [72] is denied. Though Fed. R. Civ. P. 4(m) states a complaint must be served within 90 days of its filing, complaints filed by prisoners cannot proceed until screened by a district court. See 28 U.S.C. § 1915A. As to Plaintiff's request to toll the statute of limitations, the Court declines to address the issue at this time but may address it if this Defendant later raises a time−bar defense. The Clerk is directed to send: (1) a copy of this order to Plaintiff and to the U.S. Marshal and (2) a USM−285 form to Plaintiff. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.