THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Mansoori, | ) | |
| | ) | |
| Plaintiff, | ) | 22 C 1642 |
| | ) | |
| vs. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| Sgt. Armadore, et al., | ) | Magistrate Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Cook County Jail Superintendents Beacham, Queen and McCray; Lt. Holmes; and Sgt. Amador; ("Defendants"), by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Joel Zeid and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this Honorable Court to extend the time period with which to answer or otherwise plead. In support thereof, Defendants state as follows:

1. On March 13, 2024, this Court entered an order requiring Defendants who have already been served to respond to the amended complaint by April 5, 2024. (Dkt. 82.)

2. Due to other deadlines and hearings scheduled for the month of April, Defendants request an extension of time from that provided by this Court to complete their response to Plaintiff's Third Amended Complaint.

3. Defendants request that this Honorable Court grant an extension of time of 30 days, or until May 5, 2024, to file their responsive pleading.

4. On April 4, 2024, Defense counsel met with Pro Se Plaintiff, who stated he was unopposed to Defendants' requesting this extension of time to answer or otherwise plead.

5. Granting Defendants' motion will not prejudice Plaintiff and will provide Defendants with an opportunity to further investigate the allegations in the current pleading.

WHEREFORE, Defendants, Cook County Jail Superintendents Beacham, Queen and McCray; Lt. Holmes; and Sgt. Amador, respectfully request that this Honorable Court grant Defendants' unopposed motion and enter an order extending the deadline for Defendants to answer or otherwise plead by a period of 30 days from the original deadline, up to and including May 5, 2024, and for any other relief this Honorable Court deems necessary and just.

    Respectfully submitted,

    */s/ Joel Zeid*
    Joel Zeid
    Assistant State's Attorney 500
    Richard J. Daley Center
    Chicago, IL 60602
    984-666-0654
    Joel.zeid@cookcountysao.org

## CERTIFICATE OF SERVICE

I, Joel Zeid hereby certify that I have caused true and correct copies of ***Motion for an Extension of time to Answer or Otherwise Plead*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 4 day of April 2024.

To:
**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

    */s/ Joel Zeid*
    Joel Zeid