THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Mansoori, | ) | |
| | ) | |
| Plaintiff, | ) | 22 C 1642 |
| | ) | |
| v. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| Sgt. Amador, et al., | ) | Magistrate Jeffery T. Gilbert |
| | ) | |
| Defendant. | ) | |

JOINT PROPOSED DISCOVERY DEPOSITION SCHEDULE FOR PLAINTIFF

The Plaintiff, Christopher Mansoori ("Plaintiff"), Pro Se and Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Joel Zeid, and Oliver Kassenbrock; Special State's Attorney's, Jason Devore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Tribler, Orpett, & Meyer P. C., in compliance with the Court's order (Dkt. 81) submit the following the following Joint Proposed Discovery Deposition Schedule for Plaintiff.

1. On the Courts March 8, 2024, Status hearing held before the Honorable Judge Gilbert, Judge Gilbert requested that the parties file an updated joint report on depositions along the lines discussed on the record by 4/16/2024.

2. The parties are exchanging written discovery and will continue to do so.

3. The Plaintiff has not taken any depositions or issued any notices of deposition at the time of this filing.

4. Previously the Defendants have provided Plaintiff with three deponents and dates for their availability.

5. Plaintiff was unable to conduct any depositions within those provided dates.

6. Subsequently the parties met multiple times and agreed on the below-listed deponents and proposed deposition dates.

7. The parties will continue to work on establishing further deposition dates for the remaining deponents Plaintiff has requested.

Below in the listed chart are proposed names of witnesses to be deposed in the above aforementioned set of cases. The parties have stated for the Court the following information to the best of their knowledge at this time: (1) the names of all fact witnesses Plaintiff intends to depose (2) the case numbers of the cases in which those depositions will be taken; (3) confirmed or proposed dates for the depositions; (4) a brief description of any objection, if any, to the deposition proceeding then being raised by any party or witness; and (5) a brief description of the intended subject matter to be covered in a deposition.

| DEPONENT – FACT WITNESSES | CASE NUMBER(S) IN WHICH DEPOSTIONS WILL BE TAKEN | PROPOSED DATE(S) FOR DEPOSITION | OBJECTIONS | SUBJECT MATTER TO BE COVERED AT DEPOSTION |
|---|---|---|---|---|
| Quincy Cole, Detainee at CCDOC 20201209069 | 22 cv 6173 – Mansoori v. Morrison<br><br>21 cv 6379 – Mansoori v Mellicent Ear ("Ms. Milly")<br><br>22-cv-1642 – Mansoori v. Sgt. Amador, et. al | no conflicts upcoming (Plaintiff will provide a date of his choosing for this deposition) | No Objections | 21-cv-6173: Nonparty witness In adjacent cell, heard complaints about cold.<br><br>21-cv- 6379: role unclear based upon deposition transcript. |
| Antoine Pierce, 20200715063, DIV6-2J-9-1 | 22-cv-1642 – Mansoori v. Sgt. Amador, et. al | Plaintiff is unavailable on April 30, 2024 due to Court however Plaintiff will | No Objections | Witness. |

| | | provide a date of his choosing for this deposition. | | |
|---|---|---|---|---|
| Nurse Alecia Hines | 22-cv-1638 Mansoori v. Sheriff Dart, et al.<br><br>22-cv-1642 – Mansoori v. Sgt. Amador, et. Al<br><br>21 cv 6173 Mansoori v. Director Morrison) | Nurse Hines was set to be deposed on April 17th but at Plaintiff's request this deposition was cancelled and is now set for May 22nd at 10am | No objections | *Fraud issues and awareness of detainees doing drugs on tier |
| C. O. Abdelhadi | 22 - cv - 1642 Mansoori v. Amador | Set to be deposed at Plaintiff's request on May 6th. | No Objections | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| Sgt. Aaron Williams | 22-cv-1635 Mansoori v. Sgt. Williams<br><br>22-cv-1642 Mansoori v. Sgt. Amador, et al | This deposition was set for April 30, 2024 at 10am but due to a conflict with Plaintiff's schedule has been cancelled and has been rescheduled for May 28 at 10am. | No Objections | Defendant |
| Sgt. Antiono Amador | 22 - cv - 1642 | This deposition has been set to | No Objections | Defendant in case. Will testify |

