THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>SGT. AMADOR et al.,<br><br>Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

**DEFENDANTS' STATUS REPORT**

The Plaintiff, Christopher Mansoori ("Plaintiff"), Pro Se and Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Joel Zeid, and Oliver Kassenbrock; Special State's Attorney's, Jason Devore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Tribler, Orpett, & Meyer P. C., in compliance with the Court's order (Dkt. 81.) submit the following Defendants' Status Report regarding Status with Discovery:

**Executive Summary**

Defendants group Plaintiff's pending cases together in three categories, discussed more fully below, for the purpose of Status:

A) One Case where there is no current operative Complaint and discovery is not proceeding at this time.

B) Six cases where Defendants have filed a Motion for Summary Judgment pursuant to *Pavey v. Conley* based on the limited issue of exhaustion administrative remedies prior to filing suit.

1

C) Five cases where Plaintiff has filed a Motion to Compel.

D) Eight cases that are currently proceeding with merits-based discovery.

**Case Currently Pending Before the Court, Where There is No Operative Complaint at Law**

The Parties have identified the following case below, where there is no operative Complaint at Law. Plaintiff's former counsel filed a motion for leave to file a third amended complaint, to which the parties fully briefed. The Court struck Plaintiff's motion for leave to file a third amended complaint without prejudice to Plaintiff himself and Plaintiff has been granted leave to file a third amended complaint by March 15, 2024. Plaintiff has filed a Third Amended Complaint which is currently being reviewed by this Court to determine if any claims are frivolous or malicious, fail to state a claim on which relief can be granted, or seek monetary damages against parties immune to such relief.

| Case name | Case Number | Status |
|---|---|---|
| Christopher Mansoori v. Ms. Pickens and Ms. Vanco | 2022 -CV- 3485 | No operative Complaint |

**2022-CV-3485**
**Christopher Mansoori v. Ms. Pickens and Ms. Vanco**

I. **Status on Discovery**

    a. On December 11, 2023, the Court granted Defendants' motion to stay discovery. There is currently no pending discovery in this case as there is no operative Complaint. Plaintiff has been granted leave to file a third amended complaint by March 15, 2024. (Dkt. 90).

    b. On March 19, 2024, Plaintiff filed his Third Amended Complaint. (Dkt. 94).

    c. On April 25, 2024, The Court struck the deadline to answer Plaintiff's Third Amended Complaint and stated it needed to conduct a preliminary review of the complaint to determine if any claims are frivolous or malicious, fail to state a claim on which relief can be granted, or seek monetary damages against parties immune to such relief. (Dkt. 97).

A. **Cases Regarding Plaintiff's Failure to Exhaust his Administrative Remedies**

Defendants identified the below Six cases where Plaintiff failed to exhaust his administrative remedies. As such, Defendants proceeded with discovery for the limited purpose on the issue of exhaustion in these cases prior to any discovery taken for any issues on the merits. Exhaustion Discovery has now concluded in all these matters and the parties then requested that the Court enter a briefing schedule for dispositive motions on the limited issue of exhaustion in the below matters. Defendants have filed their motions for Summary Judgement on the limited issue of exhaustion pursuant to *Pavey v. Conely* in all of the below matters, and the parties are currently briefing these motions. Both parties still wish to reserve merit-based discovery if the case remains unresolved after ruling on the dispositive motions and a *Pavey* hearing is had, on the limited issue of exhaustion of administrative remedies.

| **Case name** | **Case Number** | **Defendant(s)** |
|---|---|---|
| Christopher Mansoori v. Correctional Officer Squires, et al. | 2021-CV-5881 | Correctional Officer Kimberly Squires, Lieutenant James Holmes, Lieutenant Damita Delitz, Correctional Officer William Mintah, and Assistant Executive Director Erica Queen |
| Christopher Mansoori v. Jovante Thomas ("JT") | 2022-CV-1634 | Jovante Thomas ("JT") |
| Christopher Mansoori v. Correctional Officer Larkin | 2022-CV-2469 | Correctional Officer Larkin |
| Christopher Mansoori v. Dr. Montgomery | 2022-CV-2470 | Dr. Montgomery |
| Christopher Mansoori v. Christopher Stadnicki | 2022- CV- 2471 | Christopher Stadnicki – PA-C |
| Christopher Mansoori v. Correctional Officer Patel | 2022- CV- 3484 | Correctional Officer Patel |

**2021-CV-5881**
**Christopher Mansoori v. C.O. Kimberly Squires, et. al.**

I. The Court entered a dispositive motion briefing schedule on the limited issue of exhaustion on February 1, 2024. Defendants were to file their motion for summary judgment by 2/14/24. Plaintiff's response was due 3/19/24. Defendants' reply was due 4/9/24. (Dkt. 75).

