UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christopher James Mansoori
        Plaintiff,

v.               Case No.: 1:22−cv−01642
              Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2024:

  MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 5/29/24 with respect to the parties' progress with depositions. The Court reviewed the parties' Joint Proposed Discovery Deposition Schedule for Plaintiff. The parties confirmed that the deposition of Sgt. Aaron Williams was taken yesterday in cases 22−cv−1635 *Mansoori v. Williams* and 22−cv−1642 *Mansoori v. Amador, et al*. The parties shall meet and confer on 6/25/24 to schedule the depositions of Plaintiff has prioritized, namely the depositions of Amador, Abdelhadi, Bozeman, Dabrowski, Hill, Toscano, Pena, and Morrison in July. If they cannot be scheduled in July, then they should be scheduled in August. The Court sua sponte extends the fact discovery close date to 8/31/24 if some of these depositions need to be scheduled in August without prejudice to a further extension if the Court determines there is good cause to do so. Prior to the 6/25/24 meeting with Plaintiff, defense counsel shall communicate with their clients about their availability during that time period so the parties can agree on firm dates for these depositions when they meet on 6/25/24. The parties then shall file a joint notice of confirmed depositions by 6/27/24 with the agreed upon dates for these deponents. The Court will set a date for an updated global status report and a status hearing to discuss next steps after the notice of confirmed deposition report is filed. Assistant State's Attorney Zeid agrees to accept Plaintiff's subpoena for witness Pena. The Court will request that the Clerk's office update Mr. Mansoori's I.D. number on cases 17−cv−8846, 22−cv−2469, 22−cv−2470, 22−cv−2471, 22−cv−3484, and 22−cv−3485. Mailed notice (ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.