UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christopher James Mansoori
                         Plaintiff,

v.                                           Case No.: 1:22−cv−01642
                                                         Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 30, 2024:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: For the reasons discussed during the hearing held on 5/29/24, Plaintiff shall file by 6/12/24 a Local Rule 37.2 certification for his pending motions to compel in Case Nos. 21−6173, *Mansoori v. Morrison,* 21−cv− 6379, *Mansoori v. Milly,* 22−cv−1632, *Mansoori v. Dr. Stinacki* and 22−cv− 1642, *Mansoori v. Amador et al*. Plaintiff represented at the hearing that he did have a Local Rule 37.2 conference with State 9;s Attorney Johnson, who has since withdrawn from this case, in January 2024 about the matters covered in his pending motions to compel. By 6/12/24, Plaintiff also may file any reply brief he wishes to file in support of his motions to compel. Plaintiff's Motions to Compel are taken under advisement. The Court requests that Defendants resend to Mr. Mansoori copies of their responses to Mr. Mansoori's motions to compel as he said during the hearing he only has received on response brief. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.