## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Christopher James Mansoori

                        Plaintiff,

v.                                             Case No.: 1:22−cv−01642
                                                     Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: At Defendants' request, and without objection from Plaintiff, Defendants shall schedule Plaintiff for each of the Zoom depositions he will be taking in this case while in custody at the Cook County Jail, provided that defense counsel receive a Zoom link for the deposition at least 7 days prior to the date that the deposition is scheduled. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.