THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>SGT. AMADOR et al.,<br><br>Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND/OR A REQUEST FOR EXTENSION OF TIME TO REPLY**

Now comes Defendants, Sergeant Amador, Director Beacham, Lieutenant Holmes, Superintendent McCray, and Director Queen ("Defendants"), by their attorney, Kimberly M. Foxx, State's Attorney of Cook County, through her Assistant State's Attorney, Joel Zeid, respectfully moves this Honorable Court to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Defendants present the following Reply in support of their Motion to Dismiss, and or request an extension of time to Reply as follows:

**ARGUMENT**

Plaintiff failed to file a response brief to the Motion by the court-imposed deadline of May 28, 2024. (Dkt 101). Defendants' reply brief was due to be filed by June 11, 2024. *Id.* Due to Plaintiff's failure to file a response brief, this Court should grant Defendants' Motion as it is unopposed by Plaintiff. (Dkt. 100).

The Defendants will not belabor the point and stand on their Motion. As noted, Plaintiff has failed to file a timely response to Defendants' Motion and has therefore waived any right to do so. As a result, this Court should grant Defendants' Motion to Dismiss in favor of Defendants

1

as Plaintiff has failed to file any response. Therefore, Defendants respectfully requests that the Court find in favor of Defendants and against Plaintiff and dismiss his Amended Complaint.

In the alternative, recognizing that Plaintiff is incarcerated and that mailing and filing briefs sometimes takes additional time, Defendants requests an extension of time to file a Reply to Plaintiff's response of up to and including 21 days after Plaintiff's Response is filed on the docket.

## CONCLUSION

For the foregoing reasons, Defendants respectfully requests that this Honorable Court enter an order granting Defendants' Motion to Dismiss, award all applicable costs and fees, assess Plaintiff a "strike" under the PLRA, and any other relief this Court deems just and proper.

If a Response to Defendants' Motion to Dismiss is received and accepted by the Court, Defendants would request that this Court grant him 21 days from the date of the accepted filing to file their Reply in Support of their Motion to Dismiss.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Joel Zeid*
Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Joel.Zeid@cookcountysao.org

## CERTIFICATE OF SERVICE

I, Joel Zeid hereby certify that I have caused true and correct copies of **Defendants' Reply In Support of their Motion to Dismiss Plaintiff's Amended Complaint** and/or a Request for Extension of Time to Reply and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 31 day of May 2024.

To:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                                                */s/ Joel Zeid*
                                                                 Joel Zeid