IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 11 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHRISTOPHER MANSOORI

Plaintiff

v.

Mellicent Ear aka Ms. Milly, Chris Stadnicki, James Morrison, Sergeant Williams, C.O Smith, Sergeant Amador, et al.

Defendants

Case Nos. 21-CV-06379; 22-CV-01632;
21-CV-6173; 22-CV-01635;
21-CV-06242; 22-CV-01642

Judge Lindsay C. Jenkins

Magistrate Jeffrey T. Gilbert

## GLOBAL 37.2 LOCAL RULE CERTIFICATION IN SUPPORT OF EACH MOTION TO COMPEL

Now comes the Plaintiff, Christopher Mansoori, pro se, pursuant to Local Rule 37.2, hereby makes the following certified statement, in support of each of the previously filed Motions to Compel, in the above titled cases:

1. On January 26, 2024 Plaintiff and Defense Counsels had a 37.2 Conference, for purposes of Plaintiff asking Defendants to produce what was previously requested in Discovery, and Defense Counsel's failure to do so. Ms. Khara Coleman was also present at some point during the Zoom meeting. Jorie Johnson, former Cook County Assistant State's Attorney, hosted the Zoom conference. After Plaintiff requested for the Defense Attorneys to answer interrogatories, instead of objecting to almost every question asked, and to produce the evidence requested, pursuant to Rule 34 of the Fed. R. of Civ. Procedure, asking the

attornies to comply with Discovery Rules, Jorie Johnson replied, after Plaintiff raised every issue asserted in each Motion to Compel, "You can tell the Judge what we aren't producing or answering to, we aren't going to produce anything else and we are allowed to object to interrogatories. File your Motion to Compel or whatever you want to file." This statement by Jorie, quoted here, is not verbatim, but it is very close. Basically, Plaintiff raised his concerns and the State's Attorney said "You can take it up with the Judge" clearly refusing to comply with Discovery Rules. Plaintiff subsequently filed each Motion to Compel. Plaintiff complied with Local Rule 37.2 provisions that require a 37.2 conference prior to the filing of any Motion to Compel, as it relates to each above titled case. The meeting was held at approximately 11:15am, Joel Zeid signed onto the meeting at the very end, Mr. Devore and/or Mr. Radunsky were present, as well as Kevin Kirk.

2. Upon review of the Motions to Compel filed, Plaintiff made an error when he designated a case Number in the Title of one Filing. The Motion to Compel, titled Christopher James Mansoori, v. C.O. Haddad, C.O. Smith, has the wrong case No. of 21-CV-06379 as a heading. The case number captioned should read 21-CV-06242 instead. I respectfully request the Court to order the Clerk to (1) Strike it from the Docket of case no. 21-CV-06379 if it was filed under that case (although a proper Motion to Compel was filed also under 21-CV-06379 v. Ms. Milly) (2) Amend the heading so the proper Case No., 21-CV-06242 is reflected on the document (3) File the Motion to Compel under 21-CV-06242 if it has not already done so.

Wherefore, Christopher Mansoori, pro se, prays this Honorable Court accepts his Local Rule 37.2 Certification in support of each of his Motions to Compel and orders the Clerk of the Court to take any corrective action that may be needed. Plaintiff prays this Honorable Court enters any order it may deem appropriate and just.

Respectfully submitted,
Christopher Mansoori

## Certification

Pursuant to 28 U.S.C. §1746, I verify under penalty of perjury, the foregoing Global 37.2 Local Rule Certification in support of each Motion to Compel, is true and correct, to the best of my knowledge or belief.

Dated: 6-4-24

Christopher Mansoori
Christopher Mansoori
20191007189
2700 S. California
Chicago IL 60608

## Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, I filed a Global 37.2 Local Rule Certification in support of each Motion to Compel, with the Clerk of the United States District Court, by handing the document to Jail staff for outgoing mail, on 6/6/24, in an envelope with proper postage, addressed to: Prisoner Correspondence, United States District Courthouse, 219 S. Dearborn Street, Chicago IL 60604. Defense Counsel expressed consent in receiving notices through the Clerk's ECF system.

Christopher Mansoori





Christopher
20191007189
2700 S. California
Chicago IL 60608

RECEIVED
JUN 11 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence
United States District Courthouse
219 S. Dearborn Street
Chicago IL 60604



06/11/2024-13