# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>SGT. AMADOR et al.,<br><br>Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

### JOINT PROPOSED DISCOVERY DEPOSITION SCHEDULE FOR PLAINTIFF

The Plaintiff, Christopher Mansoori ("Plaintiff"), Pro Se and Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Joel Zeid, and Oliver Kassenbrock; Special State's Attorneys, Jason Devore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Tribler, Orpett, & Meyer P. C., in compliance with the Court's order (Dkt. 109) submit the following the following Joint Proposed Discovery Deposition Schedule for Plaintiff:

1. During the Court's May 29, 2024, Status hearing held before the Honorable Judge Gilbert, the Court requested that the parties file an updated joint status report relating to the scheduling and progress of depositions by June 27, 2024.

2. The parties met on June 25, 2024, pursuant to this Court's order, and agreed on the below-listed deponents and proposed deposition dates.

3. The parties will continue to work on establishing further deposition dates for the remaining deponents the Court had ordered Defendants to provide dates for.

1

Below in the listed chart are proposed names of witnesses who have now been deposed The parties have stated for the Court the following information to the best of their knowledge at this time: (1) the names of all fact witnesses Plaintiff has deposed (2) the case numbers of the cases in which those depositions will be taken; (3) the date the deposition occurred;

| DEPONENT – FACT WITNESSES | CASE NUMBER(S) IN WHICH DEPOSITION WAS TAKEN | DATE OF THE DEPOSITION |
|---|---|---|
| Sgt. Aaron Williams | 22-cv-1635 Mansoori v. Sgt. Williams<br><br>22-cv-1642 Mansoori v. Sgt. Amador, et al | This occurred on Tuesday May 28, 2024. |
| Antoine Pierce, 20200715063, DIV6-2J-9-1 | 22-cv-1642 – Mansoori v. Sgt. Amador, et. al | This Deposition occurred until terminated on Tuesday, June 11, 2024. |
| Nurse Alecia Hines | 22-cv-1638 Mansoori v. Sheriff Dart, et al.<br><br>22-cv-1642 – Mansoori v. Sgt. Amador, et. Al<br><br>21 cv 6173 Mansoori v. Director Morrison) | Nurse Hines' deposition has occurred on June 13, 2024. |
| Quincy Cole, Detainee at CCDOC 20201209069 | 22 cv 6173 – Mansoori v. Morrison<br><br>21 cv 6379 – Mansoori v Mellicent Ear ("Ms. Milly")<br><br>22-cv-1642 – Mansoori v. Sgt. Amador, et. al | This Deposition occurred on Monday, June 17, 2024. |
| Meliicent Ear (aka Ms. Milly) **1st witness discussed on 2/23/24 | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms Milly") | This deposition occurred on Friday June 21, 2024. |

2

Below in the listed chart are proposed names of witnesses to be deposed in the above aforementioned set of cases. The parties have stated for the Court the following information to the best of their knowledge at this time: (1) the names of all fact witnesses Plaintiff intends to depose  (2) the case numbers of the cases in which those depositions will be taken; (3) confirmed or proposed dates for the depositions; (4) a brief description of any objection, if any, to the deposition proceeding then being raised by any party or witness; and (5) a brief description of the intended subject matter to be covered in a deposition.

| DEPONENT – FACT WITNESSES | CASE NUMBER(S) IN WHICH DEPOSTIONS WILL BE TAKEN | PROPOSED DATE(S) FOR DEPOSITION | OBJECTIONS | SUBJECT MATTER TO BE COVERED AT DEPOSTION |
|---|---|---|---|---|
| C.O. Alojzy Dabrowski | 22-cv-1642 – Mansoori v. Sgt. Amador, et. al<br><br>21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>2022-CV-1635 Mansoori v. Sgt. Williams | This deposition will occur on the 19th of July at 10am. | No Objections. Spoke with Dabrowski he has another week | The parties are still working on gathering this information for this deponent. |
| Sgt. Milton Bozeman | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms. Milly") | This deposition is set to occur on July 24 at 10am. | No Objections. | Witness in 6379: "And I recently spoke with one of the witnesses, and he told me he remembers. And he said I have to call him to be a witness to the events, and he remembers it being specifically said that Ms. Pickens got me moved." |

