UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christopher James Mansoori

                            Plaintiff,

v.                                                            Case No.: 1:22−cv−01642
                                                                     Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 27, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 6/27/24. Defendants' Joint Motion for Entry of Protective Order [114] is denied without prejudice. The remaining depositions shall go forward with the Court's guidance as to a stipulation at the beginning of each deposition concerning objections to the form of questions as discussed during today's hearing. All parties present for today's hearing confirmed they are willing to stipulate at the beginning of every deposition that a form objection includes all objections as to the form of the question that the questioner could correct at the time, including those matters referenced in the Court's orders entered on 6/18/24 [118][119]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.