

**MR**

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINO **FILED** VKM
EASTERN DIVISION
6/28/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CHRISTOPHER MANSOORI

      Plaintiff

v.

Sgt. Amador, et al.

      Defendants

Case No. 22-CV-1642

Judge Lindsay C. Jenkins

Magistrate Jeffrey T. Gilbert

# MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

The Plaintiff, Christopher Mansoori, pro se, moves this Honorable Court to grant him an extension of time, respectfully, to file Plaintiff's Response to Defendants' Motion to Dismiss. In support of this present motion, Plaintiff states the following:

1. Plaintiff received Defendants' Motion to Dismiss, in the mail, May 15, 2024.

2. Plaintiff was awaiting an order from the Court, indicating an articulated briefing schedule or deadline, for Plaintiff to adhere to, in response. As of yet, Plaintiff has not received any such order in the mail, from this Court.

3. Instead, on June 14, 2024, Plaintiff received Defendants' Reply brief, where they argue Plaintiff

"Failed to file a response brief to the Motion by the court-imposed deadline of May 28, 2024." This was the sole notice to Plaintiff, of any deadline.

4. Typically, mailings from the Clerk of this Court reach Plaintiff within 7-14 days. Although on June 14, 2024, Plaintiff received Judge Gilbert's order from a postmark date of April 26, 2024, approximately 49 days later. Occasionally, Jail staff leave my undelivered mail in crevices of offices, which are overlooked and delayed in delivery.

5. Had Plaintiff received the order from the Court, articulating a May 28, 2024 deadline, most likely he would have requested an extension of time to file his response anyways. The tight briefing schedules, for the Motions for Summary Judgement and Plaintiff's responses, were rigorous and occupied Plaintiff's capacity, especially when he fought an illness between the filing deadlines.

6. Plaintiff respectfully requests the Court to consider that he has been instructed to file all pre-trial motions, in each of his three Criminal cases, by July 3, 2024. Plaintiff is compiling arguments of countless Discovery Violations and violations of Due Process and a Motion for Reconsideration related to 4th Amendment issues and Re-opening the proofs, due to ineffective Counsel and manipulation by the State, It is a lot to address, to put into writing, but Plaintiff expects his work to be dispositive. He is racing to write and his Liberty is of the highest value.

7. Although Defendants have every right to file a Motion to Dismiss and have the Court review on the merits of the argument, this Court already scrutinized the Amended Complaint under a Motion to Dismiss standard. The State is well aware of the pressures they impose through the workload they create, for Defendants' benefit. The workload for all parties, including the Court, has been immense to say the least. The Parties have assistants to aid in completion, Plaintiff

is limited in this aspect. Plaintiff respectfully requests this Court to consider his current circumstances and grant him a lengthy extension of time, to file a Responsive brief, based on the foregoing. A July 25, 2024 deadline, would be ideal for Plaintiff.

Wherefore, Christopher Mansoori, prays this Honorable Court enters an order granting Plaintiff plenty of time, to file an adequate Response to Defendants' Motion to Dismiss, for all of the reasons stated herein.

Very Respectfully Submitted,

Christopher Mansoori

Pursuant to 28 U.S.C. §1746, I swear under penalty of perjury the foregoing is true and correct, to the best of my knowledge or belief.

Dated: 6-18-24   Christopher Mansoori

Christopher Mansoori

20191007189
2700 S. California
Chicago IL 60608

Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, I filed a Motion for an extension of time to file Plaintiff's Response to Defendant's Motion to Dismiss with the Clerk of the United States District Court, by handing the document to Jail staff for outgoing mail, on 6/18/24, in an envelope with proper postage, addressed to: Prisoner Correspondence, United States District Courthouse, 219 S. Dearborn Street, Chicago IL 60604. Defense Counsels expressed consent to receive notices through the Clerk's ECF System.

Christopher Mansoori

GRAN 20012J

Christopher Mancoori
201410071G9
2700 S. California
Chicago IL 60608



Prisoner Correspondence
United States District Courthouse
219 S. Dearborn Street
Chicago IL 60604

06/28/2024-3

RECEIVED

JUN 28 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



