**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Christopher James Mansoori
                              Plaintiff,
v.                                            Case No.: 1:22−cv−01642
                                              Honorable Lindsay C. Jenkins
Sergeant Armadore, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 1, 2024:

MINUTE entry before the Honorable Lindsay C. Jenkins: The Court set a May 28, 2024 deadline for Plaintiff to respond to the motion to dismiss (see Dkt. 101: "MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motion to dismiss [100] is due by May 28, 2024 and Defendants' reply is due by June 11, 2024.) By motion filed on June 28, 2024, Plaintiff now requests an extension of time to respond, saying that he was awaiting an order indicating a briefing schedule, and instead received Defendant's reply brief in mid−June. The motion [123] is granted because it appears that there was at least a miscommunication about the response deadline. The Court gives Plaintiff until July 22, 2024 to respond. Defendant's reply is due by August 5, 2024. The Court does not anticipate granting extension of these deadline absent exceptional circumstances. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.