UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christopher James Mansoori

                            Plaintiff,

v.                                                                                      Case No.: 1:22−cv−01642
                                                                                        Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the Joint Proposed Discovery Deposition Schedule for Plaintiff. The parties shall file an updated global status report by 7/30/24. A status hearing is set for 8/7/24 at 2:00 p.m. via Webex. The call−in number is 650−479−3207 and the Access code: 180 946 2499. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.