# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI | Case No. 22-cv-01642 |
| Plaintiff, | Judge Lindsay C. Jenkins |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| SGT. AMADOR, LT. HOLMES, SUPT. MCCRAY, ASSIST. EXEC. DIR. QUEEN, EXEC. DIR. BEACHEM, and ALESIA HINES | |
| Defendants. | |

## DEFENDANT ALESIA HINES' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

NOW COMES Defendant, ALESIA HINES, by and through her attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for her Answer to Plaintiff's First Amended Complaint, states as follows:

### Count I

1. From December 15 through December 27, 2020 I was held in Cook County Jail, Division 2, Dorm 1. On this tier, inmates would keep twisted up tissue burning all day and night to light drugs they'd smoke in the wrappers for toilet paper rolls. The drugs were infused into paper and would be rolled up and smoked consecutively and frequently. John Doe Sheriff would come onto the tier and say, "The Sergeant is coming you better stop smoking and let it clear out." I was forced to breathe the 2nd hand smoke of the burnt drugs and the constantly burning tissue. John Doe officer was indifferent to the smoke except when his superior officer would be present. Although the smoke was terrible to breathe, this was the easiest situation to endure because the windows would vacuum out the smoke partially, they were broken open.

**ANSWER**: The allegations in Count I are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Count I, and therefore denies the allegations of this paragraph.

### Count II

  2. From December 29, 2020 through February 12, 2021, I was housed in Division 4 Tier 1J. Everyday inmates would smoke in the dayroom and their cells, constantly. The air was completely smoke filled a majority of the time. Inmates would keep rolled or twisted up, toilet paper, burning to keep a means to light the drugs they smoke. The inmates and staff refer to this as a "wick." From this point forward in the compliant, wick will be used as the term to distinguish the slowly burning tissue. Inmates would keep wicks burning all day and night in their cell, so they never lose the opportunity to light the drugs and smoke. Smoke would pour out of their cell through the chuckhole, and it would seep through cells, through the vents. The drugs they would smoke are believed to be cannabinoids, or analogs of them, which are synthetically created. There are a wide array of them that affect humans in different ways, but they are extremely dangerous and toxic. The drugs bind to the receptors in the brain that THC would, except they engulf the receptors completely and because they are synthetic, no one knows for sure what exactly they do. Each variant has a different potency. Depending on how strong the effect is, inmates demand it more. A strong one they refer to it as "Death," and it is desired more because it is so toxic and euphoric. Many inmates die and are revived (after the original complaint was filed, I found out meth, fentanyl, and paint thinner were also infused with the cannabinoids in different versions, increasing desire, effects, and profits). On tier 1J inmates smoked in groups and the entire dayroom would be a cloud of smoke. I never smoked. I kept my mask on but I was still forced to breathe it, as I was confined. At the time, I didn't complain much because the smoke was a means to try to warm up the tier. I breathed the wick smoke everyday and inhaled the 2nd hand smoke, from the drugs smoked in the dayroom. C.O. Adams never cared inmates smoked or that they had wicks. Superintendent Beachem also didn't supervise his division in regard to smoke, and he didn't have staff conduct many searches to confront the smoke. Most staff were indifferent to the smoke. I have a heart condition and I was forced to breathe toxic, brain altering chemicals. I seek redress.

**ANSWER**: **The allegations in Count II are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Count II, and therefore denies the allegations of this paragraph.**

<u>Count III</u>

  3. From March 9, 2021 through May 13, 2021 I was housed in Division 6 tier 1H. Inmates would do the exact same thing in Count 1 and 2. The jail had a huge problem, they were indifferent to, for a long tie. Half of the deck would smoke "Death," and it was heard to breathe at all. I wore a face mask just for the smoke, but it hardly worked. It was torture, my lungs hurt, the smoke smelled so bad, and there was nowhere to go to get away from it. In my cell, at night, the smoke would fill my cell in the night from my neighbor keeping a burning wick in the vent. I'd wake up sick, not knowing I was breathing smoke while I was sleeping. My cellmate Rayqwan Alexander and I both hated it. So many inmates participated in smoking and promoting the use of the drugs for profit, that there was nothing I could say or do, to the masses, to make them stop. I was forced to breathe it. One inmate moved off the tier, and the same day he died and was revived, after smoking "Death." He obtained the substance from 1H. Sergeant McCoy witnessed his need for medical attention. I was forced to breathe the toxic drugs and wicks everyday, on a tier with

