THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>SGT. AMADOR et al.,<br><br>Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Joel Zeid, and Oliver Kassenbrock; Special State's Attorneys, Jason Devore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Oberts Galasso Law Group, move this Honorable Court to extend the time period with which to file the parties Joint Status Report. In support thereof, Defendants state as follows:

1. On July 01, 2024, this Court entered an order requiring the parties to file an updated global status report by July 30, 2024. (Dkt. 125).

2. Due to the fact that the parties have been unable to review the joint global status report, Defendants request an extension of time to file the parties' Joint Global Status Report.

3. The parties were unable to meet to discuss the status report following the deposition Plaintiff had planned to take on July 24, 2024, as the deposition was canceled.

4. The parties are currently scheduled to discuss the Joint Global Status Report with Plaintiff at the next date available at Plaintiff's facility on August 5, 2024.

5. Defendants request that this Honorable Court grant an extension of time of 7 days, or until August 6, 2024, to file the parties' Joint Global Status Report.

6. Granting Defendants' motion will not prejudice Plaintiff and will provide

the parties with a chance to discuss their positions on the Joint Global Status Report.

WHEREFORE, Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Joel Zeid, and Oliver Kassenbrock; Special State's Attorneys, Jason Devore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Oberts Galasso Law Group, respectfully request that this Honorable Court grant their motion and enter an order for an extension of time of 7 days, or until August 6, 2024, to file the parties Joint Global Status Report, and for any other relief this Honorable Court deems necessary and just.

Respectfully submitted,

*/s/ Joel Zeid*
Joel Zeid
Assistant State's Attorney 500
Richard J. Daley Center
Chicago, IL 60602
984-666-0654
Joel.zeid@cookcountysao.org

### CERTIFICATE OF SERVICE

I, Joel Zeid hereby certify that I have caused true and correct copies of the ***Motion for an Extension of time to File the Parties Joint Global Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 30 day of July 2024.

To:
**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

*/s/ Joel Zeid*
Joel Zeid