# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHRISTOPHER MANSOORI

        Plaintiff,

        v.

SGT. AMADOR et al.,

        Defendants.

22 C 1642

Judge Lindsay C. Jenkins

Magistrate Jeffery T. Gilbert

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY**

Defendants, Cook County Jail Superintendents Beacham, Queen and McCray; Lt. Holmes; and Sgt. Amador, by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Joel Zeid and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this Honorable Court to extend the time period with which to file their Reply in Support of their Motion to Dismiss. In support thereof, Defendants state as follows:

1.      On July 31, 2024, this Court entered an order requiring Defendants to file their Reply in support of their Motion To Dismiss by August 14, 2024. (Dkt. 131).

2.      Defendants request an extension of time to file their Reply in support of their Motion To Dismiss.

3.      The parties were able to meet to discuss the need for an extension of seven days, which Plaintiff agreed to, on August 13, 2024.

4.      Defense Counsel has had a relative recently pass away and is unable to meet the current deadline of August 14, 2024, to file the Defendants Reply in support of their Motion to Dismiss.

5.      Defendants request that this Honorable Court grant an extension of time of 7

1

days, or until August 20, 2024, to file the Defendants Reply in support of their Motion To Dismiss.

6. Granting Defendants' motion will not prejudice Plaintiff and will provide Defense Counsel with time to draft Defendant's Reply.

WHEREFORE, Defendants, Cook County Jail Superintendents Beacham, Queen and McCray; Lt. Holmes; and Sgt. Amador, respectfully request that this Honorable Court grant Defendants' unopposed motion and enter an order extending the deadline for Defendants file their Reply by a period of 7 days from the original deadline, up to and including August 20, 2024, and for any other relief this Honorable Court deems necessary and just.

Respectfully submitted,

/s/ Joel Zeid
Joel Zeid
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
984-666-0654
Joel.zeid@cookcountysao.org

## CERTIFICATE OF SERVICE

I, Joel Zeid hereby certify that I have caused true and correct copies of **Motion for an Extension of time to file Defendants Reply** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 13 day of August 2024.

To:
**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

/s/ Joel Zeid
Joel Zeid