**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Christopher James Mansoori
          Plaintiff,

v.                  Case No.: 1:22−cv−01642
                 Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 13, 2024:

   MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for an extension of time [134] is granted. For the reasons stated in the motion, Defendants' reply to the motion to dismiss is now due by August 20, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.