THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>  Plaintiff,<br><br>v.<br><br>MS. PICKENS AND MS. VANCO,<br><br>  Defendants. | 22 C 3485<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>  Plaintiff,<br><br>v.<br><br>SQUIRES et al.,<br><br>  Defendants. | 21 C 5881<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>  Plaintiff,<br><br>v.<br><br>STADNICKI.<br><br>  Defendant. | 22 C 2471<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI | 22 C 3484 |
| Plaintiff, | |
| v. | Judge Lindsay C. Jenkins |
| C.O. PATEL. | Magistrate Jeffery T. Gilbert |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER MANSOORI | 22 C 1634 |
| Plaintiff, | |
| v. | Judge Lindsay C. Jenkins |
| JOVANTE THOMAS. | Magistrate Jeffery T. Gilbert |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER MANSOORI | 21 C 6173 |
| Plaintiff, | |
| v. | Judge Lindsay C. Jenkins |
| DIRECTOR JAMES MORRISON | Magistrate Jeffery T. Gilbert |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> MS. MILLY <br><br> Defendant. | 21 C 6379 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> STADNICKI et al., <br><br> Defendants. | 22 C 1632 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> SGT. WILLIAMS <br><br> Defendants. | 22 C 1635 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPT. BROWN et al.,<br><br>　　　　　Defendants. | 17 C 8846<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF DART et al.,<br><br>　　　　　Defendants. | 22 C 1638<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. AMADOR et al.,<br><br>　　　　　Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>C.O. SMITH et al.,<br><br>Defendants. | 21 C 6242<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

## THE PARTIES JOINT GLOBAL STATUS REPORT

The Plaintiff, Christopher Mansoori ("Plaintiff"), Pro Se and Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Joel Zeid, and Oliver Kassenbrock; Special State's Attorneys, Jason DeVore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Oberts Galasso Law Group, in compliance with the Court's order submit the following the following Joint Global Status Report:

## Executive Summary

Defendants group Plaintiff's thirteen pending cases together in three categories, discussed more fully below, for the purpose of this Global Status Report:

A) First, the Court asked for specific information regarding the discovery schedule of 21-cv-05881 *Mansoori v. Squires et al* and 22-cv-03484 *Mansoori v. Patel*

B) Second, the Court requested an update as to the status of written discovery in 22-cv-1638 *Mansoori v. Dart*.

C) Third, this Court requested an update on the depositions that have been taken, that have been scheduled, and that remain to be taken in all cases.

A. **Discovery schedule 21-cv-05881** *Mansoori v. Squires et al* **and 22-cv-03484** *Mansoori v. Patel*

1. On August 13, 2024, the parties met and agreed upon the following proposed discovery schedule.

2. Defendants' initial rule 26(a) disclosures shall be issued by September 13, 2024.

3. The parties shall issue written discovery to each other by September 27, 2024.

4. The Deadline for the close of fact discovery shall be March 30, 2024.

B. **The Status of Discovery in Mansoori v. Dart 22-cv-1638**

1. On August 6, 2024, Defendant mailed Plaintiff a copy of Defendant Tom Dart's response to his second set of interrogatories.

2. On August 12, 2024, Defendant mailed Plaintiff a copy of Defendant's Response to Plaintiff's First Request for Production, along with the Bates stamped copies of his 2019 grievances which Plaintiff claimed he never received.

3. On August 27, 2024, ASA Zeid received the letter he had sent to Plaintiff containing a copy of Defendant Tom Dart's response to his second set of interrogatories with a note that the letter was not deliverable as addressed.

4. ASA Zeid contacted the jail's mail supervisor who confirmed that the mailing address used was correct and that the error could have been due to the post office.

5. ASA Zeid then promptly re-mailed Plaintiff a copy of Defendant Tom Dart's response to his second set of interrogatories to Plaintiff's correct address.

6. There is no outstanding written discovery remaining in the above captioned case as all responses have been mailed and no further issues have been raised.

C. **PARTIES JOINT DISCOVERY DEPOSITION SCHEDULE FOR PLAINTIFF**

1. During the Court's August 7, 2024, Status hearing held before the Honorable Judge Gilbert, the Court requested that the parties file an updated Joint Global Status Report relating to the scheduling and progress of depositions by August 30, 2024.

2. The parties met on August 29, 2024, pursuant to this Court's order, and agreed on the below-listed deponents and proposed deposition dates.

