UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christopher James Mansoori
                        Plaintiff,

v.                                                           Case No.: 1:22−cv−01642
                                                                   Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 9/11/24. The Court reviewed the parties' Global Status Report. The Court inquired about the parties' meeting about the possibility of settlement in this case. Off the record settlement discussions held. Settlement is not a realistic possibility at this time. The parties shall meet and confer by 9/18/24 regarding case *Mansoori v. Brown*, 17 CV 8846 and *Mansoori v. Stadnicki* 22 cv 2471 by phone or other means to discuss a discovery schedule. The parties shall file a joint status report with a proposed discovery schedule by 9/19/24 that includes a date for Defendants to make Rule 26(a) disclosures, a date for service of written discovery by both sides, a proposed date for fact discovery to close, and whether either party anticipates disclosing Rule 26(a)(2) experts. At the parties' agreement, the Court sets the following discovery schedule in 21−cv−05881 *Mansoori v. Squires et al* and 22−cv−03484 *Mansoori v. Patel*: Defendants' initial Rule 26(a) disclosures shall be issued by 9/13/24. The parties shall issue written discovery to each other by 9/27/24. The deadline for the close of fact discovery shall be 3/30/25. Plaintiff reported that he has terminated George Pontikes as his representative. Mr. Pontikes was assisting Plaintiff in scheduling depositions. Plaintiff reported that he is currently in discussions with potential replacement counsel. A continued status hearing is set for 10/2/24 at 11:00 a.m. in all cases for an update on the status of Plaintiff's efforts to retain counsel in one or more of these cases and the status of any other depositions that have been scheduled in addition to those identified in the parties' last status report or need to be scheduled before the close of fact discovery. Defense counsel shall appear in person in Courtroom 1386 for the status hearing on 10/2/24. The Court requests that Defense counsel arrange for Plaintiff to appear by video. If Cook County Jail cannot make Mr. Mansoori available via video, then he shall appear by telephone. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.