**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Mansoori v. Armadore et. al.

Case Number: 22cv01642

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Christopher Mansoori

Attorney name (type or print): Tia L. Haywood

Firm: Haywood Monte Law Offices

Street address: 601 South California Avenue

City/State/Zip: Chicago, IL 60612

Bar ID Number: 6322016
(See item 3 in instructions)

Telephone Number: 312-488-1632

Email Address: haywoodmontelaw@gmail.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you a member of the court's general bar? ✔ Yes ☐ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 18, 2024

Attorney signature: S/ Tia L Haywood
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023