# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Christopher James Mansoori
                              Plaintiff,

v.                                             Case No.: 1:22−cv−01642
                                                            Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 10/2/24. Defense counsel appeared in person. Mr. Mansoori appeared by telephone. Attorney Tia L. Haywood filed an appearance on behalf of Mr. Mansoori in all cases though she was not present for this status hearing. The Court reviewed the parties' Joint Status Report filed in cases 17−cv−08846 *Mansoori v. Brown et al* and 22−cv−02471 *Mansoori v. Stadnicki*. At the parties' agreement, Defendants&#039; initial Rule 26(a) disclosures shall be issued by 10/16/24. The parties shall issue written discovery to each other by 11/1/24. Fact discovery shall be completed by 3/30/25 rather than the parties' suggested date of 4/30/25 because fact discovery closes in some of Mansoori's other cases on 3/30/25. Defendant Dart will file a motion for protective order in case 22cv1638 *Mansoori v. Dart, et al* by 10/30/24. The Court will set a complete briefing schedule on that motion in a future order. A continued status hearing is set for 10/8/24 at 3:00 p.m. Plaintiff's counsel and Defense counsel shall appear in person in Courtroom 1386 for the status hearing on 10/8/24. If Plaintiff's counsel is unavailable on that date, she may contact the Court's courtroom deputy (Brenda_Rinozzi@ilnd.uscourts.gov) via email, copying all defense counsel, so the Court can reschedule the status hearing. Attorney Zachary Stillman may appear by telephone for 10/8/24 status hearing at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. The Court requests that Defense counsel arrange for Plaintiff to appear by video for the next status hearing. If Cook County Jail cannot make Mr. Mansoori available via video, then he shall appear by telephone at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.