# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Christopher James Mansoori
                Plaintiff,

v.                                         Case No.: 1:22−cv−01642
                                                    Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 10/8/24. Defense counsel appeared in person. Mr. Mansoori and defense counsel Zachary Stillman appeared by telephone. Plaintiff's counsel Tia Haywood did not appear. By 10/29/24, the parties shall file a joint notice of proposed and confirmed dates for fact depositions to be taken in the next 30−60 days. A continued status hearing is set for 11/7/24 at 11:00 a.m. Plaintiff's counsel and Defense counsel shall appear in person in Courtroom 1386 for the status hearing. If Plaintiff's counsel is unavailable on that date, she shall contact the Court's courtroom deputy (Brenda_Rinozzi@ilnd.uscourts.gov) via email, copying all defense counsel, so the Court can reschedule the status hearing. The Court requests that Defense counsel arrange for Plaintiff to appear by video for the next status hearing. If Cook County Jail cannot make Mr. Mansoori available via video, then he shall appear by telephone at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.