# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christopher James Mansoori

                Plaintiff,

v.                                    Case No.: 1:22−cv−01642
                                            Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants' motion to dismiss [100] is denied. See the attached order for further details. Defendants Beacham, Queen, McCray, Holmes, and Amador are to file their answers to the amended complaint [70] by November 1, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.