# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>             Plaintiff,<br><br>    v.<br><br>MS. PICKENS AND MS. VANCO,<br><br>             Defendants. | 22 C 3485<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>             Plaintiff,<br><br>    v.<br><br>SQUIRES et al.,<br><br>             Defendants. | 21 C 5881<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>             Plaintiff,<br><br>    v.<br><br>STADNICKI.<br><br>             Defendant. | 22 C 2471<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>    v.<br><br>C.O. PATEL.<br><br>        Defendant. | 22 C 3484<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>    v.<br><br>JOVANTE THOMAS.<br><br>        Defendant. | 22 C 1634<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECTOR JAMES MORRISON<br><br>        Defendant. | 21 C 6173<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>    Plaintiff,<br><br>  v.<br><br>MS. MILLY<br><br>    Defendant. | 21 C 6379<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>    Plaintiff,<br><br>  v.<br><br>STADNICKI et al.,<br><br>    Defendants. | 22 C 1632<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. WILLIAMS<br><br>    Defendants. | 22 C 1635<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPT. BROWN et al.,<br><br>　　　　　Defendants. | 17 C 8846<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF DART et al.,<br><br>　　　　　Defendants. | 22 C 1638<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. AMADOR et al.,<br><br>　　　　　Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>C.O. SMITH et al.,<br><br>Defendants. | 21 C 6242<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

## THE PARTIES JOINT GLOBAL STATUS REPORT

The Plaintiff, Christopher Mansoori ("Plaintiff"), through his attorney Tia Haywood, and Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Joel Zeid, and Oliver Kassenbrock; Special State's Attorneys, Jason DeVore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Oberts Galasso Law Group, in compliance with the Court's order submit the following the following Joint Global Status Report:

### THE PARTIES JOINT DISCOVERY DEPOSITION SCHEDULE FOR PLAINTIFF

1. During the Court's October 8, 2024, Status hearing held before the Honorable Judge Gilbert, the Court requested that the parties file an updated Joint Global Status Report relating to the scheduling and progress of depositions by October 29, 2024.

2. The parties met on October 24, 2024, pursuant to this Court's order, and agreed on the below-listed deponents and proposed deposition dates.

3. The parties will continue to work on scheduling further deposition dates.

**A. The following depositions have been completed.**

1. Defendant Sgt. Aaron Williams, deposed in 22-cv-1635 and 22-cv-1642, on May 28, 2024.

2. Witness Detainee Antoine Pierce, 20200715063, deposed in 22-cv-1642 on June 11, 2024, until terminated by Defense Counsel.

3. Defendant Nurse Alecia Hines, deposed in 22-cv-1638, 22-cv-1642, and 21-cv-6173, on June 13, 2024.

4. Witness Detainee Quincy Cole, deposed in 21-cv-6173, 21-cv-6379, and 22-cv-1642, on June 17, 2024.

5. Defendant Millicent Ear, deposed in 21-cv-6379, on June 21, 2024.

6. Defendant James Morrison, 21 cv 6173, deposed on August 8, 2024, at 10 am.

7. Sgt. Bozeman, 21 cv 6379, deposed on August 16, 2024, at 10am.

B. **As of today's date, the following depositions have been scheduled without any objections:**

8. Plaintiff Christopher Mansoori in *Mansoori v Smith*, 21-cv-6242, scheduled for November 20, 2024, at 11:00 am.

9. Plaintiff Christopher Mansoori in *Mansoori v. Morrison* 21-cv-6173 & in *Mansoori v. Jovante Thomas*, 22-cv-1634, scheduled for December 5, 2024, at 11:00 am.

10. Plaintiff Christopher Mansoori in *Mansoori v. Ms. Milly* 21-cv-6379, scheduled for December 13, 2024, at 11:00 am.

11. Plaintiff Christopher Mansoori in *Mansoori v. Stadnicki* 22-cv-1632, scheduled for December 19, 2024, at 11:00 am.

C. **Additional information for the Court:**

**From All Parties:** The parties met and agreed to the above deposition schedule on October 24, 2024 and Defense Counsel has advised Plaintiff's counsel on the status of the last settlement discussion between the parties. Both parties continue to have ongoing discussions regarding settlement.

**From the Plaintiff:** Plaintiff's Counsel would like the Court to know that once the Plaintiff and his counsel have had a chance to review and discuss the relevant material they intend to issue notices of deposition for the Defendants whose depositions they intend to take.

                                                    Respectfully submitted,

                                                    */s/ Joel Zeid*
                                                    Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Joel.Zeid@cookcountysao.org

*/s/ Oliver Kassenbrock*
Oliver Kassenbrock
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
oliver.kassenbrock@cookcountysao.org

*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)

7

        Troy S. Radunsky (ARDC # 6269281)
        Zachary G. Stillman (ARDC # 6342749)
        230 W. Monroe Street, Ste. 230
        Chicago, IL 60606
        (312) 300-4479

        */s Kevin C. Kirk*
        Special State's Attorney
        William B. Oberts
        Kevin C. Kirk
        Oberts Galasso Law Group
        161 N. Clark St. – Suite 1600
        Chicago, IL 60660
        wboberts@obertsgalasso.com
        kckirk@obertsgalasso.com

**CERTIFICATE OF SERVICE**

I, Joel Zeid hereby certify that I have caused true and correct copies of ***Joint Global Status Report*** and foregoing to be served on all Parties pursuant to ECF on this 29 day of October 2024.

        */s/ Joel Zeid*
        Joel Zeid