THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 31 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff<br><br>v.<br><br>Tom Dart, et. al.<br><br>Defendants | Case Nos. 22-CV-01638; 17-CV-08846;<br>21-CV-05881; 21-CV-06242;<br>21-CV-06379; 21-CV-6173;<br>22-CV-01632; 22-CV-01642;<br>22-CV-01635; 22-CV-01634;<br>22-CV-2471; 22-CV-03484<br>22-CV-03485<br><br>Judge Lindsay C. Jenkins<br>Magistrate Jeffrey T. Gilbert |

## MOTION TO TERMINATE TIA HAYWOOD AND HER FIRM AS LEGAL COUNSEL

The Plaintiff, CHRISTOPHER MANSOORI, pro se, hereby moves this Honorable Court to terminate Tia Haywood, in each of the above titled cases, for the reasons set forth:

1. Tia Haywood has engaged in gross misconduct intending to harm Plaintiff and his claims. Plaintiff directs the Court to review and consider his Affidavit in support of all relevant arguments, filed most recently in case number 20-CV-01130, in this Courthouse, related to the conduct of Tia Haywood.

2. Tia Haywood does not do what she agrees to, and she refuses to talk with Plaintiff about the details and objectives

1 of 3

of each of the above titled cases. She cannot be trusted to perform with Plaintiff's interests in mind or in good faith.

3. Tia Haywood should be sanctioned for her deceptive and unethical conduct, as such breaches of Fiduciary duty are in fact violative of the rules of professional conduct.

4. Plaintiff requests a hearing to address this motion to terminate.

5. Plaintiff intends to file, or petition this Court, for the assignment of counsel, as soon as he can obtain the appropriate Court form, pursuant to LR 83.36.

Wherefore, the Plaintiff, Christopher Mansoori, prays this Honorable Court enters an order terminating Tia Haywood in the above titled cases, for the foregoing reasons, and grants Plaintiff time to file a petition for the appointment of Counsel, by this Court, pursuant to LR 83.36.

Respectfully Submitted,

Christopher Mansoori

Pursuant to 28 U.S.C. §1746, the undersigned verifies under penalty of perjury, the foregoing is true and correct.

Dated: 10/24/24  Christopher Mansoori
Christopher Mansoori
20191007199
2700 S. California
Chicago IL 60608

## Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, that I filed a Motion to Terminate Tia Haywood and Her Firm as Legal Counsel, with the Clerk of the United States District Courthouse, by handing the documents to Jail staff, for outgoing mail on 10/25/24, with proper postage and sealed envelope, addressed to: Prisoner Correspondence, United States District Courthouse, 219 S. Dearborn Street, Chicago IL 60604. Defense Counsel, accepts electronic notice through the Clerk's ECF system.

*Christopher Mansoori*

Christopher Mansoori
20191007189
2700 S. California
Chicago, IL 60608

  

Prisoner Correspondence
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

RECEIVED
OCT 31 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

