# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHRISTOPHER MANSOORI

Plaintiff,

v.

SGT. AMADOR et al.,

Defendants.

22 C 1642

Judge Lindsay C. Jenkins

Magistrate Jeffery T. Gilbert

## DEFENDANTS' UNOPPOSED MOTION TO VACATE ANY TECHNICAL DEFAULTS AND MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Sgt. Amador, Superintendent Queen, Superintendent Beacham, Superintendent McCary & Lt. Holmes ("Defendants"), by their attorney, KIMBERLY M. FOXX, State's Attorney, through her Assistant State's Attorney, JOEL ZEID, respectfully submit the following Motion to Vacate Any Technical Defaults and Motion for an Extension of Time to Answer or Otherwise Plead (the "Motion"). In support for this Motion, Defendants state the following:

1.      On October 22, 2024, the Court denied Defendants' motion to dismiss and ordered Defendants Beacham, Queen, McCray, Holmes, and Amador to file their answers to the Amended Complaint by November 1, 2024. (Dkt. 142.)

2.      On November 7, 2024, while preparing for a status hearing in the above captioned case before Judge Gilbert, Defense counsel realized that they had not filed an answer as ordered by this Court.

3.      During the November 7, 2024 status hearing, the undersigned counsel spoke with Plaintiff who agreed to an extension of time of 14 days or until November 21, 2024 for Defendants'

1

to file their answer to Plaintiff's Amended Complaint.

4.  Although the Court has not entered any default orders against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Defendant recognizes an answer or other responsive pleading is past due. Defendant respectfully requests this Court to waive any technical defaults that may have occurred and allow them time to respond to Plaintiff's Amended Complaint.

5.  This case is still in the pleading stage. Thus, Plaintiff will not be prejudiced if the Court waives the technical default.

6.  If the Court waives the technical default, this will not cause any undue delay.

7.  In light of this Motion, Defendant requests the responsive pleading date be extended 14 days or until November 21, 2024.

WHEREFORE, Defendants, Sgt. Amador, Superintendent Queen, Superintendent Beacham, Superintendent McCary & Lt. Holmes, respectfully requests that this Court enter an Order waiving any technical defaults that may have occurred, granting an extension of time to answer or otherwise plead (up to and including November 21, 2024), and granting any other relief this Court deems just and proper.

Respectfully submitted,
KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Joel Zeid*
Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Joel.Zeid@cookcountysao.org

**CERTIFICATE OF SERVICE**

I, Joel Zeid, Assistant State's Attorney, hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system on or before November 7, 2024.

Undersigned further certifies that a copy will be served by U.S. mail to the non-CM/ECF users below.

**Christopher James Mansoori**
2019-1007189
Cook County Jail - CCJ
2700 S. California Ave.
Chicago, IL 60608

*/s/ Joel Zeid*
Joel Zeid
Assistant State's Attorney