## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Christopher James Mansoori | 2017-CV-8846 |
| | 2021-CV-5881 |
| *Plaintiff,* | 2021-CV-6173 |
| | 2021-CV-6242 |
| v. | 2021-CV-6379 |
| | 2022-CV-1632 |
| Defendants, *et al* | 2022-CV-1634 |
| | 2022-CV-1635 |
| *Defendants* | 2022-CV-1638 |
| | 2022-CV-1642 |
| | 2022-CV-2471 |
| | 2022-CV-3484 |
| | 2022-CV-3485 |
| | |
| | Magistrate Judge Jeffrey T. Gilbert |

## ORDER

Status hearing held on 11/7/24. Defense counsel appeared in person. Mr. Mansoori and attorney Tia Haywood appeared by telephone. The Court reviewed the parties' Joint Global Status Report. This Order memorializes what occurred at the status hearing.

Plaintiff Christopher Mansoori is scheduled to be deposed in the following cases: *Mansoori v. Morrison* 21-cv-6173 & in *Mansoori v. Jovante Thomas*, 22-cv-1634, scheduled for 12/5/24 at 11:00 am; *Mansoori v. Ms. Milly* 21-cv-6379 , scheduled for 12/13/24 at 11:00 am; *Mansoori v. Stadnicki* 22-cv-1632, scheduled for 12/19/24 at 11:00 am. Those depositions shall proceed as scheduled.

The parties shall file a joint status report by 12/20/24 confirming that Mr. Mansoori has been deposed in each of these referenced cases. The parties also shall include in that status report any proposed or confirmed dates for additional fact witness depositions that the parties have scheduled or are attempting to schedule.

For the reasons discussed on the record, in the Court's view, the parties should prioritize scheduling depositions in the following pending cases based on the nature of the allegations, the potential need for testimony from witnesses other

than Plaintiff, and other factors: 21 cv 6242; 22 cv 1632; 22 cv 1634; 22 cv 1635; 22 cv 1642; 22 cv 2471; and 22 cv 3484.  If the parties disagree that depositions in the referenced cases should be prioritized, or believe additional cases should be prioritized, they should say so in their next status report due on 12/20/24.

For good cause shown, and for the reasons discussed on the record, the fact discovery deadline is extended to 3/30/25 in the following cases: 21 cv 6173 *Mansoori v. Morrison*, 21 cv 6242 *Mansoori v. Smith et al*, 21 cv 6379 *Mansoori v. Ms. Milly*, 22 cv 1632 *Mansoori v. Stadnicki*, 22 cv 1634 *Mansoori v. Jovante Thomas*, 22 cv 1635 *Mansoori v. Doe et al*, 22 cv 1638 *Mansoori v. Dart*, et al., 22 cv 1642 *Mansoori v. Armdore et al*.

Defendants in 22 cv 1642 *Mansoori v Armdore* and 22 cv 03485 *Mansoori v. Pickens* et al requested that Mr. Mansoori agree not to oppose a motion to vacate any technical defaults, and Mr. Mansoori reports that he will not oppose the motions as a courtesy to Defendants that did not answer the complaints in those cases on time. Defendants shall file appropriate motions in those cases.

Mr. Mansoori's motions to terminate Ms. Haywood's representation remain pending before the District Judge.  For the reasons discussed on the record, the Court will explore the possibility of a limited assignment of counsel for the purpose of assisting Plaintiff in scheduling depositions and arranging for court reporters and video services.

Finally, the Court did not inquire on the record whether Ms. Haywood, on Plaintiff's behalf, and Defendants had agreed on any dates for fact depositions with fact witnesses in any of Mr. Mansoori's cases against Cook County Defendants before Mr. Mansoori moved to terminate Ms. Haywood as his counsel in this case.  If the parties have done so, the Court would like those depositions to go forward if at all possible. The Court would ask Ms. Haywood, while she is still counsel of record, to take the ministerial steps necessary to arrange for those depositions to go forward such as by sending a Zoom link and engaging a court reporter. The parties shall file a short status report by 11/13/24 that Defendants will prepare with input from Plaintiff and Ms. Haywood that indicates whether any depositions other than Mr. Mansoori's depositions referenced earlier in this order can go forward notwithstanding the pendency of Mr. Mansoori's motions to terminate Ms. Haywood as his counsel and Ms. Haywood's anticipated motion to withdraw.

It is so ordered.

_____

Jeffrey T. Gilbert
United States Magistrate Judge

Dated: November 8, 2024