UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER MANSOORI**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 22 CV 1642 |
| | ) | |
| **SGT. AMADOR, et. al.,** | ) | Judge Lindsay C. Jenkins |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## MOTION TO WITHDRAW JOEL ZEID AS COUNSEL FOR DEFENDANTS

Defendants, Sergeant Amador, Executive Director Beachem, Superintendent McCray, Lieutenant Holmes, and Assistant Executive Director Queen, (herein after collective referred to as "Defendants"), by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her assistant, Joel Zeid, pursuant to Local Rule 83.17, hereby moves this Court to grant Joel Zeid leave to withdraw as an attorney of record in this matter. In support of this motion, Defendants state as follows:

1. Defendants are represented in this matter by the Cook County State's Attorney's Office ("CCSAO").

2. Joel Zeid entered an appearance as an Assistant State's Attorney and has been one of the attorneys of record in this matter.

3. Joel Zeid is leaving the employment of the CCSAO on November 14, 2024 and as a result will no longer be involved in the representation of any Defendant in this matter.

4. ASAs Ashlee Doss and Jessica Ratner have an appearance on file as an Assistant State's Attorney and will remain as counsel of record for Defendants in this matter.

5. No Defendant will be left without representation as a result of Joel Zeid's withdrawal from this matter.

6. Accordingly, the Defendants seek to withdraw the appearance of Joel Zeid's in this matter, and to terminate all ECF notices to him.

WHEREFORE, <u>Defendants</u> respectfully request that the Court enter an order terminating the appearance of Joel Zeid and to terminate notifications to him in this matter.

Respectfully submitted,
KIMBERLY M. FOXX
State's Attorney of Cook County

By: <u>/s/ Joel Zeid</u>
Joel Zeid
Assistant State's Attorney
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602

## CERTIFICATE OF SERVICE

I, Joel Zeid, hereby certify that I have caused true and correct copies of the above motion and foregoing to be served on all Parties pursuant to ECF, in accordance with the rules of electronic filing of documents on this November 14, 2024. I further certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was served upon all ECF users and to the users below via U.S. Mail

<u>/s/ Joel Zeid</u>
Joel Zeid

To:
Christopher Mansoori
2019-1007189
Cook County Jail
2700 S. California
Chicago, IL 60608

2