THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Mansoori, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-1642 |
| | ) | |
| vs. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| Sgt. Amador, et. al. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS BEACHAM, QUEEN, MCCRAY, HOLMES, AND AMADOR'S
AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, Cook County Jail Superintendents Beacham, Queen and McCray; Lt. Holmes; and Sgt. Amador (collectively, "Defendants")[1], by their attorney, Cook County State's Attorney Kim Foxx, through undersigned counsel, respectfully request that this Honorable Court extend Defendants' time to answer or otherwise plead to Plaintiff's First Amended Complaint by fourteen (14) days, or until December 5, 2024. In support thereof, Defendants state the following:

1. On October 22, 2024, the Honorable Judge Jenkins ordered Defendants to file an answer to Plaintiff's Amended Complaint by November 1, 2024. (ECF No. 142.)

2. At the November 7, 2024 status hearing, counsel for Defendants verbally requested an unopposed extension of time to file an answer or otherwise plead in open court. (ECF Nos. 146 and 148.)

3. On November 8, 2024, the Court extended Defendants' deadline to file an answer to November 21, 2024. (ECF 147.)

---

[1] This motion is not brought on behalf of Defendant Hines, who is represented by outside counsel, and filed an answer on July 22, 2024.

1

4. On November 14, 2024, the former Assistant State's Attorney previously assigned to this case move to withdraw his appearance for Defendants and the undersigned Assistant State's Attorneys substituted their appearances for Defendants. (ECF Nos. 149-153.)

5. On November 14, 2024, the undersigned Assistant State's Attorneys also filed appearances in the ten other cases involving Plaintiff Christopher Mansoori, which are all pending before this Court with the same fact discovery deadline of March 30, 2025.

6. The undersigned counsel have been working to acquaint themselves with these newly assigned cases, which are in various stages of litigation with previously scheduled deadlines, including depositions scheduled for November 20, 2024, December 5, 2024, and December 13, 2024 in *Mansoori v. Smith, et al.* (21-cv-6242), *Mansoori v. Dart* (22-cv-1638), *Mansoori v. Thomas* (22-cv-1634), and *Mansoori v. Ms. Milly* (21-cv-6379).

7. Due to the quantity of cases filed by Mr. Mansoori and in an effort to prepare for the upcoming, previously scheduled depositions, the undersigned Assistant State's Attorneys require additional time to familiarize themselves with the allegations and claims raised in Plaintiff's First Amended Complaint, confer with their clients, and prepare answers in this matter.

8. This request for an extension of time is made in good faith.

9. This is the first extension sought by undersigned Assistant State's Attorneys in connection with Plaintiff's First Amended Complaint and the extension will not prejudice any party or materially delay resolution of this case.

10. Counsel for Plaintiff and counsel for Defendant Hines have no objection to this motion.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order granting their motion and extending Defendants' deadline to answer or otherwise plead to Plaintiff's Third Amended Complaint by fourteen (14) days, or until December 5, 2024.

          Respectfully submitted,

          KIMBERLY FOX
          State's Attorney of Cook County

By:    *Jessica D. Ratner*
       Jessica D. Ratner
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-3473
       Jessica.Ratner@cookcountysao.org

       *Ashlee Doss*
       Ashlee Doss
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, Illinois 60602
       (312) 603-3115
       Ashlee.Doss@cookcountysao.org

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on November 18, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

  The undersigned attorney further certifies that on November 19, 2024, the foregoing document was mailed to Plaintiff via First-Class U.S. Mail at the following address:

**Christopher James Mansoori**
2019-1007189
Cook County Jail
2700 S. California Ave.
Chicago, IL 60608

                      */s/ Jessica D. Ratner*
                      Jessica D. Ratner