# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>MS. PICKENS AND MS. VANCO,<br><br>Defendants. | 22 C 3485<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>SQUIRES et al.,<br><br>Defendants. | 21 C 5881<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>STADNICKI.<br><br>Defendant. | 22 C 2471<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI | 22 C 3484 |
| Plaintiff, | |
| | Judge Lindsay C. Jenkins |
| v. | |
| | Magistrate Jeffery T. Gilbert |
| C.O. PATEL. | |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER MANSOORI | 22 C 1634 |
| Plaintiff, | |
| | Judge Lindsay C. Jenkins |
| v. | |
| | Magistrate Jeffery T. Gilbert |
| JOVANTE THOMAS. | |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER MANSOORI | 21 C 6173 |
| Plaintiff, | |
| | Judge Lindsay C. Jenkins |
| v. | |
| | Magistrate Jeffery T. Gilbert |
| DIRECTOR JAMES MORRISON | |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MS. MILLY<br><br>　　　　　Defendant. | 21 C 6379<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STADNICKI et al.,<br><br>　　　　　Defendants. | 22 C 1632<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SGT. WILLIAMS<br><br>　　　　　Defendants. | 22 C 1635<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

3

| | | |
|---|---|---|
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>  v.<br><br>SUPT. BROWN et al.,<br><br>   Defendants. | | 17 C 8846<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>  v.<br><br>SHERIFF DART et al.,<br><br>   Defendants. | | 22 C 1638<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>  v.<br><br>SGT. AMADOR et al.,<br><br>   Defendants. | | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>C.O. SMITH et al.,<br><br>Defendants. | 21 C 6242<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

**DEFENDANTS' JOINT GLOBAL STATUS REPORT**

### I. Status of the Case

The deposition of Plaintiff, Christopher Mansoori, in the matter of *Mansoori v. Smith, et al.*, 21-cv-6242 was timely noticed for November 20, 2024 at 11:00 a.m. Counsel for Defendants in that matter, along with the undersigned counsel for Defendants in various matters filed by Plaintiff against Cook County Defendants, appeared for the deposition via zoom. Plaintiff was also present. Current counsel of record for Plaintiff, Attorney Tia Haywood, did not appear.

Although Plaintiff has requested that his representation arrangement with Attorney Haywood be terminated, no motion or request for withdrawal has yet been granted, and the docket in *Mansoori v. Smith, et al.*, 21-cv-6242 [Dkt. 94] (and all of the Mr. Mansoori's matters) indicates that Ms. Haywood continues to be Plaintiff's counsel of record.

The undersigned counsel referred to the order entered on November 08, 2024 by the Honorable Judge Gilbert in *Mansoori v. Smith, et al.*, 21-cv-6242 [Dkt. 95] (and all of the Mr. Mansoori's matters) and were unable to ascertain whether it was appropriate to proceed with Plaintiff's deposition in the absence of his counsel of record. Accordingly, and out of an abundance of caution, the parties did not proceed with Plaintiff's deposition in the matter of *Mansoori v. Smith, et al.*, 21-cv-6242 on November 20, 2024. Mr. Mansoori also acknowledged the representation issue and agreed that it was appropriate to continue the deposition given the circumstances.

The parties and Mr. Mansoori are prepared to continue the deposition to an immediate date, but seek clarification from the Court on the question of whether depositions of the Plaintiff may proceed in Attorney Haywood's absence while her appearance remains on file. This issue also impacts the depositions of Plaintiff and the depositions of any witnesses or defendants in all of Plaintiff's cases.

The parties also note that there is a deposition scheduled for Plaintiff on December 5, 2024, at 11:00 am in the matter of *Mansoori v. Thomas*, 22-cv-1634.

## II. Plaintiff's Representation

While present for the scheduled deposition, Mr. Mansoori also asked counsel to relay the message to the Court that he intends to file a new motion for attorney representation.

Respectfully submitted,

*/s/ Jessica Ratner*
Jessica Ratner
Ashlee Doss
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
312-603-3473
jessica.ratner@cookcountysao.org
ashlee.doss@cookcountysao.org


*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479

*/s Kevin C. Kirk*
Special State's Attorney
William B. Oberts
Kevin C. Kirk
Tribler, Orpett, & Meyer P. C.
225 W. Washington – Suite 2250
Chicago, IL 60660
wboberts@tribler.com
Kckirk@tribler.com


*/s/ Oliver Kassenbrock*
Oliver Kassenbrock
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
oliver.kassenbrock@cookcountysao.org

6

**CERTIFICATE OF SERVICE**

I, Jessica Ratner hereby certify that I have caused true and correct copies of ***Joint Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 21st day of November, 2024.

To:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                                                                    */s/ Jessica Ratner*
                                                                                    Jessica Ratner