# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christopher James Mansoori

                Plaintiff,

v.                                              Case No.: 1:22−cv−01642
                                                    Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case is set for a status hearing on 12/6/24 at 11:00 a.m. The Court has not had success in locating an attorney willing to accept a limited assignment as counsel for Plaintiff for the purpose of helping him to arrange video depositions with a court reporter as the Court suggested in its order of 11/7/24, and the Court no longer believes that is a viable option here for various reasons. The Court instead would like to discuss with Mr. Mansoori and defense counsel whether defense counsel can make the necessary arrangements with a court reporter that would allow Mr. Mansoori to schedule and take depositions via video and to discuss a process by which Mr. Mansoori can pay the court reporter in connection with such depositions. The Court orders the parties to discuss this proposition before the status hearing. The Court requests that Defense counsel arrange for Plaintiff to appear by video. If Cook County Jail cannot make Mr. Mansoori available via video, then he shall appear by telephone at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.