# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christopher James Mansoori
          Plaintiff,

v.                  Case No.: 1:22–cv–01642
                 Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 22, 2024:

  MINUTE entry before the Honorable Lindsay C. Jenkins: Mansoori's motion to terminate the representation of counsel [145] is granted. The filing establishes that Attorney Tia Haywood can no longer represent Mansoori in this case because the relationship is irretrievably broken. Tia Haywood is no longer assigned to this case; Mansoori will continue pro se. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.