MR

**FILED**
12/2/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LCD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)
CHRISTOPHER MANSOORI
vs.
Tom Dart et al.

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(PRISONER CASES)

Case number: 22-CV-01638; 17-CV-08846; 21-CV-05881
21-CV-06247; 21-CV-06379; 21-CV-6173
22-CV-01632; 22-CV-01642; 22-CV-01635
22-CV-01634; 22-CV-2471; 22-CV-03484
22-CV-03485

(full name of defendant(s) or respondent(s))

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[X] to request an attorney

1. *Are you in custody?* [X] Yes [ ] No
   ID # 20191007189   Name of jail or prison: Cook County Jail
   Do you receive any payment from this institution? [ ] Yes [X] No
   If "Yes," how much per month? $ 0

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ 0 |
   | Income from interest or dividends: | $ 0 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | $ 0 |
   | Gifts: | $ 0 |
   | Deposits by others into your jail or prison account: | $ approx. 1000 |
   | Unemployment, public assistance, or welfare: | $ 0 |
   | Settlements or judgments: | $ 0 |
   | **Any other source of money:** | $ 0 |

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ☐ Yes ☒ No   If yes, how much? __none__

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ☐ Yes  ☒ No

   If yes, list each item of property and state its approximate value:
   __None__

5. *Dependents:* Is anyone dependent on you for support?   ☒ Yes   ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   __But I've been hindered from giving him anything, My son L.M.__

6. *Debts and financial obligations:* List any amounts you owe to others:
   __I owe PNC 15K, Chase approx. 6K, Fifth Third 3,500, State Farm 4K, and rush hospital 8K, verizon $1,800.__

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 11/20/24

Christopher Mansoori
*Applicant's signature*

Christopher Mansoori
*Printed name*

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named above, __Christopher Mansoori__, ID # __2019-1007189__, has the sum of $ __29.11__ on account to his/her credit at __CCDOC__ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ __114.60__.
(Add all deposits from all sources and then divide by the number of months.)

Date: 11/19/2024

J. Ogbonna
*Signature of authorized officer*

J. Ogbonna
*Printed name*

## 601743 : Mansoori, Christopher
### DIV2 D2 V 12

Cook Checking Main Balance: **$29.11**

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Bill Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 7784303 | 10/31/2024 | Credit | $100.00 | $100.00 | Western Union Deposits - TCN:10995212082430581CHARICLIA, KOUTSOURIS | | $20.71 |
| 7782840 | 10/31/2024 | BillPay | | | PAYMENT FOR TRANS 7782839 | -$1.60 | $20.71 |
| 7782839 | 10/31/2024 | Bill | $1.60 | $1.60 | Commissary - COMMISSARY 10/31/2024 REF:14649 | | $22.31 |
| 7775535 | 10/29/2024 | BillPay | | | PAYMENT FOR TRANS 7775534 | -$12.00 | $22.31 |
| 7775534 | 10/29/2024 | Bill | $12.00 | $12.00 | Commissary - COMMISSARY 10/29/2024 REF:14634 | | $34.31 |
| 7736403 | 10/21/2024 | BillPay | | | PAYMENT FOR TRANS 7736402 | -$15.00 | $34.31 |
| 7736402 | 10/21/2024 | Bill | $15.00 | $15.00 | Commissary - COMMISSARY 10/21/2024 REF:14589 | | $49.31 |
| 7716916 | 10/17/2024 | BillPay | | | PAYMENT FOR TRANS 7716915 | -$38.00 | $49.31 |
| 7716915 | 10/17/2024 | Bill | $38.00 | $38.00 | Commissary - COMMISSARY 10/17/2024 REF:14575 | | $87.31 |
| 7703812 | 10/14/2024 | BillPay | | | PAYMENT FOR TRANS 7703811 | -$20.00 | $87.31 |
| 7703811 | 10/14/2024 | Bill | $20.00 | $20.00 | Commissary - COMMISSARY 10/14/2024 REF:14549 | | $107.31 |
| 7690085 | 10/12/2024 | CredPay | | | PAYMENT FOR TRANS 7690084 | $100.00 | $107.31 |
| 7690084 | 10/12/2024 | Credit | $100.00 | $100.00 | Western Union Deposits - TCN:91031556832412868CHARICLIA, KOUTSOURIS | | $7.31 |
| 7683846 | 10/10/2024 | BillPay | | | PAYMENT FOR TRANS 7683845 | -$1.40 | $7.31 |
| 7683845 | 10/10/2024 | Bill | $1.40 | $1.40 | Commissary - COMMISSARY 10/10/2024 REF:14539 | | $8.71 |
| 7674651 | 10/8/2024 | BillPay | | | PAYMENT FOR TRANS 7674650 | -$4.00 | $8.71 |
| 7674650 | 10/8/2024 | Bill | $4.00 | $4.00 | Commissary - COMMISSARY 10/8/2024 REF:14524 JM@TF | | $12.71 |
| 7672870 | 10/8/2024 | CredPay | | | PAYMENT FOR TRANS 7672869 | $4.00 | $12.71 |

