[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) CHRISTOPHER MANSOORI )
)  Case No: 22-CV-01638; 17-CV-08846; 21-CV-05881
)  21-CV-06242; 21-CV-06379; 21-CV-6173
v. )  22-CV-01632; 22-CV-01642; 22-CV-01635
)  22-CV-01634; 22-CV-2471; 22-CV-03484
)  22-CV-03485
)  Judge: Lindsay C. Jenkins
Defendant(s) Tom Dart et al. )
)

## MOTION FOR ATTORNEY REPRESENTATION, LIMITED SCOPE
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, CHRISTOPHER MANSOORI, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case, in a limited scope fashion.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (**NOTE: This item must be completed.**) Kenneth and Joel Flaxman, Kent Simpson, Edward Fox, Justin Randolph, Jane Ingles, Jennifer Bonjean, Kevin McCubbin, Loevy & Loevy

   but I have been unable to find an attorney because: Most do not want to participate in my causes of action, or simply have not responded.

3. I declare that (check all that apply):
   (*Now:*)
   ☒ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   (*Earlier:*)
   ☒ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☒ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☒ I declare that my highest level of education is (check one):

☐ Grammar school     ☐ Some high school     ☐ High school graduate

☒ Some college     ☐ College graduate     ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

Christopher Mansoori  20191007149
Movant's Signature

2700 S. California
Street Address

11-5-24
Date

Chicago IL 60608
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |
| Case Name: | Case No.: |
| Attorney's Name: | The case is still pending: Yes ____ No ____ |
| The appointment was limited to settlement assistance: Yes ____ No ____ | |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Christopher Hanson
20191007189
2700 S. California
Chicago IL 60608

12/02/2024-13

Prisoner Correspondence
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

CAROL STREAM IL 60199
MON 25 NOV 2024 N

RECEIVED
DEC 02 2024
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

