MR  FILED 12/2/2024 LCD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI | |
| Plaintiff | Case Nos. 22-CV-01638; 17-CV-08846; |
| | 21-CV-05881; 21-CV-06248; |
| v. | 21-CV-06379; 21-CV-6173; |
| | 22-CV-01632; 22-CV-01648; |
| Tom Dart, et al. | 22-CV-01635; 22-CV-2471; |
| | 22-CV-03484; 22-CV-03485; |
| Defendants | 22-CV-01634 |

# PLAINTIFF'S AFFIDAVIT IN SUPPORT OF ASSIGNMENT OF COUNSEL

I, Christopher Mansoori, being first duly sworn upon oath, hereby depose and state that the following matters are within my personal knowledge and true and correct:

1. I am hopeful this Honorable Court will appoint me an attorney that will fulfill a limited scope of duties, tailored to the necessities of furthering the above titled cases and the litigation.

2. I believe it would be best if I maintained authority over the above titled cases.

3. I am looking for an attorney that would fulfill the following duties:

   A. Schedule depositions and prepare notices of, while transmitting those notices to pertinent parties.

B. Issue Subpoenas on Plaintiff's behalf and retain any material received in response, making any material retained, readily available for proffer in this Court, upon my request.

C. Assist Plaintiff in legal research, to identify relevant and precedent case law, to further any potential legal argument, upon Plaintiff's request, and provide it to Plaintiff.

D. Answer any substantive or procedural questions Plaintiff raises, to further the objectives of the above titled cases.

E. Assist and further the objective of obtaining experts, to support Plaintiff's contentions.

F. Pay for transcripts of depositions, to be used in written arguments or trial (when a witness is unavailable).

G. Assist Plaintiff in preparing filings, wholly or in part, where it is ideal, at their own discretion (not an absolute required duty)

H. Fulfill a role that lives up to the meaning of "co-counsel", remaining entirely fungible, to accommodate the needs of the cases, while giving great consideration to proficiency and maximizing Plaintiff's legal positions to the highest potential, to be an ideal facilitator.

I. Entitle this appointed Attorney to a fair contingency fee, for the limited scope role he/she fulfills.

4. I intend to petition this Honorable Court, to utilize the Court's funds, for endeavors such as retaining expert witnesses, specifically a second hand smoke expert and a Digital Forensic expert (to prove the County digitally altered footage). Other experts may be sought.

5. I have had six attorneys in a row, whom all have conducted themselves deceptively and taken on strategies that assist the State of Illinois and factions of government within. The state licenses attorneys and apparently has vast sway to influence their conduct, to deliberately undermine me. The legal profession, from my standpoint, is plagued with fraud and absolute disregard for the rules of

professional conduct. There appears to be minimal accountability. Although I am a controversial person, and I've taken on many feats against the State of Illinois, it does not justify cheating me to gain advantage or taking on tactics that deprave the administration of justice. The State of Illinois is deeply corrupted, and the root of the problem is the Agents of the State's absolute assurance and reliance of the legal officers of the Court, to manipulate through depravity and deceit. For these reasons, I am inclined to maintain authority over my causes, to oversee the administration of justice, to strive for a standard in accordance with my ideals and beliefs, above the status quo. I respectfully submit this opinion.

6. On 11/20/24, Tia Haywood did not appear for my remote deposition. My motion to terminate her as counsel has been pending before this Court for quite some time. I was not able to proceed within the deposition because I am binded by Tia's representation and she does not consider my interests. I've never spoken with her about any of these cases, beyond case numbers and labels in summary, of the complaints. Pursuant to LR 78.5 and LR 5.3, I request for a decision on the motion to terminate Tia Haywood.

7. I know, not everyone is bad or has ill-will. I believe I have a better chance placing my faith in this Court, and the selection of an attorney it consciously chooses for me. I am appreciative of this Court's considerations and general fairness that has been demonstrated and extended to me, within this litigation thus far.

Respectfully submitted,
Christopher Mansoori

Affiant Further Sayeth Naught.

Pursuant to 28 U.S.C. §1746, I verify under penalty of perjury, the foregoing is true and correct.

Date: 11-21-24     Christopher Mansoori
20141007189
2700 S. California
Chicago IL 60608

## Certificate of Service

I, Christopher Mansoori, swear under penalty of perjury, that I filed an application to proceed without prepaying fees or costs/Financial Affidavit, Motion for Attorney representation (limited scope), and Plaintiff's Affidavit in support of Assignment of Counsel, with the Clerk of the United States District Court, by handing the documents to Jail staff, for outgoing mail, on 11/21/24, in an envelope with proper postage, addressed to: Prisoner Correspondence, United States District Courthouse, 219 S. Dearborn Street, Chicago IL 60604.

Christopher Mansoori

Christopher Franson
20191007184
2700 S. California
Chicago IL 60608

Prisoner Correspondence
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

12/02/2024-13

CAROL STREAM IL 60199
NOV 25 NOV 2024

RECEIVED
DEC 02 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



