THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Mansoori, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-1642 |
| | ) | |
| vs. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| Sgt. Amador, et. al. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS BEACHAM, QUEEN, MCCRAY, HOLMES, AND AMADOR'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, Cook County Jail Superintendents Beacham, Queen and McCray; Lt. Holmes; and Sgt. Amador (collectively, "Defendants")[1], by their attorney, Cook County State's Attorney EILEEN O'NEILL BURKE, through undersigned counsel, respectfully request that this Honorable Court extend Defendants' time to answer or otherwise plead to Plaintiff's First Amended Complaint by thirty (30) days, or until January 4, 2025. In support thereof, Defendants state the following:

1. On October 22, 2024, the Honorable Judge Jenkins ordered Defendants to file an answer to Plaintiff's Amended Complaint by November 1, 2024. (ECF No. 142.)

2. At the November 7, 2024 status hearing, former counsel for Defendants verbally requested an unopposed extension of time to file an answer or otherwise plead in open court. (ECF Nos. 146 and 148.)

3. On November 8, 2024, the Court extended Defendants' deadline to file an answer to November 21, 2024. (ECF 147.)

---

[1] This motion is not brought on behalf of Defendant Hines, who is represented by outside counsel, and filed an answer on July 22, 2024.

1

4. On November 14, 2024, the former Assistant State's Attorney previously assigned to this case moved to withdraw his appearance for Defendants and the undersigned Assistant State's Attorneys substituted their appearances for Defendants. (ECF Nos. 149-153.)

5. On November 14, 2024, the undersigned Assistant State's Attorneys also filed appearances in the ten other cases involving Plaintiff Christopher Mansoori, which are all pending before this Court and are in various stages of litigation with previously scheduled deadlines, including scheduled depositions. These cases all have the same fact discovery deadline of March 30, 2025.

6. On November 18, 2024, the undersigned Assistant State's Attorneys filed an unopposed motion seeking to extend their Defendants' deadline to answer or otherwise plead by fourteen days, or until December 5, 2024. On November 19, 2024, this Court granted Defendants' motion. (ECF Nos. 154-155.)

7. The undersigned Assistant State's Attorneys have been working diligently to prepare Defendants answers to Plaintiff's First Amended Complaint, which is lengthy and consists of twelve hand-written pages directed toward five separate Defendants. However, as a result of scheduling complications due to the holiday as well as preexisting litigation obligations—including but not limited to the other matters involving Plaintiff Christopher Mansoori—undersigned counsel still requires additional time confer with and prepare answers on behalf of each of their five clients.

*8.* Among these other obligations, undersigned counsel was working to prepare an answer on behalf of defendant Caitlin Vanco in *Mansoori v. Pickens, et al.*, 22-cv-3485, which was filed on December 5, 2024. Undersigned counsel also prepared for Plaintiff's deposition in *Mansoori v. Smith, et al.* (21-cv-6242), which was scheduled for September 20, 2024, but which

was continued when Plaintiff's former attorney of record, who subsequently withdrew as counsel, failed to appear for the deposition. Currently, Plaintiff's depositions in *Mansoori v. Ms. Milly* (21-cv-6379) and *Mansoori v. Stadnicki* (22-cv-1632) are scheduled for December 13 and 19, 2024, and undersigned counsel will need to prepare for those depositions. The undersigned Assistant State's Attorneys have also been working diligently to familiarize themselves with all of their newly assigned cases involving Plaintiff Christopher Mansoori, in addition to maintaining a full caseload of other matters.

9. Therefore, the undersigned Assistant State's Attorneys require additional time to familiarize themselves with the allegations and claims raised in Plaintiff's First Amended Complaint, confer with their clients, and prepare answers in this matter.

10. This request for an extension of time is made in good faith.

11. This is the second extension sought by undersigned Assistant State's Attorneys in connection with Plaintiff's First Amended Complaint and the extension will not prejudice any party or materially delay resolution of this case.

12. Counsel for Defendant Hines has no objection to this motion.

13. Plaintiff objected to this motion.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order granting their motion and extending Defendants' deadline to answer or otherwise plead to Plaintiff's Third Amended Complaint by thirty (30) days, or until January 4, 2025.

          Respectfully submitted,

          EILEEN O'NEILL BURKE
          State's Attorney of Cook County

By:  *Jessica D. Ratner*
    Jessica D. Ratner
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    Jessica.Ratner@cookcountysao.org

    *Ashlee Doss*
    Ashlee Doss
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602
    Ashlee.Doss@cookcountysao.org

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that on December 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

  The undersigned attorney further certifies that on December 5, 2024, the foregoing document was mailed to Plaintiff via First-Class U.S. Mail at the following address:

**Christopher James Mansoori**
2019-1007189
Cook County Jail
2700 S. California Ave.
Chicago, IL 60608

                */s/ Jessica D. Ratner*
                Jessica D. Ratner

4