## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christopher James Mansoori

                         Plaintiff,

v.                                          Case No.: 1:22−cv−01642
                                         Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins:The status hearing on the motion for attorney representation set for December 18, 2024 at 9:00 a.m. is re−set for 11:30 a.m. in Courtroom 2119. **TIME CHANGE ONLY.** All defense counsel must appear in person, or arrange for a colleague to appear on his or her behalf. **The Court requests that Defense counsel arrange for Plaintiff to appear by telephone using the credentials below.** The motion states that Plaintiff wishes for counsel to be appointed "in a limited scope fashion." At the hearing, the Court wishes to better understand what role Plaintiff envisions an appointed lawyer would play if the Court were to grant his motion, so Plaintiff should be prepared to outline the limitations he proposes for counsel. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: 855−244−8681, Access Code: 2302 225 8245. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.