**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Christopher James Mansoori
                              Plaintiff,

v.                                                        Case No.: 1:22−cv−01642
                                                         Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Telephone conference held. Application to proceed in forma pauperis [160] and motion for attorney presentation [161] are denied for the reasons on the record.. As discussed, there is no right to an attorney in civil litigation, and Plaintiff has demonstrated he is fully capable of litigating this case himself. Watts v. Kidman, 42 F.4th 755, 760−61 (7th Cir. 2022). Given that the issues presented are not particularly complex, that he attended some college, and that the matters at issue appear to be within his personal knowledge, he has not made the requisite showing for appointment of counsel. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.