UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Christopher James Mansoori
                              Plaintiff,

v.                                                         Case No.: 1:22−cv−01642
                                                             Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing set for 1/13/25 at 9:45 a.m. in Courtroom 1386. Defense counsel shall appear in person and Mr. Mansoori can appear by telephone. The Court requests that Defense counsel arrange for Plaintiff to appear by telephone for the next status hearing at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. The parties shall file by 1/7/25 a global joint status report that contains the following information for all of the coordinated Mansoori cases: (1) was Plaintiff deposed in the cases in which his deposition was scheduled as of the date of the last status hearing in this case on 12/6/24 and was he deposed in any other cases; (2) is Plaintiff scheduled to be deposed in any other cases in the future and, if so, on what dates; (3) confirmed or proposed dates for any fact depositions that remain to be taken by any party before the close of fact discovery either orally or by written questions (and, if by written questions, then include an agreed schedule pursuant to Federal Rule of Civil Procedure 31 for the exchange of written questions and for the deposition to be recorded and transcribed); (4) the status of written discovery; and (5) any other information the parties believe would be useful to the Court for case management purposes. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.