**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Christopher James Mansoori
                               Plaintiff,

v.                                           Case No.: 1:22−cv−01642
                                                       Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 23, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has been informed that Mr. Mansoori has another court appearance scheduled for 1/13/25 that conflicts with this Court's recent setting of a status hearing for that day. Accordingly, the status hearing set for 1/13/25 is reset to 1/22/25 at 11:00 a.m. If any party has an irreconcilable conflict on that day, they should promptly notify the Court's courtroom deputy. Defense counsel shall appear in person and Mr. Mansoori can appear by telephone. The Court requests that Defense counsel arrange for Plaintiff to appear by telephone for the next status hearing at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. The 1/7/25 filing date for a joint status report shall stand. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.