THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MS. PICKENS AND MS. VANCO,<br><br>　　　　Defendants. | 22 C 3485<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SQUIRES et al.,<br><br>　　　　Defendants. | 21 C 5881<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STADNICKI.<br><br>　　　　Defendant. | 22 C 2471<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

1

| | |
|---|---|
| CHRISTOPHER MANSOORI | 22 C 3484 |
| Plaintiff, | |
| v. | Judge Lindsay C. Jenkins |
| C.O. PATEL. | Magistrate Jeffery T. Gilbert |
| Defendant. | |
| CHRISTOPHER MANSOORI | 22 C 1634 |
| Plaintiff, | |
| v. | Judge Lindsay C. Jenkins |
| JOVANTE THOMAS. | Magistrate Jeffery T. Gilbert |
| Defendant. | |
| CHRISTOPHER MANSOORI | 21 C 6173 |
| Plaintiff, | |
| v. | Judge Lindsay C. Jenkins |
| DIRECTOR JAMES MORRISON | Magistrate Jeffery T. Gilbert |
| Defendant. | |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MS. MILLY<br><br>　　　　Defendant. | 21 C 6379<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STADNICKI et al.,<br><br>　　　　Defendants. | 22 C 1632<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. WILLIAMS<br><br>　　　　Defendants. | 22 C 1635<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

3

| | |
|---|---|
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> SUPT. BROWN et al., <br><br> Defendants. | 17 C 8846 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF DART et al., <br><br> Defendants. | 22 C 1638 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffery T. Gilbert |
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> SGT. AMADOR et al., <br><br> Defendants. | 22 C 1642 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffery T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>                    Plaintiff,<br><br>            v.<br><br>C.O. SMITH et al.,<br><br>                    Defendants. | 21 C 6242<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffery T. Gilbert |

## **DEFENDANTS' JOINT GLOBAL STATUS REPORT**

### I.     Status of the Case

Previously, at the December 6, 2024 status hearing, the parties advised this Court that Plaintiff's previously scheduled depositions in the *Mansoori* cases would be postponed until Plaintiff's Motion for Attorney Representation had been ruled on by Judge Jenkins.

On December 18, 2024, Plaintiff's Motion for Attorney Representation was heard by Judge Jenkins. Judge Jenkins denied Plaintiff's Motion for Attorney Representation in all of the *Mansoori* matters. At the December 18, 2024 hearing, Plaintiff indicated that he did not have the funds necessary to take his own depositions.

On December 20, 2024, this Court entered orders in the *Mansoori* matters and instructed the parties to file, by January 7, 2025, a global joint status report that contains the following information.

Due to the holidays, the parties were unable to confer with Mr. Mansoori prior to the January 7, 2025 deadline but have scheduled a call for January 9, 2025 to confer with Plaintiff and discuss the deposition dates proposed below.

1. Plaintiff has not been deposed in any additional cases since the December 6, 2024 status hearing. At the December 6, 2024 status hearing, counsel for Defendants explained that the existing deposition dates would not be rescheduled, and additional deposition dates would not be scheduled, until Plaintiff's attorney representation matter had been resolved.
2. Defendants propose the following dates for Plaintiff's depositions to be taken in the following cases, which takes into account the status of written discovery, as outlined in paragraph 4, below:
   a. January 23, 2025 at 11:00 a.m.
      i. *Mansoori v. Dart, et al.*, 22-cv-1638
      ii. *Mansoori v. Smith, et al.*, 21-cv-6242
   b. February 19, 2025 at 1:00 p.m.
      i. *Mansoori v. Stadnicki*, 22-cv-1632
      ii. *Mansoori v. Stadnicki*, 22-cv-2471

5

    c. February 26, 2025 at 11:00 a.m.
        i. *Mansoori v. Squires, et al.*, 21-cv-5881
        ii. *Mansoori v. Patel*, 22-cv-3484
        iii. *Mansoori v. Brown*, 17-cv-8846
    d. March 13, 2025 at 11:00 a.m.
        i. *Mansoori v. Pickens, et al.*, 22-cv-3485
        ii. *Mansoori v. Williams*, 22-cv-1635
        iii. *Mansoori v Milly*, 21-cv-6379
    e. March 25, 2025 at 11:00 a.m.
        i. *Mansoori v. Amadore, et al.,* 22-cv-1642
    f. April 3, 2025 at 11:00 a.m.
        i. *Mansoori v. Dart, et al.*, 22-cv-1638
    g. Plaintiff's deposition has already been taken in *Mansoori v. Morrison*, 21-cv-6173.

3. At this point, there are no confirmed or proposed dates for any fact depositions that remain to be taken by any party before the close of fact discovery.
4. The status of written discovery is as follows:
    a. In the following cases, written discovery has concluded:
        i. *Mansoori v. Williams*, 22-cv-1635
        ii. *Mansoori v. Smith, et al.*, 21-cv-6242
        iii. *Mansoori v. Thomas*, 22-cv-1634
        iv. *Mansoori v Milly*, 21-cv-6379
        v. *Mansoori v. Morrison*, 21-cv-6173
    b. In the following cases, Plaintiff has not yet responded to Defendant's Requests to Admit, which were issued on September 6, 2024 and reissued on December 11, 2024, but written discovery has otherwise concluded:
        i. *Mansoori v. Dart, et al.*, 22-cv-1638
        ii. *Mansoori v. Stadnicki*, 22-cv-1632
    c. In the following cases, per this Court's December 6, 2024 order, Plaintiff has until January 30, 2025 to respond to outstanding written discovery requests:
        i. *Mansoori v. Squires, et al.*, 21-cv-5881
        ii. *Mansoori v. Patel*, 22-cv-3484
        iii. *Mansoori v. Stadnicki*, 22-cv-2471
        iv. *Mansoori v. Brown*, 17-cv-8846
    d. In the following cases, per this Court's December 6, 2025 order, Defendants are to issue written discovery by January 30, 2024:
        i. *Mansoori v. Pickens, et al.*, 22-cv-3485
        ii. *Mansoori v. Amadore, et al.,* 22-cv-1642
5. The next status date in the *Mansoori* matters is January 22, 2025 at 11:00 a.m., per this Court's December 23, 2024 order.

                                                      Respectfully submitted,

                                                      */s/ Jessica Ratner*
                                                      Jessica Ratner
                                                      Ashlee Doss

Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
jessica.ratner@cookcountysao.org
ashlee.doss@cookcountysao.org


*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606

*/s Kevin C. Kirk*
Special State's Attorney
William B. Oberts
Kevin C. Kirk
Tribler, Orpett, & Meyer P. C.
225 W. Washington – Suite 2250
Chicago, IL 60660
wboberts@tribler.com
Kckirk@tribler.com


*/s/ Oliver Kassenbrock*
Oliver Kassenbrock
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
oliver.kassenbrock@cookcountysao.org

7

**CERTIFICATE OF SERVICE**

I, Jessica Ratner hereby certify that I have caused true and correct copies of ***Joint Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on January 8, 2025 to:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

*/s/ Jessica Ratner*
Jessica Ratner