## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Christopher James Mansoori
                              Plaintiff,

v.                                                   Case No.: 1:22−cv−01642
                                                        Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 13, 2025:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Upon further reflection after the hearing held on 2/11/25, a global status hearing is set for 2/19/25 at 2:00 p.m. The Court would like to discuss with the parties a different case management plan than was discussed at the hearing on 2/11/25. Specifically, the Court will propose separating Plaintiff's cases into tranches for the purpose of discovery based upon the parties' progress with discovery in each individual case and the discovery yet to be done. Cases that are farthest along in written and/or oral discovery will be placed in the first tranche. The Court will address discovery disputes, scheduling, and other issues in those cases first so they can proceed to summary judgment practice, settlement, or trial in a timely manner. Plaintiff will be deposed in those cases first. Discovery in other cases will not be stayed but will be sequenced so that discovery in those cases can proceed without interrupting the cases that are farther along. Plaintiff (and potentially other witnesses as may be practical) can be scheduled for deposition in each case in which a deposition is sought as written discovery in each case is completed or when the case is far enough along for a deposition to be taken. In the Court's view, this may be preferable to the global case management process that the parties and the Court have been following, which has the parties and the Court addressing issues, disputes, and scheduling issues in all the cases and each individual case at the same time. That process has not, in the Court's view, yielded the most efficient result to date. The Court would like the parties to consider which cases should be placed in which tranche and in what order of priority if this case management approach is adopted. Defense counsel shall appear in person for the hearing on 2/19/25. The Court requests that Defense counsel arrange for Plaintiff to appear by telephone for that hearing. Any counsel that needs to appear by telephone may do so with advance notice to the Court's courtroom deputy. The call−in number is 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. If this hearing presents an irreconcilable conflict for any party or counsel, they shall notify the Court's courtroom deputy. Mailed notice (ber, ) (Entered: 02/13/2025)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.