UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher James Mansoori<br><br>Plaintiff,<br><br>v.<br><br>Defendants, et al<br><br>Defendants | 2017-CV-8846<br>2021-CV-5881<br>2021-CV-6173<br>2021-CV-6242<br>2021-CV-6379<br>2022-CV-1632<br>2022-CV-1634<br>2022-CV-1635<br>2022-CV-1638<br>2022-CV-1642<br>2022-CV-2471<br>2022-CV-3484<br>2022-CV-3485<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER**

Status hearing held on 2/19/25. The Court reviewed The Defendants' Joint Global Status Report filed in all cases. The parties are referred to the transcript of the status hearing for a complete record of the hearing.

The parties agree and the Court orders that Plaintiff will respond to Defendants' outstanding written discovery requests by 3/30/25.

The parties shall meet and confer on or before 2/28/25 about disputes that may exist concerning discovery responses that have been served by any party as of that date, and they also should attempt to identify cases in which Plaintiff can be deposed in the near term. The parties also should discuss at that meeting what additional discovery Plaintiff is planning to serve though the Court recognizes that Plaintiff may not know now all the discovery that he still intends to serve. The parties should attempt to address these issues during their meeting on or before 2/28/25 or schedule a follow-up meeting.

For the reasons discussed on the record, the Court designates Assistant State's Attorneys Ashlee Doss and Jessica Rattner as discovery liaison counsel for all named Defendants in these cases. Discovery liaison counsel shall meet and confer with Plaintiff every two weeks to discuss matters relating to discovery. Liaison counsel will report back to other defense counsel about those meetings and communicate with defense counsel before those meetings about matters those counsel want discussed with Plaintiff. Nothing precludes counsel for any Defendant from attending these bi-monthly meetings as well. The parties will file joint status reports every three weeks reporting on the progress of discovery in each case and any other issues that need to be raised as a result of their meetings. Defendants' discovery liaison counsel will prepare the first draft of those reports in consultation with Plaintiff. The first such report shall be filed on or about 3/24/25.

At this time, the Court defers setting the dates discussed at the status hearing on 2/19/25 for the filing of motions to compel and for any additional discovery requests to be served by Plaintiff until it has better information about the nature of any discovery disputes that need to be presented to the Court and the written discovery requests that Plaintiff still intends to serve.

The parties shall meet and confer andfile a joint status report by noon on 3/4/25 with a proposed schedule for Plaintiff's deposition in all cases, if possible, starting with cases in which written discovery is complete or will shortly be complete, followed next by depositions in Plaintiff's other cases when written discovery is projected to be complete in those cases.

With respect to *Mansoori v Milly*, 21-cv-6379, Defendants will send the Inmate Alert discussed at the last hearing to Mr. Mansoori by Friday, 2/21/25.

The status hearing set for 3/5/25 at 11:00 a.m. will proceed as scheduled. Defense counsel shall appear in person and Plaintiff Mansoori can appear by telephone. The Court requests that Defense counsel arrange for Plaintiff to appear by telephone for that hearing at 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number.

It is so ordered.

Jeffrey T. Gilbert
United States Magistrate Judge

Dated: February 21, 2025

2