THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>  Plaintiff,<br><br>v.<br><br>MS. PICKENS AND MS. VANCO,<br><br>  Defendants. | 22 C 3485<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>  Plaintiff,<br><br>v.<br><br>SQUIRES et al.,<br><br>  Defendants. | 21 C 5881<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>  Plaintiff,<br><br>v.<br><br>STADNICKI.<br><br>  Defendant. | 22 C 2471<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

1

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>         Plaintiff,<br><br>    v.<br><br>C.O. PATEL.<br><br>         Defendant. | 22 C 3484<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>         Plaintiff,<br><br>    v.<br><br>JOVANTE THOMAS.<br><br>         Defendant. | 22 C 1634<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>         Plaintiff,<br><br>    v.<br><br>DIRECTOR JAMES MORRISON<br><br>         Defendant. | 21 C 6173<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>  v.<br><br>MS. MILLY<br><br>   Defendant. | 21 C 6379<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>  v.<br><br>STADNICKI et al.,<br><br>   Defendants. | 22 C 1632<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>  v.<br><br>SGT. WILLIAMS<br><br>   Defendants. | 22 C 1635<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>   v.<br><br>SUPT. BROWN et al.,<br><br>   Defendants. | 17 C 8846<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>   v.<br><br>SHERIFF DART et al.,<br><br>   Defendants. | 22 C 1638<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>   Plaintiff,<br><br>   v.<br><br>SGT. AMADOR et al.,<br><br>   Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>C.O. SMITH et al.,<br><br>Defendants. | 21 C 6242<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

## DEFENDANTS' JOINT GLOBAL STATUS REPORT

The Plaintiff, Christopher Mansoori ("Plaintiff"), Pro Se and Defendants, by their respective attorneys, EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her respective Assistant State's Attorneys, Ashlee Doss, Jessica Ratner and Oliver Kassenbrock; Special State's Attorneys, Jason DeVore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorneys, William B. Oberts, and Kevin C. Kirk from Oberts Galasso Law Group, in compliance with this Honorable Court's February 19, 2025 Minute Entry submit the following Joint Global Status Report

### Executive Summary

Ahead of the March 5, 2025, Status Hearing, ASA Ashlee Doss and Jessica Ratner met with Plaintiff conferred on February 27, 2025 and March 4, 2025. Pursuant to this Honorable Court's Order, parties' group Plaintiff's thirteen pending cases together by status of discovery completion as discussed more fully below, for the purpose of this Global Status Report:

A. First, this Honorable Court require ASA Ashlee Doss and Jessica Ratner to act as liaison Counsel, facilitating discovery discussions related to Plaintiff's thirteen pending cases. This Honorable Court further order liaison Counsel to meet with Plaintiff every two weeks and file joint status reports every three weeks reporting on the progress of discovery in each case.
B. Second, this Honorable Court require parties to: (1) discuss discovery responses that have been served by any party; (2) discuss the written discovery requests that Plaintiff still

5

intends to serve; (3) identify grouping of cases in which Plaintiff's depositions can proceed; as well as (4) set forth dates for Defendants' Deposition of Plaintiff.
C. Third, this Honorable Court required ASA Doss and Ratner to mail copies of the inmate alert discussed at the most recent status hearing[1].
D. Fourth, this Honorable Court required parties to submit a Global Status Report on March 4, 2025 by noon.

## I. Status of the Cases

A. First, oral discovery is completed in the following three cases:
  i. *Mansoori v. Williams*, 22-cv-1635
  ii. *Mansoori v. Smith, et al.*, 21-cv-6242
  iii. *Mansoori v. Morrison*, 21-cv-6173

  iv. Outstanding Discovery:
  Defendants' Discovery is complete in these cases. Oral discovery of Plaintiff is complete in these cases.

  **Smith**
  Defendant's await responses to Second Set for Interrogatories and Request for Production issued 2/7/25. Limited to the issue of alteration of video evidence.

  Defendant's must respond to Plaintiff Second Set of Interrogatories and Request for Production to Defendant Hadad on 2/26/25, inadvertently named Hadad's second set.

  **Williams**
  Plaintiff deposed Officer Williams in Mansoori v. Williams, et al. – 1635.

  Plaintiff seeks leave to issue a subpoena to Cook County Jail and/or Sheriff's Office for any body warn camera footage from either Williams and Amadore, on June 1, 2021.

  Plaintiff is further seeking leave to issue Supplemental Interrogatories and Request for Production relating to mail.

  **Morrison**
  Plaintiff seeks leave to issue a subpoena relating to temperature logs, handwritten of Division 4 and 6.

---

[1] Pursuant to this Honorable Court's February 2025, Minute Entry, ASA Jessica Ratner mailed inmate alerts to Plaintiff via certified mail on February 21, 2025.

B. Second, discovery is mostly complete in the following three cases have:
  v. *Mansoori v. Stadnicki*, 22-cv-1632
  vi. *Mansoori v. Stadnicki*, 22-cv-2471
  vii. *Mansoori v. Dart, et al.*, 22-cv-1638

  viii. Outstanding Discovery:
  Defendants' written discovery is complete in these cases. Parties have not had an opportunity to confer regarding potential deposition dates for Plaintiff.

