**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Christopher James Mansoori
                              Plaintiff,

v.                                                       Case No.: 1:22−cv−01642
                                                           Honorable Lindsay C. Jenkins

Sergeant Armadore, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2025:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of a scheduling conflict with Cook County Jail, the status hearing set for 4/8/25 is reset from 2:15 p.m. to 11:00 a.m. This is a change in time only. Any defense counsel that needs to appear by telephone may do so. Plaintiff Mansoori can appear by telephone. The Court requests that Defense counsel arrange for Plaintiff to appear by telephone for that hearing at 650−479−3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.