**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MS. PICKENS AND MS. VANCO,<br><br>　　　　Defendants. | 22 C 3485<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SQUIRES et al.,<br><br>　　　　Defendants. | 21 C 5881<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STADNICKI.<br><br>　　　　Defendant. | 22 C 2471<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.O. PATEL.<br><br>　　　　Defendant. | 22 C 3484<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOVANTE THOMAS.<br><br>　　　　Defendant. | 22 C 1634<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR JAMES MORRISON<br><br>　　　　Defendant. | 21 C 6173<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>        v.<br><br>MS. MILLY<br><br>        Defendant. | 21 C 6379<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>        v.<br><br>STADNICKI et al.,<br><br>        Defendants. | 22 C 1632<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>       v.<br><br>SGT. WILLIAMS<br><br>        Defendants. | 22 C 1635<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>        v.<br><br>SUPT. BROWN et al.,<br><br>        Defendants. | 17 C 8846<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>        v.<br><br>SHERIFF DART et al.,<br><br>        Defendants. | 22 C 1638<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>        v.<br><br>SGT. AMADOR et al.,<br><br>        Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>C.O. SMITH et al.,<br><br>Defendants. | 21 C 6242<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

## LIASON COUNSEL'S SUPPLEMENTAL GLOBAL STATUS REPORT

Assistant State's Attorneys Ashlee Doss and Jessica Ratner ("Liaison Counsel"), in compliance with this Honorable Court's March 6, 2025 Order, submit the following Supplemental Global Status Report.

In the status report submitted on March 31, 2025, Liaison Counsel noted that they did not have sufficient time to discuss with Plaintiff all of the discovery issues raised at the March 5, 2025 status hearing and outlined in this Court's March 6, 2025 order. In an effort to continue these discussions, and ahead of the April 8, 2025 status conference date, Liaison Counsel met with Plaintiff again on April 3, 2025.

On April 3, 2025, Plaintiff noted that he has a trial scheduled for April 10, 2025. Liaison Counsel has not had an opportunity to discuss the anticipated length of the trial. Plaintiff also indicated that he is currently working on an appeal in a separate matter. Plaintiff requested that Liaison Counsel to bring these matters to this Honorable Court's attention ahead of the April 8, 2025 status conference as these commitments may impact his availability in the near future.

At this time, Liaison Counsel and Plaintiff still need additional time to meet and confer regarding outstanding discovery issues, and the parties need additional time to finishing respond to outstanding discovery requests. Liaison Counsel and Plaintiff have been making progress in

5

terms of discovery discussions. However, Liaison Counsel does not believe that judicial intervention is necessary at this point, as the parties still need additional time to attempt to resolve discovery differences and identify any issues that cannot be resolved amicably.

Additionally, Liaison Counsel has arranged for an April 15, 2025 meet and confer with Plaintiff, so that the parties can continue their discovery discussion and so that Plaintiff can provide an update on his availability for potential deposition dates.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

*/s/ Jessica Ratner*
Jessica Ratner
Ashlee Doss
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
jessica.ratner@cookcountysao.org
ashlee.doss@cookcountysao.org

## CERTIFICATE OF SERVICE

I, Jessica Ratner, hereby certify that I have caused true and correct copies of the Parties' Supplemental Global Joint Status Report to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on April 7, 2025 to:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

*/s/ Jessica Ratner*
Jessica Ratner