UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher James Mansoori<br><br>Plaintiff,<br><br>v.<br><br>Defendants, et al<br><br>Defendants | 2017-CV-8846<br>2021-CV-5881<br>2021-CV-6173<br>2021-CV-6242<br>2021-CV-6379<br>2022-CV-1632<br>2022-CV-1634<br>2022-CV-1635<br>2022-CV-1638<br>2022-CV-1642<br>2022-CV-2471<br>2022-CV-3484<br>2022-CV-3485<br><br>Magistrate Judge Jeffrey T. Gilbert |

**ORDER**

Status hearing held on 4/8/25. The Court reviewed The Defendants' Joint Global Status Report and Liaison Counsel's Supplemental Global Status Report filed in all cases. Plaintiff confirmed that he had discussed the matters in the Status Report with Defendants but he had not yet seen a copy of the filed Report. The parties are referred to the transcript of the status hearing for a complete record of the hearing.

Defense counsel in *Mansoori v. Brown*, 17-cv-8846 shall provide promptly to Plaintiff any information they may learn about a probate estate being opened, or the identity or contact information for any potential successor or representative for deceased Defendant Brown within 3 business days of receipt of the information.

As to the Group A cases identified in the Court's 3/6/25 Order, oral discovery is complete in all three cases (*Mansoori v. Williams*, 22-cv-1635, *Mansoori v. Morrison*, 21-cv-6173, and *Mansoori v. Smith*, et al., 21-cv-6242). Written discovery also is complete in *Mansoori v. Williams*, 22-cv-1635 *and Mansoori v. Morrison*, 21-

cv-6173 except for the parties continuing to meet and confer on the matters previously identified in the Court's 3/6/2025 Order and further addressed in the Defendants' Joint Global Status Report filed on 3/31/25. Defendants are given an extension of time to 4/30/25, at their request and without opposition, to serve responses to discovery in *Mansoori v. Smith*, et al., 21-cv-6242. This is a final extension. The Court intends to close fact discovery and terminate the referrals in in the Group A cases after 4/30/25 subject to any further updates regarding the remaining matters about which the parties have been conferring in *Mansoori v. Williams*, 22-cv-1635, *Mansoori v. Morrison*, 21-cv-6173.

In the remaining Group B, Group C and Group D cases (also identified in the Court's 3/6/35 Order), the parties, at their request, are given an extension of time to 4/30/25 to respond to discovery in *Mansoori v. Stadnicki*, 22-cv-1632, *Mansoori v. Stadnicki*, 22-cv-2471, *Mansoori v. Patel*, 22-cv-3484, *Mansoori v. Pickens*, et al., 22-cv-3485, *Mansoori v. Amadore*, et al., 22-cv-1642, and *Mansoori v. Thomas*, 22-cv-1634.

The parties shall meet and confer and file an updated joint status report by 5/2/25 on the status of discovery in all cases, including as to information the parties were not able to include in Defendants' previous Global Status Reports filed on 3/31/25 and 4/7/25 because Defendants had not yet been able to discuss to those matters with Plaintiff. The Court strikes the portion of its 2/21/2025 Order requiring Liaison Counsel to file periodic status reports every three weeks. The Court may reinstate a periodic status report requirement at monthly intervals after the next global status report and hearing. As of now, however, Liaison Counsel's status reports have been sufficient to inform the Court about the parties' progress with discovery, and the Court thanks Liaison Counsel for undertaking this role at the Court's request. Liaison Counsel will continue to meet with Plaintiff about discovery matters.

A continued status hearing is set for 5/6/25 at 11:00 a.m. in-person in Courtroom 1386. Any defense counsel that needs to appear by telephone may do so. Plaintiff Mansoori can appear by telephone. The Court requests that Defense counsel arrange for Plaintiff to appear by telephone for that hearing at 650-479-3207 and the access code is 180 946 2499#. Press # to bypass the Attendee ID number.

It is so ordered.

_____
Jeffrey T. Gilbert
United States Magistrate Judge

Dated: April 11, 2025