THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MS. PICKENS AND MS. VANCO,<br><br>　　　　Defendants. | 22 C 3485<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SQUIRES et al.,<br><br>　　　　Defendants. | 21 C 5881<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STADNICKI.<br><br>　　　　Defendant. | 22 C 2471<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

1

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>C.O. PATEL.<br><br>Defendant. | 22 C 3484<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>JOVANTE THOMAS.<br><br>Defendant. | 22 C 1634<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR JAMES MORRISON<br><br>Defendant. | 21 C 6173<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

3

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>    v.<br><br>MS. MILLY<br><br>        Defendant. | 21 C 6379<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>    v.<br><br>STADNICKI et al.,<br><br>        Defendants. | 22 C 1632<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>        Plaintiff,<br><br>    v.<br><br>SGT. WILLIAMS<br><br>        Defendants. | 22 C 1635<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>                Plaintiff,<br><br>       v.<br><br>SUPT. BROWN et al.,<br><br>                Defendants. | 17 C 8846<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>                Plaintiff,<br><br>       v.<br><br>SHERIFF DART et al.,<br><br>                Defendants. | 22 C 1638<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI<br><br>                Plaintiff,<br><br>       v.<br><br>SGT. AMADOR et al.,<br><br>                Defendants. | 22 C 1642<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

| | |
|---|---|
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> C.O. SMITH et al., <br><br> Defendants. | 21 C 6242 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffrey T. Gilbert |

**LIASON COUNSEL'S GLOBAL STATUS REPORT**

Liaison Counsel, Assistant State's Attorneys, Ashlee Doss and Jessica Ratner, in compliance with this Honorable Court's May 29, 2025 Minute Entry, submit the following the following Global Status Report

**Executive Summary**

On May 29, 2025, this Honorable Court ordered Liaison Counsel to submit a joint global status report providing confirmed dates for Plaintiff's deposition in the Group B, C, and D cases. There are nine cases where Plaintiff still needs to be deposed, as Plaintiff has already been deposed in *Mansoori v. Milly*, 21-CV-6379.

Liaison Counsel met with Plaintiff on June 9, 2025.

> During that meeting, Liaison Counsel went over the proposed protective order to be entered in *Mansoori v. Williams*, 22-cv-1635, and *Mansoori v. Smith, et al.*, 21-cv-6242. Plaintiff approved of the proposed order, which the parties will move to have entered in the previously referenced cases.
>
> During that meeting, Plaintiff confirmed having received discovery responses in *Mansoori v. Smith, et al.*, 21-cv-6242 and the parties met and conferred regarding issues that he had with responses.
>
> During that meeting, Plaintiff indicated that he is still on trial, with the next date scheduled for July 15, 2025, and that he anticipates being released from custody around that time. Plaintiff also indicated that he is still working on his appeal(s).

Due to time constraints, Liaison Counsel did not have time to discuss deposition dates in the remaining nine cases where Plaintiff still needs to be deposed. Therefore, Liaison Counsel is unable to submit a joint status report.

Liaison Counsel has scheduled a June 17, 2025 meeting with Plaintiff to discuss deposition dates. Due to the amount of depositions that need to be taken, Liaison Counsel will discuss, in detail, Plaintiff's availability given his trial and appeal(s).

Additionally, Liaison Counsel was informed that prior to filing appearance in the consolidated *Mansoori* cases, an order was entered allowing discovery, including Plaintiff's deposition transcripts, to be shared amongst the cases. Liaison Counsel was unable to locate such an order after conferring with defense counsel and will continue searching the docket for such an order. If Liaison Counsel is unable to locate such an order, Liaison Counsel will be moving this Honorable Court to enter an order allowing discovery and deposition transcripts to be shared amongst the *Mansoori* cases. The existence of such an order directly impacts the scheduling of the depositions in the remaining nine cases. If such an order is not on file, then defense counsel will need to allocate considerably more time for each deposition, and will need to schedule each deposition for a different day.

Respectfully submitted,

*/s/ Jessica Ratner*
Jessica Ratner
Ashlee Doss
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
jessica.ratner@cookcountysao.org
ashlee.doss@cookcountysao.org

**CERTIFICATE OF SERVICE**

I, Jessica Ratner, hereby certify that I have caused true and correct copies of ***Liaison Counsel's Global Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on June 11, 2025 to:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

                                             */s/ Jessica Ratner*
                                             Jessica Ratner