**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> MS. PICKENS AND MS. VANCO, <br><br> Defendants. | 22 C 3485 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> SGT. AMADOR et al., <br><br> Defendants. | 22 C 1642 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffrey T. Gilbert |
| CHRISTOPHER MANSOORI <br><br> Plaintiff, <br><br> v. <br><br> C.O. SMITH et al., <br><br> Defendants. | 21 C 6242 <br><br> Judge Lindsay C. Jenkins <br><br> Magistrate Jeffrey T. Gilbert |

1

| | |
|---|---|
| CHRISTOPHER MANSOORI<br><br>Plaintiff,<br><br>v.<br><br>SGT. WILLIAMS<br><br>Defendants. | 22 C 1635<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Jeffrey T. Gilbert |

### LIASON COUNSEL'S UPDATED STATUS REPORT

Liaison Counsel submits the following updates to this Honorable Court in advance of the July 9, 2025 status conference.

On July 8, 2025, Liaison Counsel conferred with Plaintiff who informed Liaison Counsel that on June 30, 2025, he mailed responses to Defendants Pickens and Vanco discovery requests in *Pickens and Vanco* and mailed responses to Defendant Hines discovery requests in *Amadore*.

On July 8, 2025, counsel for Defendant Vanco received Plaintiff's responses to Defendant Vanco's written discovery requests. On that same date, defense counsel sent Plaintiff another copy of Defendant Vanco's responses to Plaintiff's interrogatories, which Plaintiff stated he did not receive with Defendants' responses to his requests for production of documents in *Pickens and Vanco*, which were mailed on June 25, 2025.

As of July 8, 2025, Liaison Counsel had still not received the signed protective order from Garrett Discovery relating to production of video footage in *Smith* and *Williams*. Liaison Counsel sent a follow up email that same day.

Respectfully submitted,

*/s/ Ashlee Doss*
Ashlee Doss
Jessica Ratner
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
ashlee.doss@cookcountysao.org
jessica.ratner@cookcountysao.org

3

**CERTIFICATE OF SERVICE**

I, Jessica Ratner, hereby certify that I have caused true and correct copies of ***Liaison Counsel's Updated Status Report*** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on July 8, 2025 to:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

*/s/ Jessica Ratner*
Jessica Ratner