**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Mansoori v. Hines, et al.,     Case Number: 22-cv-1642

An appearance is hereby filed by the undersigned as attorney for:

Nurse Alesia Hines

Attorney name (type or print): Monica Burkoth

Firm: JOHNSON & BELL, LTD.

Street address: 33 West Monroe Street - Suite 2700

City/State/Zip: Chicago, Illinois  60603

Bar ID Number: 6309158
(See item 3  in instructions)     Telephone Number: 312-372-0770

Email Address: burkothm@jbltd.com

Are you acting as lead counsel in this case?          ☑Yes   ☐No

Are you a member of the court's general bar?          ☑Yes   ☐No

Are you a member of the court's trial bar?            ☑Yes   ☐No

Are you appearing *pro hac vice*?                     ☐Yes   ☑No

If this case reaches trial, will you act as the trial attorney?   ☑Yes   ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  August 14, 2025

Attorney signature:   S/ Monica Burkoth
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023