IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER JAMES MANSOORI, ) | |
| ) | Case No.: 22-cv-1642 |
| ) | |
| Plaintiffs, ) | Judge Lindsay C. Jenkins |
| ) | Mag. Jeffrey T. Gilbert |
| v. ) | |
| ) | |
| NURSE ALESIA HINES, JOHN DOE ) | |
| SHERIFF #1, C.O. ADAMS, ) | |
| SUPERINTENDENT BEAUCHAM, C.O. ) | |
| MINTAH, SERGEANT ARMADORE, ) | |
| SUPERINTENDENT QUEEN, JOHN DOE ) | |
| SHERIFF #2, SUPERINTENDENT MCCRAY, ) | |
| LIEUTENANT HOLMES, JOHN DOE NURSE, ) | |
| NURSE LORRAINE, AND JOHN DOE DOCTOR,) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

PLEASE TAKE NOTICE that on August 14, 2025, Special Assistant Cook County State's Attorneys Jason Edward DeVore, Troy S. Radunsky, and Zachary G. Stillman, withdraw their appearance for Alesia Hines, and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Nelson A. Aydelotte, substituted his appearance for said Defendant.

Respectfully Submitted,

JOHNSON & BELL, LTD.

By: /s/: Nelson A. Aydelotte
Nelson A. Aydelotte
Special Assistant State's Attorney
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
312-372-0770
Email: aydelotten@jbltd.com