| | | | | |
|---|---|---|---|---|
| | Mansoori v. Amador | be conducted by Plaintiff on May 2, 2024, at 2pm. | | regarding defenses to allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| Sgt. Milton Bozeman | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms. Milly") | May 8th is the date that Plaintiff has selected for this deposition, at 10am. | No Objections. | Witness in 6379: "And I recently spoke with one of the witnesses, and he told me he remembers. And he said I have to call him to be a witness to the events, and he remembers it being specifically said that Ms. Pickens got me moved." |
| Lt. James Holmes | 22 cv 1638 Mansoori v. Sheriff Dart, et. al.<br><br>21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>22 - cv - 1642 Mansoori v. Amador | This deposition has been set to be conducted by Plaintiff on May 15, 2024, at 10am. | No Objections | Defendant in case. Will testify regarding defenses to allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training, skills, and experience as a CCDOC |

| | | | | |
|---|---|---|---|---|
| | | | | Sheriff's Officer Staff member. |
| Meliicent Ear (aka Ms. Milly) **1st witness discussed on 2/23/24 | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms Milly") | This deposition has been set to be conducted by Plaintiff on May 17, 2024, at 10am. | No Objections | Defendant in case. |

Below in the listed chart the remaining individuals Plaintiff has expressed interest in deposing, but the parties have not yet been able to schedule. Just as above, the parties have stated for the Court the following information to the best of their knowledge at this time: (1) the names of all fact witnesses Plaintiff intends to depose (2) the case numbers of the cases in which those depositions will be taken; (3) confirmed or proposed dates for the depositions; (4) a brief description of the intended subject matter to be covered in a deposition; and (5) a brief description of any objection, if any, to the deposition proceeding then being raised by any party or witness.

| | | | | |
|---|---|---|---|---|
| Earlton Murray, 20220622088; DIV 15-EM-ELECTRONIC MONITORING-GENERAL | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms. Milly") | The parties are still working on gathering this information for this deponent. | No Objections | Harder to schedule, since he is not in custody. We don't know if he has zoom at home, etc. |
| C.O. Kimberly Squires | 21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>22-cv-1642 – Mansoori v. Sgt. Amador, et. al<br><br>21-cv-6173 Mansoori v. Dir. Morrison | The parties are still working on gathering this information for this deponent. | Objections to deposition in 21-cv-5881 by Defendant Squires Counsel Mr. Oberts. | Defendant in 21-cv-5881; Witness in 22-cv-1642<br><br>Mansoori says she is Defendant and witness in Ms. Milly case, witness in cold case.<br><br>NOT an active employee as of 2/1/2024. |
| C.O. Alojzy Dabrowski | 22-cv-1642 – Mansoori v. Sgt. Amador, et. al | The parties are still working on gathering this | No Objections | The parties are still working on gathering this |

|  |  | information for this deponent. |  | information for this deponent. |
|---|---|---|---|---|
|  | 21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>2022-CV-1635 Mansoori v. Sgt. Williams |  |  |  |
| C.O. Luis Pena | 22-CV-1634 Mansoori v. Jovante Thomas (J.T. Support Services)<br><br>21-cv-6379 Mansoori v. Mellicent Ear ("Ms. Milly")<br><br>22-cv1638 Mansoori v. Sheriff Dart, et al. | The parties are still working on gathering this information for this deponent. | No Objections | WITNESS. But NOT an active employee as of Feb 1, 2024. |
| Director James Morrison | 21 cv 6173 Mansoori v. Director Morrison | The parties are still working on gathering this information for this deponent. | No Objections | DEFENDANT |
| Fisher?<br><br>Female officer? | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms Milly") | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Witness. But not identified in deposition. |
| Latoya Pickens | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms Milly") | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Defendant |
| Sgt. Ford (female) | 21 cv 5881 Mansoori v. Ofc. Squires, et. al. | The parties are still working on gathering this information for this deponent. | No objections | Witness. *P contends she supports theory that CCSO is |