II. Defendants filed their motion for summary judgment on the limited issue for exhaustion on February 14, 2024. (Dkt. 79).

I. The Court entered a dispositive motion briefing schedule on the limited issue of exhaustion on March 13, 2024. Plaintiff's response to the motion for summary judgment as to the issue of exhaustion was due by April 9, 2024; Defendants' reply was due by April 19, 2024. (Dkt. 88).

II. Plaintiff filed a Motion on April 1, 2024, to stay on the motion for summary judgment briefing schedule. (Dkt. 89).

III. The Court granted Plaintiff until April 12 to file his response and left Defendants' reply to be due by April 19, 2024. (Dkt. 90).

IV. On April 18, 2024, Plaintiff filed his Response to Defendants' motion for summary judgment. (Dkt. 92).

V. On April 19, 2024, Defendants filed their Motion for an extension of time. (Dkt. 96).

VI. The Court granted Defendant's motion and Defendant's reply is now due May 3, 2024. (Dkt. 97).

## 2022-CV-1634
## Christopher Mansoori v. Jovante Thomas ("J.T.")

I. Defendants filed their dispositive motion on the limited issue of exhaustion on December 5, 2023. (Dkt. 40).

II. On January 11, 2024, the Court entered a new briefing schedule for the dispositive motion on the limited issue of exhaustion, extending the deadline for Plaintiff's response to February 5, 2024, and for Defendant's reply to February 19, 2024. (Dkt. 50).

III. On February 20, Defendant filed his reply, noting that as of that date Plaintiff had not yet filed a response. (Dkt. 55).

IV. On February 22, 2024, Plaintiff filed his response. (Dkt. 56).

V. On February 28, 2024, the Court provided Defendants with a new date to file a reply by March 13, 2024. (Dkt. 57).

VI. On March 11, 2024, Defendant filed a motion for extension of time. (Dkt. 61).

VII. On March 12, 2024, the Court granted Defendant an extension of time to reply of April 3, 2024. (Dkt. 62).

VIII. On April 3, 2024, Defendant filed his reply. (Dkt. 65).

**2022-CV-2469**
**Christopher Mansoori v. C.O. Larkin, et. al.**

I. A dispositive motion briefing schedule was entered by this Court on the limited issue of exhaustion on February 1, 2024. Defendant shall file his motion for summary judgment by February 14, 2024. Plaintiff's response was due March 19, 2024. Defendant's reply was due April 9, 2024. (Dkt. 71).

II. Defendant filed his motion for summary judgment on the limited issue for exhaustion on February 14, 2024. (Dkt. 74).

III. On March 12, 2024, the parties submitted a joint briefing schedule. (Dkt. 83).

IV. On March 13, 2024, the Court granted the briefing schedule. Plaintiff's response to the motion for summary judgment as to the issue of exhaustion was due by April 23, 2024; Defendant's reply was due by May 3, 2024. (Dkt. 84).

V. On April 25, 2024, Defendant filed his reply. (Dkt. 88).

**2022-CV-2470**
**Christopher Mansoori v. Dr. Montgomery, et. al.**

I. The Court set a dispositive motion briefing schedule on February 1, 2024. Defendant shall file his motion for summary judgment by February 14, 2024. Plaintiff's response was due March 19, 2024. Defendant's reply was due April 9, 2024. (Dkt. 69).

II. Defendant filed her motion for summary judgment on the limited issue for exhaustion on February 14, 2024. (Dkt. 73).

III. On March 12, 2024, the parties submitted a joint briefing schedule. (Dkt. 81).

IV. On March 13, 2024, the Court granted the briefing schedule. Plaintiff's response to the motion for summary judgment as to the issue of exhaustion was due by May 7, 2024; Defendant's reply was due by May 17, 2024. (Dkt. 84).