3

| | | | | |
|---|---|---|---|---|
| C.O. Luis Pena | 22-CV-1634 Mansoori v. Jovante Thomas (J.T. Support Services)<br><br>22-cv1638 Mansoori v. Sheriff Dart, et al. | This deposition will occur August 2nd at 10am. | No Objections | WITNESS. But NOT an active employee as of Feb 1, 2024. |
| Director James Morrison | 21 cv 6173 Mansoori v. Director Morrison | August 8 at 10am. | No Objections | Defendant |
| Sgt. Antiono Amador | 22 - cv - 1642 Mansoori v. Amador | This deposition was set to be conducted by Plaintiff on May 2, 2024, at 2pm. The deponent showed up to the deposition on time and waited 30 minutes after before cancelling the deposition. | Objection: Defense counsel objects that this deposition is premature due to the fact that the Court has not yet ruled on a Pending Motion to Dismiss this Defendant. | Defendant in case. Will testify regarding defenses to allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| C. O. Toscano | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | No Objections. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |

4

| C. O. Abdelhadi | 22 - cv - 1642 Mansoori v. Amador | Although this individual was set to be deposed at Plaintiff's request on May 6th, Defense counsel became aware that the deponent would be unable to be prepped until he returned from vacation on the 6th and gave timely notice of the need to reschedule. Currently the parties are working together to come up with a new deposition date. | No Objections | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
|---|---|---|---|---|
| Albert Hill | 22-cv-1638 Mansoori v. Sheriff Dart, et al. | The parties are currently locating this individual as he is no longer at CCJ, and Plaintiff can depose him on a date of his choosing once he is located. | No Objections | Will testify that he was in the cell next to Mr. Mansoori and that Mr. Mansoori had COVID-19 and will testify about the vital checks and COVID-19 testing. |

Below in the listed chart the remaining individuals Plaintiff has expressed interest in deposing, but the parties have not yet been able to schedule. Just as above, the parties have stated for the Court the following information to the best of their knowledge at this time: (1) the names of all fact witnesses Plaintiff intends to depose (2) the case numbers of the cases in which those depositions will be taken; (3) confirmed or proposed dates for the depositions; (4) a brief description of the intended subject matter to be covered in a deposition; and (5) a brief description of any objection, if any, to the deposition proceeding then being raised by any party or witness.

| | | | | |
|---|---|---|---|---|
| Lt. James Holmes | 22 cv 1638 Mansoori v. Sheriff Dart, et. al.<br><br>21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>22 - cv - 1642 Mansoori v. Amador | This deposition was canceled upon hearing from George Pontikes on May 8 that the notices of deposition would start with the deposition of Melicent Ear on May 17. | No Objections | Defendant in case. Will testify regarding defenses to allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training, skills, and experience as a CCDOC Sheriff's Officer Staff member. |
| Earlton Murray, 20220622088; DIV 15-EM-ELECTRONIC MONITORING-GENERAL | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms. Milly") | The parties are still working on gathering this information for this deponent. | No Objections | The parties are still working on gathering this information for this deponent. |
| C.O. Kimberly Squires | 21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>22-cv-1642 – Mansoori v. Sgt. Amador, et. al<br><br>21-cv-6173 Mansoori v. Dir. Morrison | The parties are still working on gathering this information for this deponent. | Objections to deposition in 21-cv-5881 by Defendant Squires Counsel Mr. Oberts. | Defendant in 21-cv-5881; Witness in 22-cv-1642<br><br>Mansoori says she is Defendant and witness in Ms. Milly case, witness in cold case.<br><br>NOT an active employee as of 2/1/2024. |
| Fisher?<br><br>Female officer? | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms Milly") | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Witness. But not identified in deposition. |
| Latoya Pickens | 21 cv 6379 – Mansoori v | The parties are still working on gathering this | The parties are still working on gathering this | Defendant |