substandard ventilation anyways. C.O. Mintah tried to catch wicks and smokers, but there were so many he could hardly combat it. I name him as a defendant because he personally did not stop the smoke I was forced to breathe on tier 1H, but he is also a witness to the smoke filled tiers an the widespread condition I survived. Superintendent Beachem moved to Division 6 during this period, again he did not implement a standard to stop smoking or instruct his subordinates to stop the drug use on tiers, nor were frequent searches conducted to deter all of the smoke. My heart backflows blood, so smoke is extremely detrimental to me. I also really love my brain, and I do whatever I can to protect it, but the indifference the jail staff had towards inmates smoking and 2nd hand smoke caused me to be exposed to consistently burnt toxins, that deteriorate the brain. I have been confined and literally kept in gas chambers. No one knows, at any given time, exactly what they are smoking, and what is in the 2nd hand smoke, that lingers heavily, in the air of Cook County Jail, on Tier 1H, at this time. All inmates know is that they get very high, and the defendants couldn't stop them.

**ANSWER**: **The allegations in Count III are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Count III, and therefore denies the allegations of this paragraph.**

Count IV

4.      From May 13 through June 2, 2021, I was housed in Division 4 tier 2M. Inmates smoked so much on this tier, it was sickening. I kept a towel over my chuckhole to try to keep the plastic smelling smoke out. White I was in the dayroom huge cIouds of smoke would linger and I would try to get away but I couldn't. Many inmates passed out or couldn't function and they'd be rushed to medical. C.O. Miklas and Miskell watched the tier and witnessed the inmates get sick and admit to smoking. They wouldn't allow smoking, but would see huge clouds of smoke and see inmates high. No one stopped the state of the tier being filled with smoke from wicks and toxic drugs. Sergeant Amador worked in Division 4 and he only came on the tier once to catch a wick. He did not combat the smoke or do much to prevent me from having to breathe smoke constantly. I name Sergeant Amador as a defendant, for being indifferent 99% of the time. C.O.s need his presence to search cells, which never happened. Superintendent Queen also did nothing to instruct a higher standard for staff to enforce. Staff didn't care as long as they were safe in the bubble and didn't have to breathe the toxic smoke themselves. The superintendent did not conduct more than one, or did not have her subordinates conduct more than one search, during this time period. I breathed toxic chemicals and burnt toilet paper, every single day on their tier. It was as if this became the Jail's normal environment. As a pre-trial detainee I should not be subjected to such detrimental conditions. The defendants were indifferent to my living conditions.

**ANSWER**: **The allegations in Count IV are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge**

or information to form a belief as to the truth or falsity of the allegations in Count IV, and therefore denies the allegations of this paragraph.

Count V

5.From June 23, 2021 through September 3, 2021 I was housed in Division 6 tier 2K. At this point, the entire jail was saturated with drugs on paper. Inmates chain smoked the drugs, and it stayed in the air. Wicks never went out and drug supplies never ran out. On this tier, I watched inmates lose their mind. Some got so high and experienced euphoria / psychosis that their souls nearly left their bodies. Some were put into the shower fully clothed, to come back to reality. Others passed out and hit their head, white others convulsed and seized. I watched an inmate get wheeled out in a wheelchair after smoking, only to return a few hours later and immediately try to smoke more again. It was then I learned, that inmates who died and were revived, had blood toxicity screenings, and were testing positive for K2 and roach spray. I was breathing burnt roach spray and analogs of cannabis in high volumes, just existing in the jail, on the tier, trying to perservere [sic] (paint thinner, acetone, meth, fentanyl, are also variations added in and smoked, I learned later). One day in the cell next to me, inmates fell asleep with a wick burning, hanging from the vent. The vent was so dusty and filled with flammable trash, that the entire vent caught on fire in the ductwork and a harsh burnt plastic smoke filled the entire tier and the tier beneath us. Wicks never went out and I even had a cellmate who liked to smoke. The jail was out of control. I was constantly trying to clear my respiratory tract after all of the damage I was subjected to. I've really been confined to a gas chamber, and I am not exaggerating. Superintendent Beachem oversaw the Division and did not instruct staff to effectively combat or change the smoking environment of the tiers. Smoking drugs in the jail was done as if it was acceptable and legal. John Doe Officer was negligent to stop the tier from being smoke filled. Every day I was forced to breathe smoke filled, polluted air.