3. The parties will continue to work on scheduling further deposition dates.

**A. The following depositions have been completed.**

1  Defendant Sgt. Aaron Williams, deposed in 22-cv-1635 and 22-cv-1642, on May 28, 2024.

2  Witness Detainee Antoine Pierce, 20200715063, deposed in 22-cv-1642 on June 11, 2024, until terminated by Defense Counsel.

3  Defendant Nurse Alecia Hines, deposed in 22-cv-1638, 22-cv-1642, and 21-cv-6173, on June 13, 2024.

4  Witness Detainee Quincy Cole, deposed in 21-cv-6173, 21-cv-6379, and 22-cv-1642, on June 17, 2024.

5  Defendant Millicent Ear, deposed in 21-cv-6379, on June 21, 2024.

6  Defendant James Morrison, 21 cv 6173, deposed on August 8, 2024, at 10 am.

7  Sgt. Bozeman, 21 cv 6379, deposed on August 16, 2024, at 10am.

**B. As of today's date, the following depositions have been scheduled without any objections:**

8  Defendant Lt. James Holmes, *Mansoori v. Sheriff Dart,* et. al. 22 cv 1638; *Mansoori v. Ofc. Squires*, et al., 21 cv 5881; *Mansoori v. Amador*, 22 - cv - 1642, scheduled for September 24, 2024, at 10:30 am.

7

9. Plaintiff Christopher Mansoori, in his excessive force case, *Mansoori v Smith*, 21-cv-6242, scheduled for October 11, 2024, at 10:30 am.

10. Plaintiff Christopher Mansoori, in his medical care cases: *Mansoori v. Sheriff Dart*, et. al. 22-cv-1638 scheduled for October 17, 2024, at 10:30am, *Mansoori v. Stadnicki* 22 cv 2471; *Mansoori v. Stadnicki*, et. al. 22-cv-1632 October 18, 2024, at 10:30 am.

C. **Plaintiff and Defendants are in the process of scheduling or rescheduling the following depositions:**

11. Plaintiff Christopher Mansoori, in his facility conditions cases: *Mansoori, Christopher v. Ofc. Squires*, et al. 21 cv 5881, *Mansoori, Christopher v. C/O Patel* 22 cv 3484, and *Mansoori, Christopher v. Brown*, 17 CV 8846.

12. Alojzy Dabrowski, to be deposed *Mansoori v. Sgt. Amador*, et. al 22-cv-1642, *Mansoori v. Ofc. Squires, et. al.* 21 cv 5881, and *Mansoori v. Sgt. Williams*, 2022-CV-1635.

13. Luis Pena, to be deposed in *Mansoori v. Jovante Thomas*, 22-cv-1634 and *Mansoori v. Sheriff Dart, et al.*, 22-cv-1638,

14. Lt. Damita Delitz, *Mansoori v. Sheriff*, 22-cv-1638, *Mansoori v. Squires*, 21-cv-5881, and *Mansoori v Amador*, 22-cv-1642.

15. Sgt. Cierra Reid (formerly Ford), *Mansoori v. Ofc. Squires*, et. al. 21 cv 5881 *Mansoori v. Sgt. Williams*, 22-cv-1635.

16. Director (formerly superintendent) Erica Queen, *Mansoori v. Amador*, 22-cv-1642 and *Mansoori v. Ofc. Squires*, et. al. 21-cv-5881.

17. Director (formerly Executive Director) Don Beachem, *Mansoori v. Amador*, 22-cv-1642.

18. C.O. Kimberly Squires, *Mansoori v. Ofc. Squires, et. al*, 21 cv 5881; *Mansoori v Amador et al*, 22-cv-1642.

8

D. **Not yet scheduled.** The parties are unable to schedule the following depositions at this time because the individual being sought is not in the custody of control of the Sheriff's Office:

19  Former employee Akeel Abdelhadi, *Mansoori v. Amador*, 22 - cv – 1642

20  Former employee Carlos Toscano, *Mansoori v. Amador*, 22 - cv - 1642

21  Former detainee Albert Hill, witness in *Mansoori v. Sheriff Dart*, 22-cv-1638

22  Former detainee Earnest Hall, witness in *Mansoori v. Amador*, 22-cv-1642 and *Mansoori v. Morrison*, 22-cv-6173. Upon information and belief, this individual is currently in custody of the Illinois Department of Corrections at Big Muddy Correctional Center.

23  Former detainee Earlton Murray, 20220622088, witness in *Mansoori v. Ear*, 21-cv-6379. Upon information and belief, this person is enrolled in electronic home monitoring.