Printed 11/19/2024     Confidential Property of Cook County     Page 2 of 6

**601743 : Mansoori, Christopher**
DIV2 D2 V 12

Cook Checking Main Balance: $29.11

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 7672869 | 10/8/2024 | Credit | $4.00 | $4.00 | Commissary : COMMISSARY CREDIT 10/8/2024 REF:14523 JM@TF | | $8.71 |
| 7667531 | 10/7/2024 | BillPay | | | PAYMENT FOR TRANS 7667530 | $4.00 | $8.71 |
| 7667530 | 10/7/2024 | Bill | $4.00 | $4.00 | Commissary : COMMISSARY 10/7/2024 REF:14517 | | $12.71 |
| 7633256 | 9/30/2024 | BillPay | | | PAYMENT FOR TRANS 7633255 | $6.00 | $12.71 |
| 7633255 | 9/30/2024 | Bill | $6.00 | $6.00 | Commissary : COMMISSARY 9/30/2024 REF:14482 | | $18.71 |
| 7605769 | 9/24/2024 | CredPay | | | PAYMENT FOR TRANS 7605768 | $10.00 | $18.71 |
| 7605768 | 9/24/2024 | Credit | $10.00 | $10.00 | Payroll : TCN: 20240924123195 | PR38 9/21/24 CENTRAL KITCHEN WATERWORLD | | $8.71 |
| 7604947 | 9/24/2024 | CredPay | | | PAYMENT FOR TRANS 7604946 | $8.00 | $8.71 |
| 7604946 | 9/24/2024 | Credit | $8.00 | $8.00 | Payroll : TCN: 20240924123153 | PR38 9/21/24 CENTRAL KITCHEN FOODLINE | | $0.71 |
| 7600816 | 9/23/2024 | BillPay | | | PAYMENT FOR TRANS 7600815 | $2.00 | $0.71 |
| 7600815 | 9/23/2024 | Bill | $2.00 | $2.00 | Commissary : COMMISSARY 9/23/2024 REF:14437 | | $2.71 |
| 7580775 | 9/19/2024 | BillPay | | | PAYMENT FOR TRANS 7580774 | $20.57 | $2.71 |
| 7580774 | 9/19/2024 | Bill | $20.57 | $20.57 | Commissary : COMMISSARY 9/19/2024 REF:14423 | | $23.28 |
| 7568272 | 9/16/2024 | BillPay | | | PAYMENT FOR TRANS 7568271 | $7.00 | $23.28 |
| 7568271 | 9/16/2024 | Bill | $7.00 | $7.00 | Commissary : COMMISSARY 9/16/2024 REF:14404 | | $30.28 |
| 7548164 | 9/12/2024 | BillPay | | | PAYMENT FOR TRANS 7548163 | $67.35 | $30.28 |
| 7548163 | 9/12/2024 | Bill | $67.35 | $67.35 | Commissary : COMMISSARY 9/12/2024 REF:14385 | | $97.63 |
| 7536680 | 9/9/2024 | BillPay | | | PAYMENT FOR TRANS 7536679 | $7.00 | $97.63 |