  ***Dart***
  Plaintiff has raised issues with Defendant's Answers to Interrogatories and Request for Production. Specifically, Plaintiff raised issues relating to Request for Production No. 26, 17, 18, and 25. Likewise, Plaintiff has raised issue with phone call logs. Pursuant to Local Rule 37.2, parties met and conferred on February 27, 2024, and March 4, 2024 parties are currently working on schedule an additional call for continued 37.2 discussions.

  ***Stadnicki* (22-cv-2471)**
  Plaintiff contends that medical records previously produced in the course of litigation does not contain blood test conducted on an unspecified date. Plaintiff has raised this issue for the first time. As of the filing of this status report, parties have not had an opportunity to meet and confer pursuant to local rule 37.2, said meeting will be conducted at a later date.

C. Third, discovery is still ongoing the following four cases:
  i. *Mansoori v. Squires, et al.*, 21-cv-5881
  ii. *Mansoori v. Patel*, 22-cv-3484
  iii. *Mansoori v. Brown*, 17-cv-8846
  iv. *Mansoori v Milly*, 21-cv-6379

  v. Outstanding Discovery:
  Defendants' written discovery is complete in these cases. Parties have not had an opportunity to confer regarding potential deposition dates for Plaintiff.

  ***Squires*:**
  Plaintiff has raised issues related to tier logs requested for the 12/30/19 through 12/31/2019. As of the filing of this status report, parties have not had an opportunity to meet and confer pursuant to local rule 37.2, said meeting will be conducted at a later date.

*Milly*
Plaintiff has raised issues related to 42 boxes, pursuant to discussion during the most recent status hearing relating to 42 boxes containing library slip request, ASA Doss and Ratner represent that boxes are organized by month and year. Accordingly, Defendants respectfully renew their objection on the basis that searching all 42 boxes will be overly burdensome and disproportional to the needs of the case.

Plaintiff has raised issues related to call logs. As of the filing of this status report, parties have not had an opportunity to meet and confer pursuant to local rule 37.2, said meeting will be conducted at a later date.

*Brown*
Defendant must respond to Plaintiff's discovery. Mansoori will supplement Mayo Clinic and Cleveland Clinic documents.

*Patel*
None, at this time.

D. Fourth, discovery is still in its early stages and ongoing in the following three cases:
    i. *Mansoori v. Amadore, et al.,* 22-cv-1642
    ii. *Mansoori v. Thomas*, 22-cv-1634
    iii. *Mansoori v. Pickens, et al.*, 22-cv-3485

    ix. <u>Outstanding Discovery:</u>
Defendants' written discovery is complete in these cases. Plaintiff has issued Interrogatories and Request for Production, which Defendants received on 2/25/25.

*Pickens & Vanco*
Defendants await responses to Vanco Amended Interrogatories and Request for Production issued on 1/30/25.

*Thomas*
Defendants are awaiting responses to Interrogatories and Request for Production to Plaintiff which were issued on 1/30/25.

*Amadore*

Plaintiff intends to issue a subpoena relating to Sheriff's grievance process, which Plaintiff contends was the subject of a Motion to Compel. Plaintiff intends to issue a subpoena to Cook County Health

8

related to the use of arcane in CCDOC on or before on or before March 21, 2025.

II. **Other Matters to Bring to the Court's Attention**

Defendants respectfully requests that this Honorable Court enter an order setting a firm deadline by which Plaintiff must issue any outstanding discovery as March 30, 2025[2].

Respectfully submitted,

| | |
|---|---|
| */s/ Ashlee Doss* | */s/ Troy S. Radunsky* |
| Ashlee Doss | Special State's Attorney |
| Jessica Ratner | DEVORE RADUNSKY LLC |
| Assistant States Attorney | Jason E. DeVore (ARDC # 6242782) |
| Civil Rights/Torts Litigation | Troy S. Radunsky (ARDC # 6269281) |
| 500 Richard J. Daley Center | Zachary G. Stillman (ARDC # 6342749) |
| Chicago, Illinois 60602 | 230 W. Monroe Street, Ste. 230 |
| ashlee.doss@cookcountysao.org | Chicago, IL 60606 |
| jessica.ratner@cookcountysao.org | |

| | |
|---|---|
| */s/ Oliver Kassenbrock* | */s/ Kevin C. Kirk* |
| Oliver Kassenbrock | Special State's Attorney |
| Assistant States Attorney | William B. Oberts |
| Conflicts Litigation | Kevin C. Kirk |
| 500 Richard J. Daley Center | Tribler, Orpett, & Meyer P. C. |
| Chicago, Illinois 60602 | 225 W. Washington – Suite 2250 |
| oliver.kassenbrock@cookcountysao.org | Chicago, IL 60660 |
| | wboberts@tribler.com |
| | Kckirk@tribler.com |

---

[2] During the February 19, 2025, this Honorable Court ordered Plaintiff to issue any outstanding discovery by March 30, 2025. However, said order is not reflected in the instant minute entry. Accordingly, Defendants respectfully renew their request that this Honorable Court enter an order setting the firm deadline by which Plaintiff must issue any outstanding discovery as March 30, 2025.

9

## CERTIFICATE OF SERVICE

I, Ashlee Doss hereby certify that I have caused true and correct copies of Parties' Global *Joint Status Report* and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on March 4, 2025 to:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                                                                     */s/ Ashlee Doss*
                                                                                     Ashlee Doss