| | 22-cv-1635 Mansoori v. Sgt. Williams | | | fabricating evidence |
|---|---|---|---|---|
| Sheriff Thomas Dart | N/A | The parties are still working on gathering this information for this deponent. | Objecting. Will not produce for individual capacity case under any case number absent court order. Request to brief an such issue first. | The parties are still working on gathering this information for this deponent. |
| CO Goodson | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms Milly") | The parties are still working on gathering this information for this deponent. | **No objections** | The parties are still working on gathering this information for this deponent. |
| Danita Reese (medical) | 22-cv-1638 Sheriff Dart, et al. | The parties are still working on gathering this information for this deponent. | Confirming employment | The parties are still working on gathering this information for this deponent. . |
| Earnest Hall (M55325) Big Muddy | 22-cv-1642 Mansoori v. Sgt. Amador, et al  22-cv-6173 Mansoori v. Dir. Morrison | The parties are still working on gathering this information for this deponent. | Have not confirmed whether this person is in custody. | (Detainee) |
| C.O. William Mintah | 22 - cv - 1642 Mansoori v. Amador  21-cv-5881 Mansoori v. Ofc. Squires, et al | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Defendant in case. Will testify regarding defenses to allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| Erika Queen | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this | No Objections | Defendant in case. Will testify regarding defenses to |

| | | | | |
|---|---|---|---|---|
| | Mansoori v. Squires 21 Cv 5881 | information for this deponent. | | allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on her training, skills, and experience as a CCDOC Sheriff's Officer Staff member. |
| Exec. Dir. Beachem | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | No Objections | The parties are still working on gathering this information for this deponent. |
| C. O. Toscano | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| C.O Vilella | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |

| C.O. Serna | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| C.O. Garcia Sanitation officer division 6 2022 | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| C.O. Schuld | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| Lt. Damita Delitz | 22 cv 1638 Mansoori v. Sheriff Dart, et. al. | The parties are still working on gathering this | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>22 - cv - 1642 Mansoori v. Amador | information for this deponent. |  | information for this deponent. |
| Sgt. Miller(Alexander) Female | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| C.O. Miskell | Smoke 22-cv-1635 Mansoori v. Sgt. Williams | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| OPR- Rodriguez (male) | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| Manisha Patel | 22-cv-1632 Mansoori v. Stadnicki, et al | The parties are still working on gathering this | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this |

| | | | | |
|---|---|---|---|---|
| | 22-cv-2471 Mansoori v. Stadnicki | information for this deponent. | | information for this deponent. |
| Cendi Morgan | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Kirsten Bain | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Kingson Olikagu | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Velinda Llorens | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Melanie Watson-Montgomery | Mansoori v. Dr. Montgomery 22 cv 2470 | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Christopher Stadnicki | Mansoori v. Stadnicki 22 cv 2471 Mansoori v. Stadnicki 22 cv 1632 | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Dr. Jonathan – Cardiologist | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |

**Additional information for the Court:**

Plaintiff, Mr. Mansoori, requests that the court enter an order updating his address on the docket of his cases to reflect the correct booking number as a part of his mailing address at the CCDOC. His current booking number is 20191007189. The incorrect information is listed on cases 17-cv-8846, 22-cv-2469, 22-cv-2470, 22-cv-2471, 22-cv-3484, 22-cv-3485. It is important that his address on the docket reflect the correct booking number in order to make sure that there are no issues or delays in receiving mail from the court or from the parties.

Respectfully submitted,

*/s/ Joel Zeid*
Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Joel.Zeid@cookcountysao.org

*/s/ Miguel Larios*
Miguel Larios
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Miguel.Larios@cookcountysao.org

*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479

*/s Kevin C. Kirk*
Special State's Attorney
William B. Oberts
Kevin C. Kirk
Tribler, Orpett, & Meyer P. C.
225 W. Washington – Suite 2250
Chicago, IL 60660
wboberts@tribler.com
Kckirk@tribler.com

## <u>CERTIFICATE OF SERVICE</u>

I, Joel Zeid hereby certify that I have caused true and correct copies of ***Joint Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 16 day of March, 2024. To:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

/s/ <u>*Joel Zeid*</u>
Joel Zeid