**2022-CV-3484**
**Christopher Mansoori v. C.O. Patel**

I. The Court set a dispositive motion briefing schedule on February 1, 2024. Defendant shall file his motion for summary judgment by February 14, 2024. Plaintiff's response was due March 19, 2024. Defendant's reply was due April 9, 2024. (Dkt. 63).

II. Defendant filed his motion for summary judgment on the limited issue for exhaustion on February 14, 2024. (Dkt. 66).

III. On March 12, 2024, the parties submitted a joint briefing schedule. (Dkt. 75).

IV. On March 13, 2024, the Court granted the briefing schedule. Plaintiff's response to the motion for summary judgment as to the issue of exhaustion was due by June 4, 2024; Defendant's reply was due by June 14, 2024. (Dkt. 76).

**2022-CV-2471**
**Christopher Mansoori v.**
**Christopher Stadnicki**

I. The Court set a dispositive motion briefing schedule on February 1, 2024. Defendant shall file his motion for summary judgment by February 14, 2024. Plaintiff's response was due March 19, 2024. Defendant's reply was due April 9, 2024. (Dkt. 85).

II. Defendant filed his motion for summary judgment on the limited issue for exhaustion on February 14, 2024. (Dkt. 88).

III. On March 12, 2024, the parties submitted a joint briefing schedule. (Dkt. 97).

IV. On March 13, 2024, the Court granted the briefing schedule. Plaintiff's response to the motion for summary judgment as to the issue of exhaustion was due by May 21, 2024; Defendant's reply was due by May 31, 2024. (Dkt. 98).

**2022-CV-3484**
**Christopher Mansoori v. C.O. Patel**

V. The Court set a dispositive motion briefing schedule on February 1, 2024. Defendant shall file his motion for summary judgment by February 14, 2024. Plaintiff's response was due March 19, 2024. Defendant's reply was due April 9, 2024. (Dkt. 63).

VI. Defendant filed his motion for summary judgment on the limited issue for exhaustion on February 14, 2024. (Dkt. 66).

VII. On March 12, 2024, the parties submitted a joint briefing schedule. (Dkt. 75).

VIII. On March 13, 2024, the Court granted the briefing schedule. Plaintiff's response to the motion for summary judgment as to the issue of exhaustion was due by June 4, 2024; Defendant's reply was due by June 14, 2024. (Dkt. 76).

**B. Cases where Plaintiff has filed a Motion to Compel**

Defendants identified the below 5 cases where Plaintiff has filed Motions to Compel. Defendants have filed for extensions of time to respond in cases 2021-cv-6173; 21-cv-6379; 22-cv-1642; 22-cv-1632. This extension was granted and replies in the four cases listed above are now due May 10, 2024. Defendants have answered the Motion to Compel in 2021-cv-1635 and await a ruling from the Court.

| **Case name** | **Case Number** | **Defendant(s)** |
|---|---|---|
| Mansoori v. Morrison | 2021-CV-6173 | James Morrison |

| | | |
|---|---|---|
| Mansoori v. Milly | 2021-CV-6379 | Ms. Milly |
| Mansoori v. Doe | 2021-CV-1635 | Sgt. Williams |
| Mansoori v. Sgt. Amador | 2022-CV-1642 | Sgt. Amador, Superintendent Queen, Superintendent Beacham, Superintendent McCray, Lt. Holmes, Alicia Hines |
| Christopher Mansoori v. Christopher Stadnicki | 2022- CV- 1632 | Christopher Stadnicki – PA-C, Nurse Kirsten Bain. |

### 2021-CV-6173
### Christopher Mansoori v. Morrison

I. Plaintiff filed a Motion to Compel on March 19, 2024. (Dkt. 54).

II. On March 27, 2024, the Court directed Defendants to respond to Plaintiff's Motion to Compel by April 18, 2024. (Dkt. 57).

III. On April 17, 2024, Defendants filed for a Motion for Extension of Time. (Dkt. 59).

IV. On April 19, 2024, the Court granted Defendants' Motion for Extension of Time, ordering Defendants' response to be due May 10, 2024. (Dkt. 60).

### 2021-CV-6379
### Christopher Mansoori v. Milly

I. Plaintiff filed two Motions to Compel on March 19, 2024. (Dkt. 71, Dkt. 73).

II. On March 27, 2024, the Court directed Defendants to respond to Plaintiff's Motion to Compel by April 18, 2024. (Dkt. 72).