6

| | | | | |
|---|---|---|---|---|
| | Mellicent Ear ("Ms Milly") | information for this deponent. | information for this deponent. | |
| Sgt. Ford (female) | 21 cv 5881 Mansoori v. Ofc. Squires, et. al.  22-cv-1635 Mansoori v. Sgt. Williams | The parties are still working on gathering this information for this deponent. | No objections | Witness. *P contends she supports theory that CCSO is fabricating evidence |
| Sheriff Thomas Dart | N/A | The parties are still working on gathering this information for this deponent. | Objecting. Will not produce for individual capacity case under any case number absent court order. Request to brief an such issue first. | The parties are still working on gathering this information for this deponent. |
| CO Goodson | 21 cv 6379 – Mansoori v Mellicent Ear ("Ms Milly") | The parties are still working on gathering this information for this deponent. | No objections | The parties are still working on gathering this information for this deponent. |
| Danita Reese (medical) | 22-cv-1638 Sheriff Dart, et al. | The parties are still working on gathering this information for this deponent. | Confirming employment | The parties are still working on gathering this information for this deponent. . |
| Earnest Hall (M55325) Big Muddy | 22-cv-1642 Mansoori v. Sgt. Amador, et al  22-cv-6173 Mansoori v. Dir. Morrison | The parties are still working on gathering this information for this deponent. | Have not confirmed whether this person is in custody. | (Detainee) |
| C.O. William Mintah | 22 - cv - 1642 Mansoori v. Amador  21-cv-5881 Mansoori v. Ofc. Squires, et al | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Defendant in case. Will testify regarding defenses to allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and |

7

| | | | | |
|---|---|---|---|---|
| | | | | experience as a CCDOC Sheriff's Officer Staff member. |
| Erika Queen | 22 - cv - 1642 Mansoori v. Amador<br><br>Mansoori v. Squires 21 Cv 5881 | The parties are still working on gathering this information for this deponent. | No Objections | Defendant in case. Will testify regarding defenses to allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on her training, skills, and experience as a CCDOC Sheriff's Officer Staff member. |
| Exec. Dir. Beachem | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | No Objections | The parties are still working on gathering this information for this deponent. |
| C.O Vilella | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| C.O. Serna | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will |

| | | | | |
|---|---|---|---|---|
| | | | | also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| C.O. Garcia Sanitation officer division 6 2022 | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| C.O. Schuld | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| Lt. Damita Delitz | 22 cv 1638 Mansoori v. Sheriff Dart, et. al.<br><br>21 cv 5881 Mansoori v. Ofc. Squires, et. al.<br><br>22 - cv - 1642 | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |

| | | | | |
|---|---|---|---|---|
| Sgt. Miller(Alexander) Female | Mansoori v. Amador<br>22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| C.O. Miskell | Smoke 22-cv-1635 Mansoori v. Sgt. Williams | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| OPR- Rodriguez (male) | 22 - cv - 1642 Mansoori v. Amador | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | Will testify regarding allegations and claims made in Plaintiff's Amended Complaint. Will also testify based on his training and experience as a CCDOC Sheriff's Officer Staff member. |
| Manisha Patel | 22-cv-1632 Mansoori v. Stadnicki, et al<br><br>22-cv-2471 Mansoori v. Stadnicki | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Cendi Morgan | The parties are still working on gathering this | The parties are still working on gathering this | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this |

| | | | | |
|---|---|---|---|---|
| | information for this deponent. | information for this deponent. | | information for this deponent. |
| Kirsten Bain | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Kingson Olikagu | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Velinda Llorens | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Melanie Watson-Montgomery | Mansoori v. Dr. Montgomery 22 cv 2470 | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Christopher Stadnicki | Mansoori v. Stadnicki 22 cv 2471 Mansoori v. Stadnicki 22 cv 1632 | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |
| Dr. Jonathan – Cardiologist | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. | The parties are still working on gathering this information for this deponent. |

**Additional information for the Court:**

None.

11

Respectfully submitted,

*/s/ Joel Zeid*
Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Joel.Zeid@cookcountysao.org

*/s/ Miguel Larios*
Miguel Larios
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Miguel.Larios@cookcountysao.org

*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479

*/s Kevin C. Kirk*
Special State's Attorney
William B. Oberts
Kevin C. Kirk
Tribler, Orpett, & Meyer P. C.
225 W. Washington – Suite 2250
Chicago, IL 60660
wboberts@tribler.com
Kckirk@tribler.com

## CERTIFICATE OF SERVICE

I, Joel Zeid hereby certify that I have caused true and correct copies of ***Joint Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 27 day of June, 2024. To:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                                  /s/ *Joel Zeid*
                                                  Joel Zeid