**ANSWER**: **The allegations in Count V are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Count V, and therefore denies the allegations of this paragraph.**

Count VI

6.From September 3, 2021 through December 23, 2021 I was confined in Division 6 Tier 2R. It was during this time period Superintendent McCray took over Division 6, approximately the second week of October 2021. From 10/7/21 to 10/28/21 Superintendent McCray personally did an outstanding job to combat smoking and wicks. She personally visited our tier unexpectedly and would catch burning wicks in the jail bathroom. She would look cell to cell for wicks. Inmates on the deck, slowed the smoking down as a result. From September through that first week of October inmates on tier 2R kept wicks burning and smoked drugs prevalently. The dayroom was always smoke filled, but I got a job on the compound. I was able to get somewhat of a break, of the smoke chamber environment, during the period from September through October.

White I was on the tier wicks and 2nd hand smoke never dissipated. After October 28, 2021 Superintendent McCray must have lost her initial motivation to stop smoking and wicks because she did not show up anymore, unexpectedly. I didn't work anymore and I stayed on the tier, inmates amped up the smoking again, and 2nd hand drug smoke became an aggravating factor again. During this time, I became the deck worker, but I did not condone or participate in smoking or drug activities. I refused to pass wicks as favors, and I really began documenting the smoking problem. Inmates started associating me with police because I didn't conform to their drug habits and things became violent. It was me against the drug smokers and profiters. Staff started to realize, by the content of my grievances and smoke, what my future legal intentions were. Jail life became difficult because there is staff that participate in the drug activity and facilitate inmates drug use. Some staff are indifferent to the smoking, some promote it, and some staff want to protect their job and combat the smoking. I moved off of tier 2R after I fought (wasn't documented), inmates threatened to jump me for two weeks, and finally on December 23, 2021, after my cellmate Jamel Saafir, chain smoked 15 drug joints and ran out of food, and experienced extreme psychosis, I moved myself. I couldn't escape the smoke, and it was as if the executives of the jail condoned the drug use, so inmates were kept stuck in a stupor, cared less to fight criminal charges, and ensured profits to be made under their complete control. Even after being subjected to a constant detrimental environment, I am determined to stay focused and stand affirmatively on my principals. The Federal law is very clear, 2nd hand spoke is not a constitutional prisoner living condition. Lt. Holmes only cares sometimes to stop smoke. He replies to my grievances about trying to stop smoking, but he doesn't stop much of the problem or instruct his subordinates to effectively stop tiers from becoming smoke filled. Also, around November of 2021, Division 6 became extremely short stated. C.O.s would be responsible for two different tiers at once, and they would fail to supervise inmate behavior. With sheriff's barely present, inmates would smoke freely, and I'd be breathing the 2nd hand spoke that lingered in cloud form. For this count, I name Superintendent McCray for every week, except the three weeks cited, as a defendant. She failed to hire more staff or keep enough sheriffs on duty to combat smoking, and she failed to effectively have her subordinates prevent smoke filled air. Lt. Holmes is also named as a defendant, he replies to my grievances about combating smoke and he hasn't changed more than 20% of the smoke filled environment Plaintiff lived in during the time complained of. I also name John Doe executive director, as a defendant, for being so oblivious or careless to the Jail's smoke filled existence, to have allowed it to deteriorate and function as a gas chamber for so long, without maintaining an acceptable prisoner living standard. I name all defendants in this amended complaint on this basis. It was not until I began to write, did I start nothing ranking of officials within the jail, start to acknowledge this particular issue I grieve, and act. There is corruption and indifference, which created a large margin for unconstitutional prisoner living conditions. The sheriffs protect each other and the county by all means, even to conceal federal offenses, knowingly. I seek redress.