E. **Objections**. The following depositions remain subject to objections by one or more parties.

24  Sheriff Thomas Dart: The Sheriff objects to this deposition on the ground that Plaintiff has not plead an adequate individual capacity claim against Sheriff Dart and has failed to add color or detail to the claim in response to discovery issued to Plaintiff in this case. Should Plaintiff demand this deposition via a Motion to Compel, Defendant request the opportunity to brief the issue, to properly put before the court the law pertaining to depositions of elected government officials in such lawsuits.

F. **Remaining potential deponents.** The remaining potential deponents, along with pertinent details, are listed below.

9

25  C.O. Fisher: Case: 21 cv 6379 – *Mansoori v Mellicent Ear* ("Ms. Milly")

26  Plaintiff Christopher Mansoori, in his facility conditions cases: *Mansoori, Christopher v. Ofc. Squires*, et al. 21 cv 5881, *Mansoori, Christopher v. C/O Patel* 22 cv 3484, and *Mansoori, Christopher v. Brown*, 17 CV 8846.

27  C.O. Fisher: Case: 21 cv 6379 – *Mansoori v Mellicent Ear* ("Ms Milly")

28  CO Goodson: Case: 21 cv 6379 – *Mansoori v Mellicent Ear* ("Ms Milly")

29  Danita Reese: Case: 22-cv-1638 – *Mansoori v. Dart*, et al.

30  C.O. William Mintah: Case: 22-cv-1642 *Mansoori v. Amador;* 21-cv-5881 *Mansoori v. Ofc. Squires*, et al

31  C.O Vilella: Case: 22-cv-1642 - *Mansoori v. Amador*

32  C.O. Serna: Case: 22-cv-1642 - *Mansoori v. Amador*

33  C.O. Garcia: Case: 22-cv-1642 - *Mansoori v. Amador*

34  Sgt. Miller: Case: 22-cv-1642 - *Mansoori v. Amador*

35  C.O. Miskell: Case: 22-cv-1635 *Mansoori v. Sgt. Williams*

36  OPR- Rodriguez (male): Case: 22-cv-1642 - *Mansoori v. Amador*

37  Manisha Patel: Case: 22-cv-1632 *Mansoori v. Stadnicki*, et al; 22-cv-2471 - M*ansoori v. Stadnicki*

38  Cendi Morgan: The parties are still working on gathering this information for this deponent.

39  Kirsten Bain: The parties are still working on gathering this information for this deponent.

40  Kingson Olikagu: The parties are still working on gathering this information for this deponent.

41  Velinda Llorens: The parties are still working on gathering this information for this deponent.

42  Melanie Watson Montgomery: Case: 22-cv-2470 - *Mansoori v. Dr. Montgomery*

43  Christopher Stadnicki: Case: Mansoori v. Stadnicki 22 cv 2471 - *Mansoori v. Stadnicki;* 22 cv 1632 - *Mansoori v. Stadnicki*

44  Dr. Jonathan Tottleven: The parties are still working on gathering this information for this deponent.

45  Christopher Mansoori: Case: 22-cv-1642 - *Mansoori v. Amador;*22-cv-3485 *Mansoori v. Pickens and Vanco*: Waiting for pending Motions to dismiss.

**G. Additional information for the Court:**

**From All Parties:** The parties would like the Court to know they are planning to meet on September 10, 2024, to discuss the possibility of settlement and will continue to do so, however, at this time they do not feel that a formal settlement conference is appropriate.

**From the Plaintiff:** Plaintiff would like the Court to know that he has fired George Pontikes as his agent. Plaintiff feels that he cannot be represented by George Pontikes due to what Plaintiff feels is misconduct by Mr. Pontikes. Regarding the scheduling of other depositions, the Plaintiff has reached out to an attorney to step in for Mr. Pontikes and possibly as counsel on some or all of his cases. The plaintiff anticipates this process will take some time and is considerate of the discovery schedule set by this Court and would like to transition as smoothly as possible in replacing Mr. Pontikes and the duties he fulfilled.

Respectfully submitted,

*/s/ Joel Zeid*
Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Joel.Zeid@cookcountysao.org

*/s/ Oliver Kassenbrock*
Oliver Kassenbrock
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
oliver.kassenbrock@cookcountysao.org

*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479

*/s Kevin C. Kirk*
Special State's Attorney
William B. Oberts
Kevin C. Kirk
Oberts Galasso Law Group
161 N. Clark St. – Suite 1600
Chicago, IL 60660
wboberts@obertsgalasso.com
kckirk@obertsgalasso.com

**CERTIFICATE OF SERVICE**

I, Joel Zeid hereby certify that I have caused true and correct copies of ***Joint Global Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 30 day of August 2024.
To:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                              */s/ Joel Zeid*
                                              Joel Zeid