## 601743 : Mansoori, Christopher
### DIV2 D2 V 12

Cook Checking Main Balance: $29.11

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 7536679 | 9/9/2024 | Bill | $7.00 | | Commissary : COMMISSARY 9/9/2024 REF:14363 | | $104.63 |
| 7504084 | 9/2/2024 | CredPay | | | PAYMENT FOR TRANS 7504083 | $20.00 | $104.63 |
| 7504083 | 9/2/2024 | Credit | | $20.00 | ACH Settlement Fund : Primary balance receipt from TF Checking | | $84.63 |
| 7504082 | 9/2/2024 | StlmntRcpt | | | | $20.00 | $104.63 |
| 7504078 | 9/2/2024 | Settlement | | | | -$20.00 | $104.63 |
| 7504075 | 9/2/2024 | CredPay | | | PAYMENT FOR TRANS 7504074 | $20.00 | $104.63 |
| 7504074 | 9/2/2024 | Credit | | $20.00 | JailATM : JailATM Web Deposit GC# 67259216 by Krystal Weaver Paid By: Krystal Weaver 2138 E 84th st Chicago , IL 60617 | | $84.63 |
| 7500271 | 8/31/2024 | BillPay | | | PAYMENT FOR TRANS 7500270 | $8.00 | $84.63 |
| 7500270 | 8/31/2024 | Bill | $8.00 | | Commissary : COMMISSARY 8/31/2024 REF:14332 | | $92.63 |
| 7484384 | 8/28/2024 | BillPay | | | PAYMENT FOR TRANS 7484383 | $8.00 | $92.63 |
| 7484383 | 8/28/2024 | Bill | $8.00 | | Commissary : COMMISSARY 8/28/2024 REF:14319 | | $100.63 |
| 7460826 | 8/25/2024 | CredPay | | | PAYMENT FOR TRANS 7460825 | $100.00 | $100.63 |
| 7460825 | 8/25/2024 | Credit | $100.00 | $100.00 | Western Union Deposits : TCN:9488744626242388|CHARICLIA, KOUTSOURIS | | $0.63 |
| 7452428 | 8/22/2024 | BillPay | | | PAYMENT FOR TRANS 7452427 | $8.97 | $0.63 |
| 7452427 | 8/22/2024 | Bill | $8.97 | | Commissary : COMMISSARY 8/22/2024 REF:14272 | | $9.60 |

Printed 11/19/2024  Confidential Property of Cook County  Page 4 of 6

# 601743 : Mansoori, Christopher
## DIV2 D2 V 12

Cook Checking Main Balance: $29.11

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 7411065 | 8/13/2024 | BillPay | | | PAYMENT FOR TRANS 7411064 | | $9.60 |
| 7411064 | 8/13/2024 | Bill | $25.82 | $25.82 | Commissary : COMMISSARY 8/13/2024 REF:14228 | $25.82 | $35.42 |
| 7408301 | 8/12/2024 | BillPay | | | PAYMENT FOR TRANS 7408300 | | $35.42 |
| 7408300 | 8/12/2024 | Bill | $12.00 | $12.00 | Commissary : COMMISSARY 8/12/2024 REF:14225 | $12.00 | $47.42 |
| 7401915 | 8/12/2024 | BillPay | | | PAYMENT FOR TRANS 7401914 | | $47.42 |
| 7401914 | 8/12/2024 | Bill | $9.64 | $9.64 | Certified Mail : COOK COUNTY COMPTROLLER | $9.64 | $57.06 |
| 7344622 | 7/30/2024 | BillPay | | | PAYMENT FOR TRANS 7344621 | | $57.06 |
| 7344621 | 7/30/2024 | Bill | $40.77 | $40.77 | Commissary : COMMISSARY 7/30/2024 REF:14149 | $40.77 | $97.83 |
| 7282508 | 7/16/2024 | BillPay | | | PAYMENT FOR TRANS 7282507 | | $97.83 |
| 7282507 | 7/16/2024 | Bill | $36.67 | $36.67 | Commissary : COMMISSARY 7/16/2024 REF:14078 | $36.67 | $134.50 |
| 7279863 | 7/15/2024 | BillPay | | | PAYMENT FOR TRANS 7279862 | | $134.50 |
| 7279862 | 7/15/2024 | Bill | $20.00 | $20.00 | Commissary : COMMISSARY 7/15/2024 REF:14075 | $20.00 | $154.50 |
| 7251444 | 7/9/2024 | BillPay | | | PAYMENT FOR TRANS 7251443 | | $154.50 |
| 7251443 | 7/9/2024 | Bill | $29.22 | $29.22 | Commissary : COMMISSARY 7/9/2024 REF:14030 | $29.22 | $183.72 |
| 7163151 | 7/2/2024 | BillPay | | | PAYMENT FOR TRANS 7163150 | | $183.72 |
| 7163150 | 7/2/2024 | Bill | $58.87 | $58.87 | Commissary : COMMISSARY 7/2/2024 REF:13993 | $58.87 | $242.59 |
| 7157080 | 7/1/2024 | CredPay | | | PAYMENT FOR TRANS 7157079 | | $242.59 |
| 7157079 | 7/1/2024 | Credit | $58.87 | $58.87 | Commissary : COMMISSARY CREDIT 7/1/2024 REF:13988 JMC@TF | $58.87 | $183.72 |
| 7153836 | 7/1/2024 | BillPay | | | PAYMENT FOR TRANS 7153835 | | $183.72 |