III. On April 17, 2024, Defendants filed for a Motion for Extension of Time. (Dkt. 75).

IV. On April 19, 2024, the Court granted Defendants' Motion for Extension of Time, ordering Defendants' response to be due May 10, 2024. (Dkt. 76).

### 2021-CV-1635
### Christopher Mansoori v. Doe

I. Plaintiff filed his motion to Compel on March 19, 2024. (Dkt. 54).

II. On March 27, 2024, the Court directed Defendants to respond to Plaintiff's Motion to Compel by April 18, 2024. (Dkt. 57).

III. On April 16, 2024, Defendants filed their Response in Opposition to Plaintiff's Motion to Compel. (Dkt. 58).

IV. On April 24, 2024, Defendants filed their supplement to their Response in Opposition to Plaintiff's Motion to Compel. (Dkt. 60).

## 2022-CV-1642
## Christopher Mansoori v.
## Sgt. Amador

I. Plaintiff filed his motion to Compel on March 19, 2024. (Dkt. 84).

II. On March 27, 2024, the Court directed Defendants to respond to Plaintiff's Motion to Compel by April 18, 2024. (Dkt. 92).

III. On April 17, 2024, Defendants filed for a Motion for Extension of Time. (Dkt. 96).

IV. On April 19, 2024, the Court granted Defendants' Motion for Extension of Time, ordering Defendants' response to be due May 10, 2024. (Dkt. 97).

## 2022-CV-1632
## Christopher Mansoori v.
## Christopher Stadnicki

I. Plaintiff filed his motion to Compel on March 19, 2024. (Dkt. 71).

II. On March 27, 2024, the Court directed Defendants to respond to Plaintiff's Motion to Compel by April 18, 2024. (Dkt. 72).

III. On April 17, 2024, Defendants filed for a Motion for Extension of Time. (Dkt. 74).

IV. On April 19, 2024, the Court granted Defendants' Motion for Extension of Time, ordering Defendants' response to be due May 10, 2024. (Dkt. 75).

**Cases that are Proceeding with a Regular Merits Discovery Schedule.**

The Parties identified the below eight cases where discovery is currently proceeding with a normal discovery schedule and scheduling of depositions.

| **Case name** | **Case Number** |
| --- | --- |

| | |
|---|---|
| Christopher Mansoori v. Director Morrison | 2021-CV-6173 |
| Christopher Mansoori v. Mellicent Ear ("Ms. Milly) | 2021-CV-6379 |
| Christopher Mansoori v. Christopher Stadnicki, et. al. | 2022-CV-1632 |
| Christopher Mansoori v. Sgt. Williams | 2022-CV-1635 |
| Christopher Mansoori v. Superintendent Brown, et. al. | 2017-CV-8846 |
| Christopher Mansoori v. Sheriff Dart, et. al. | 2022-CV-1638 |
| Christopher Mansoori v. Sergeant Amador, et. al. | 2022-CV-1642 |
| Christopher Mansoori v. C.O. Smith, et. al. | 2021-CV-6242 |

**Any other issues the parties wish to raise with the Court:**

- On April 30, 2024, a date which worked for all the parties, Defendants attempted to meet with Plaintiff via zoom to review the proposed final draft of the joint status report but were notified by CCDOC staff that Plaintiff could not be brought to the meeting because of lock down occurring at the jail.
- Defendants were told Plaintiff would be available after the lockdown and attempted to reschedule him for the next available time slot. An officer appeared on the call and informed Defendants that now there had been a mistake and Plaintiff was not available at this time due to a previously scheduled Court appearance.
- For the reasons discussed above Defendants filed this status report as Defendants' not joint.

Respectfully submitted,

*/s/ Joel Zeid*
Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Joel.Zeid@cookcountysao.org

*/s/ Oliver Kassenbrock*
Oliver Kassenbrock
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
oliver.kassenbrock@cookcountysao.org

*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479

*/s Kevin C. Kirk*
Special State's Attorney
William B. Oberts
Kevin C. Kirk
Tribler, Orpett, & Meyer P. C.
225 W. Washington – Suite 2250
Chicago, IL 60660
wboberts@tribler.com
Kckirk@tribler.com

## CERTIFICATE OF SERVICE

I, Joel Zeid hereby certify that I have caused true and correct copies of ***Defendants' Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 30 day of April 2024.

To:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                                          */s/ Joel Zeid*
                                                          Joel Zeid