**<u>ANSWER</u>**: **The allegations in Count VI are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Count VI, and therefore denies the allegations of this paragraph.**

<u>Count VII</u>

   7. From December 23, 2021 through April 4, 2022 I was housed on tier 2N of Division 6. This tier was a hub or distribution point, for sheets of paper drugs, through out the Division. Drugs came through or came into the Jail, from multiple avenues at once. At this time, a teacher's assistant from the high school program, was smuggling drugs into the Jail. Specifically, the two inmates in the cell next to me, to the left, received those drugs from class, and supplied it to others wholesale, to be sold everywhere. I also witnessed multiple C.O.s give drugs and tobacco, to specific inmates, hand to hand, off of the camera's view. I also witnessed a C.O. drop drugs and tobacco into an inmate's cell at night during checks, all while on this tier. The profits compelled the Sheriffs to facilitate or promote the culture of smoking in the Jail. I watched these same sheriffs pass drugs on behalf of other inmates, to assist in transactions. These sheriffs possessed an extraordinary power over inmates because the profits motivated inmates to do whatever the sheriffs asked of them, to further their common goal. At some point, the teacher's assistant was caught smuggling in contraband, and a few months after I left the deck, an inmate was caught with lots of smoking contraband. This tier had inmates that were mentally veery slow and did nothing but smoke drugs in toilet paper wrappers and keep wicks burning every single day. Not a day went by where I didn't breathe smoke. The inmate to my right, in the cell next to me, frequently rolled the toilet paper wrapper with his crushed depacote pils and smoked it. Bipolar medication is being burned into the air, it's 2nd hand smoke is terrible. The neighbor to my left burned wicks all night and I couldn't see it, but we shared a vent. When I would wake up, my nose, throat and chest, hurt bad and I was congested. I spent hours trying to clear out my congestion, only to be forced to breathe more chemical smoke again. I tried very hard to maintain my sanity and my health. I frequently felt sick and terrible from the drug smoke and wick smoke. For a long time I breathed terrible stuff, consistently. It damaged me, and I've been hold with out bond, as a pre-trial detainee, so I didn't have any opinions. It was imposed upon me. I dreamed of clean, fresh air. I do my best to preserve my health, but toxic smoke has been imposed on me by the Jail's ranking officials and the culture they knowingly condone, for just short of two years. Additionally, after the filing of the original complaint March 29, 2022, where I stated "My Complaint will incite a lot of emotion and retaliation, but it's all true," I was cornered by approximately 8 inmates. They said a specific C.O., who I viewed giving people smoking material, told them I was the police. They said "You got this coming" and I was attached April 3, 2022 on tier 2N. I was forced to fight in Defense, but I had fasted that day, and sustained a physical injury. The Sheriff, who I disclosed in discovery, used his power to order inmates to attack me for filing this complaint. A few weeks later that sheriff told me, "I'm supposed you're still here and you haven't copped out yet," as he glared at me. In July 2023, I encountered the same sheriff again and he said, "You're trying to get me in trouble huh? They told me." I gave his name in Discovery and that information was shared with him. The complaint was processed by Ms. Milly, prior to April 3, 2022, for purposes of Plaintiff's application to proceed in forma pauperis. This information was shared immediately with Jail staff, and they ordered inmates to attack me. This is corruption, retaliation, and an unconstitutional culture, that undermines federal law. The executive Defendants, named in this amended complaint, are responsible for the conduct or culture they knowingly condone. Everything is documented and this particular sheriff still works here and enters my cell and/or searches me, which indicates executive Defendants care not for the standard of law acceptable, but for the control, that they maintain by all means, even outside of the scope of ethical [sic]. I name the same exact defendants

from Count 6, for this Count, even for the injury sustained on tier 2N April 3, 2022, for knowingly upholding the culture, that caused me injury in many forms.

**ANSWER**: **The allegations in Count VII are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Count VII, and therefore denies the allegations of this paragraph.**

Count VIII

8. From April 4, 2022 through April 11, 2022 I was housed on tier 1J of Division 6. Many inmates on this deck also went to the same Classroom where drugs were smuggled in. They had a large amount of paper drugs to smoke, and the 2nd Hand smoke filled the air of the tier. Inmates were drug induced, but I was also forced to breathe the byproducts. From April 11, 2022 through August 22, 2022 I was housed on tier 2H of Division 6. Here, inmates smuggled in drugs through commissary. They kept wicks lit, to spoke the drugs they possessed abundantly. The paper dings were soaked with fentanyl, and inmate Corona died in the Cell, the nurses were barely able to resuscitate him with narcane and a defibrillator. Corona was just a few cells over from me, I breathed 2nd hand smoke containing the lethal substance. The tier was filled with smokers and their 2nd hand smoke of all sorts of substances. The executive defendants named in this amended complaint, in other counts, for tiers in Division 6, are also responsible in this Count for the smoking culture they allowed in oversight. This includes Superintendent McCray, Assistant Executive Director Queen, Executive Director Beachem, and Lt. Holmes. At this point in time, Queen and Beachem assumed their new titles from Superintendents and possessed responsibility over Division 6 with their new roles in Director title and authority. The issue of smoke was nothing new and within their knowledge.