## 601743 : Mansoori, Christopher
### DIV2 D2 V 12

Cook Checking Main Balance: $29.11

### Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Spend Balance |
|---|---|---|---|---|---|---|---|
| 7153835 | 7/1/2024 | Bill | $58.87 | $58.87 | Commissary : COMMISSARY 7/1/2024 REF:13982 | | $242.59 |
| 7126557 | 6/25/2024 | BillPay | | | PAYMENT FOR TRANS 7126556 | -$9.45 | $242.59 |
| 7126556 | 6/25/2024 | Bill | $9.45 | $9.45 | Commissary : COMMISSARY 6/25/2024 REF:13931 | | $252.04 |
| 7068593 | 6/11/2024 | BillPay | | | PAYMENT FOR TRANS 7068592 | -$40.25 | $252.04 |
| 7068592 | 6/11/2024 | Bill | $40.25 | $40.25 | Commissary : COMMISSARY 6/11/2024 REF:13844 | | $292.29 |
| 7062009 | 6/10/2024 | CredPay | | | PAYMENT FOR TRANS 7062008 | $18.90 | $292.29 |
| 7062008 | 6/10/2024 | Credit | $18.90 | $18.90 | Commissary : COMMISSARY CREDIT 6/10/2024 REF:13835 | | $273.39 |
| 7039829 | 6/4/2024 | BillPay | | | PAYMENT FOR TRANS 7039828 | -$47.46 | $273.39 |
| 7039828 | 6/4/2024 | Bill | $47.46 | $47.46 | Commissary : COMMISSARY 6/4/2024 REF:13794 | | $320.85 |
| 7037068 | 6/3/2024 | BillPay | | | PAYMENT FOR TRANS 7037067 | -$30.00 | $320.85 |
| 7037067 | 6/3/2024 | Bill | $30.00 | $30.00 | Commissary : COMMISSARY 6/3/2024 REF:13791 | | $350.85 |
| 7018898 | 5/31/2024 | Add | | | Check# 478053 GEORGE C PONTIKES & ASSOCIATES | $350.00 | $350.85 |
| 6980466 | 5/20/2024 | BillPay | | | PAYMENT FOR TRANS 6980465 | -$1.00 | $0.85 |
| 6980465 | 5/20/2024 | Bill | $1.00 | $1.00 | Commissary : COMMISSARY 5/20/2024 REF:13695 | | $1.85 |

Christopher [illegible]
20191007184
2700 S. California
Chicago IL 60608

12/02/2024-13

Prisoner Correspondence
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

CAROL STREAM IL 60199
MON 25 NOV 2024

RECEIVED
DEC 02 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