**ANSWER**: **The allegations in Count VIII are not directed at Defendant Alesia Hines, and therefore require no response. If a response is required, Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Count VIII, and therefore denies the allegations of this paragraph.**

Count IX

9. In response to one of my grievances, Lt. Holmes had me sent to Dispensary.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 9.**

10. I was called there and Saw Nurse Alesia Hines, Sunday, January 23, 2022.

**ANSWER**: **Defendant admits that she has seen Plaintiff at some point but denies that any such visit occurred on January 23, 2022.**

  11.  I was brought there by C.O. Mays who worked my tier, 2N, that day.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 11.**

  12.  I only saw Nurse Hines in Dispensary that day.

**ANSWER**: **Defendant denies the allegations in Paragraph 12.**

  13.  She said she'd refer me to the doctor, since she knows how the tiers are smoke filled herself, when she experiences smoke firsthand, stepping onto tiers.

**ANSWER**: **Defendant denies the allegations in Paragraph 13.**

  14.  I told her how I can't breathe and my heart is irregular and my respiratory tract is damaged.

**ANSWER**: **Defendant denies the allegations in Paragraph 14.**

  15.  The cilia has been severely damaged over the years of smoke inhalation and my longs have sustained damage. Additionally, periodic assessments to my heart, due to the heart disease I have, indicate that my aorta has narrowed by at least 3%, if not more, during my incarceration.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 15.**

  16.  I allege a clearly documented injury to my heart as a result of 2nd hand smoke inhalation, in combination with other claims as factors (No recreation/fresh air and covid exposure).

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 16.**

  17.  I haven't had my respiratory tract screened, except for an X-ray to my lungs in the spring of 2023, as well as a look at my nostrils, with plain eyes, around the same time.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 17.**

  18.  In May 2023, the County finally ordered a test for me to breathe in a machine to test my lungs, but I have yet to have the test performed.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 18.**

19. The County does not want to actually screen me, to prevent proving any injury as a result of 2nd hand smoke inhalation.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 19.**

20. On February 1, 2022, Nurse Olikagu Kingson told me, "I can't treat you medically for 2nd Hand smoke, it's a security issue." This was the only time I ever had a conversation with this man, and it was on the tier of 2N, Division 6, when medication was being administered.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 20.**

21. Now, a fraudulent medical report has been produced, showing I visited Kingson on January 23, 2022 instead of Alesia Hines.

**ANSWER**: **Defendant denies that a fraudulent medical report was produced but lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 21.**

22. It appears County medical employees are willing to commit fraud for the County's security, while my medical needs are ignored or delayed, for extremely long periods of time.

**ANSWER**: **Defendant denies any allegations of fraud directed at her but lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 22.**

23. Another fraudulent report was produced by the County, showing I went to Dispensary and saw Alesia Hines January 24, 2022, but I know it's false, due to the disclosure I was called there on a Sunday because of a grievance I wrote. Medical attention was not given and the County aimed to fraudulently prove otherwise.

**ANSWER**: **Defendant denies that a fraudulent report was produced but lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 23.**

24. On February 2, 2022 Nurse Velinda Llorens came to my cell and said exactly the same thing about my condition, breathing 2nd hand smoke, "There is nothing I can do to treat you medically for 2nd hand smoke." She also said, "The doctor is too busy, we're backed up that's why I'm coming to your cell."

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 24.**

25. I dropped several medical request slips, and I wasn't even acknowledged about breathing smoke, by medical staff and any damage I may have incurred, until the Spring of 2023.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 25.**

26. Although, not much was done to screen me, nobody cares about the damage smoke has done to me, in the Jail, against my will.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 26.**

27. The Cook County employees only care to conceal misconduct or limit any liability they may face.

**ANSWER**: **Defendant denies the allegations in Paragraph 27.**

28. Kingson and Llorens are defendants for indifference to my medical needs.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 28.**

29. Also, John Doe doctor and Alesia Hines are named as defendants, for not seeing me for the referral Alesia Hines claimed she was completing on January 23, 2022.

**ANSWER**: **Defendant admits she is named as a defendant for alleged non submittal of a medical referral but lacks sufficient knowledge or information to form a belief as to the truth or falsity of remaining allegations in Paragraph 29.**

30. Alesia Hines is named as defendant for denying me medical treatment, preparing fraudulent reports on January 24, 2022, saying I saw her, and the role she played in seeing me in Dispensary January 23, 2022, but a medical report produced instead, showing I saw Olikagu Kingson instead, which never occurred.

**ANSWER**: **Defendant admits she is named as a defendant for alleged denial of medical treatment and preparation of fraudulent reports but denies all such allegations and lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 30.**

31. This fraudulent conduct ultimately led me to not receive medical attention for 2nd hand smoke in general and indifference can be inferred from the defendants' conduct.

**ANSWER**: **Defendant denies the occurrence of any fraudulent conduct, as well as any alleged indifference, but lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 31.**

32. "It's a security issue", that gets handled fraudulently and never gets acknowledged medically either.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 32.**

Conclusion to All Counts

33. In 2006 Illinois put a ban to smoking indoors and that included Cook County Jail. Cigarettes were taken off of the market in jail deliberately, to limit liability for 2nd hand smoke.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 33.**

34. Now a new day has come, where drugs are infused into paper, and the jail population is smoking these drugs like cigarettes and using "wicks" they keep lit, to light the drugs. Smoke was in the air of Cook County said for almost two years straight.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 34.**

35. I have valvular heart disease and the 2nd hand smoke was very detrimental to me. The jail conditions are extremely harmful and I was subjected to this harm for basically twenty months straight, continuously, against my will.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 35.**

36. The jail has damaged my lifespan and immediate health, as a pre-trial detainee, so participants can control the environment, for profits to be made, at a cost of my well being.

**ANSWER**: **Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 36.**

37. I seek the jurisdiction of this Federal Court, to intervene and correct the unlawful nature of the jail and to condemn the corrupt county government employees and their conduct, within the jail. Nobody had the right to impose conditions that damage my mind and body.

**ANSWER**: **Defendant makes no response to Paragraph 37 as it is a plea for relief from the Court and requires no response.**

WHEREFORE, Defendant, ALESIA HINES, respectfully requests that this court dismiss this lawsuit and/or grant judgment in her favor and against Plaintiff and for costs of suit herein incurred, reasonable attorneys' fees, and any further relief this Court deems just.

Respectfully submitted,

*/s/ Zachary G. Stillman*
One of the Attorneys for Defendant

## AFFIRMATIVE DEFENSES

NOW COMES Defendant, ALESIA HINES, by and through her attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for her Affirmative Defenses to Plaintiff's First Amended Complaint, states as follows:

### FIRST AFFIRMATIVE DEFENSE (Failure to Exhaust Administrative Remedies)

1. The Prison Litigation Reform Act ("PLRA") provides that "no action shall be brought ... until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).

2. Plaintiff was at all relevant times and the date of filing, a prisoner, therefore subject to the PLRA.

3. To the extent it is revealed that Plaintiff did not properly exhaust his administrative remedies as required by the PLRA, Defendant is not liable for damages therefrom.

### SECOND AFFIRMATIVE DEFENSE (Failure to Mitigate)

1. Plaintiff was required to take reasonable measures to mitigate his alleged injuries and damages.

2. To the extent it is revealed that Plaintiff failed to take reasonable measures to mitigate his alleged injuries and damages, those facts shall be presented to preclude or reduce recovery for Plaintiff by application of the principle that a Plaintiff has a duty to mitigate their damages.

### ADDITIONAL AFFIRMATIVE DEFENSES

1. Defendant reserves their right to assert other affirmative defenses as they become known through further discovery or otherwise in this action.

                                                     Respectfully submitted,

                                                     */s/ Zachary G. Stillman*
                                                     One of the Attorneys for Defendant

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that the above **Defendant Alesia Hines' Answer to Plaintiff's First Amended Complaint** was filed on July 22, 2024, with the Northern District of Illinois ECF System, serving a copy on all parties.

                                                      */s/Zachary Stillman*
                                                     Zachary Stillman